**Sealed**
Public and unofficial staff access to this instrument are prohibited by court order

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** § § | |
| v. § | **Criminal No. 4:24-cr-00298** |
| **EITHAN DAVID HAIM** § § | **UNDER SEAL** |

## MOTION TO SEAL

COMES NOW the United States of America, by and through United States Attorney Alamdar S. Hamdani and Assistant United States Attorney Tina Ansari, which respectfully moves this Honorable Court to seal the Indictment, all materials related to the Indictment, and this Motion and Order. The United States further requests that these materials be unsealed (in relevant part only) as to a Defendant when he or she is taken into custody and receives notice to be arraigned.

Additionally, the United States respectfully requests that, notwithstanding this Order, the Court permit the United States to (1) provide these matters to any member of law enforcement; and (2) produce these materials in order to fulfill its discovery obligations in this and any other related case.

Respectfully submitted,

ALAMDAR S. HAMDANI
UNITED STATES ATTORNEY

*Tina Ansari*
TINA ANSARI
Assistant United States Attorney
U.S. Attorney's Office, S.D. Texas
Tel: 713-567-9000