**Sealed**
Public and unofficial staff access to this instrument are prohibited by court order

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States District Court
Southern District of Texas
**ENTERED**
May 31, 2024
Nathan Ochsner, Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO: **4:24-cr-00298** |
| v. | SEALED |
| EITHAN DAVID HAIM | |

## ORDER FOR ISSUANCE OF SUMMONS

It appearing to the Court that a  CRIMINAL INDICTMENT  has been filed against the defendant listed, it is hereby

ORDERED that a summons be issued for the appearance of said defendant on June 10, 2024 at 02:00 PM. Upon appearance, a judicial determination shall be made as to detention or release on conditions. The United States Government recommends to the Court the following conditions of release.

<u>Defendant</u>

EITHAN HAIM
c/o Mark D. Lytle
mlytle@nixonpeabody.com

☐ Appearance Bond in the Amount of:
$

SIGNED at Houston, Texas, on May 29, 2024.

_____
UNITED STATES MAGISTRATE JUDGE