UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UNITED STATES OF AMERICA

v.  Case Number: 4:24−cr−00298
*SEALED*

Eithan David Haim

## NOTICE OF RESETTING

**A proceeding has been reset in this case as to Eithan David Haim as set forth below.**

**Before the Honorable Yvonne Y Ho**

**PLACE:**
Courtroom 704
United States District Court
515 Rusk Street
Houston, TX 77002

**DATE:** 6/17/2024

**TIME:** 02:00 PM

**TYPE OF PROCEEDING:** Initial Appearance

Date: June 5, 2024					Nathan Ochsner, Clerk