United States District Court
Southern District of Texas
**ENTERED**
June 21, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| United States of America, | § | |
| | § | |
| v. | § | C.R. Action H-24-298 |
| | § | |
| Eithan David Haim | § | |

## ORDER

The Court hereby orders the parties to exchange all trial exhibits on or before August 9, 2024, seven business days prior to the date of jury selection set in the Docket Control Order. Failure to timely exchange all trial exhibits may result in dismissal of this case or sanctions in accordance with all applicable rules.

SIGNED at Houston, Texas, on this 21st day of June, 2024.

_____
DAVID HITTNER
United States District Judge