1           UNITED STATES DISTRICT COURT
            SOUTHERN DISTRICT OF TEXAS
2                 HOUSTON DIVISION

3    ****************************************************************

4    UNITED STATES OF AMERICA        4:24-CR-298-1

5
     VS.                             HOUSTON, TEXAS
6

7    EITHAN DAVID HAIM               DECEMBER 3, 2024

8
     ****************************************************************
9
         TRANSCRIPT OF MOTION HEARING PROCEEDINGS
10      HEARD BEFORE THE HONORABLE DAVID HITTNER
            UNITED STATES DISTRICT JUDGE
11
     ****************************************************************
12

13   APPEARANCES:

14   FOR THE GOVERNMENT:            MS. JESSICA KATE FEINSTEIN
                                    MR. TYLER STEPHONE WHITE
15                                  MS. LAURETTA D. BAHRY
                                    U.S. Attorney's Office
16                                  1000 Louisiana Street
                                    Suite 2300
17                                  Houston, Texas 77002

18
     FOR THE DEFENDANT:            MR. RYAN PATRICK
19                                  Haynes and Boone, LLP
                                    1221 McKinney Street
20                                  Suite 4000
                                    Houston, Texas 77010
21
                                    MS. MARCELLA C. BURKE
22                                  Burke Law Group, PLLC
                                    1000 Main Street
23                                  Suite 2300
                                    Houston, Texas 77002
24
         Proceedings recorded by mechanical stenography,
25   transcript produced via computer.

```
 1                                      MR. JEFFREY AARON HALL
                                        Burke Law Group, PLLC
 2                                      2001 L Street NW
                                        Suite 500
 3                                      Washington, DC 20036

 4
                                        MR. MARK DANIEL LYTLE
 5                                      Nixon Peabody, LLP
                                        799 9th Street NW
 6                                      Suite 500
                                        Washington, DC 20001
 7

 8
        Official Court Reporter:       Lanie M. Smith, CSR, RMR, CRR
 9                                      Official Court Reporter
                                        United States District Court
10                                      Southern District of Texas
                                        515 Rusk
11                                      Room 8004
                                        Houston, Texas 77002
12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1                     **P R O C E E D I N G S**

2              THE LAW CLERK:  All rise.

3              THE COURT:  Thank you.  Be seated, please.

4              The Court calls the Case Criminal Matter 24-298,

02:03PM    5    *United States of America versus Eithan David Haim.*

6                   Who represents the government?

7              MS. FEINSTEIN:  Jessica Feinstein, Tyler White and

8    Loretta Bahry for the government.  Good afternoon.

9              THE COURT:  Hang on.

02:03PM   10    MS. FEINSTEIN:  Of course.

11             THE COURT:  Feinstein.

12             MS. FEINSTEIN:  And Tyler White.

13             THE COURT:  White.

14             MS. FEINSTEIN:  And Loretta Bahry.

02:04PM   15    THE COURT:  All right.  And for the defense?

16             MR. PATRICK:  Ryan Patrick.

17             THE COURT:  Okay.  Hang on.

18             MR. PATRICK:  Jeff Hall; Marcella Burke; Mark Lytle,

19    L-Y-T-L-E; and Dr. Haim.

02:04PM   20    THE COURT:  Okay.  We have a new attorney here,

21    Mr. Burke.  What's his --

22             MR. PATRICK:  Marcella Burke?  She's been --

23             THE COURT:  No, no, not -- I'm sorry.

24             MR. PATRICK:  Mr. Lytle?

02:04PM   25    THE COURT:  I'm sorry.  Mr. Lytle, yes, sir.  There you

1      are.

2            MR. PATRICK:  This is his first time ever to fly in for

3      a hearing, but he's been on all of our pleadings.  He's filed

4      an appearance.  He's admitted to the district.

02:04PM  5            THE COURT:  Got it.  All right.  I just have some

6      initial matters before we get underway.  This is just as far as

7      some other matters that are pending.  You're probably wondering

8      where they are.  And, again, I have this written down and just

9      to cover it all.

02:05PM  10            We're here today basically on a motion hearing to

11     discuss the government's motion for the issuance of a gag

12     order.  I understand that there are other pending motions

13     pertaining to separate aspects of this case.  I understand, and

14     I've gone through them.  On a couple, we're waiting for

02:05PM  15     responses from the government.

16            But as to all of those motions, I'm not ignoring

17     them.  I don't anticipate holding a hearing to determine the

18     outcome of those motions; and, instead, I'm going to be

19     considering them on the pleadings in the near future, which in

02:05PM  20     the next week or so I'll get them out.  I'm not ignoring them.

21     We're waiting on a couple of responses.  No rush.  But when

22     they're all in, I'll look at them and get them all out at one

23     basic time.

24            All right.  At this time, we're here today on the

02:06PM  25     government's motion.  So if the government -- you want to lead

1    off and then we'll hear from the defense after they're through.

2            Keep in mind that any exhibits that are entered

3    are going to be entered even if there's an objection but for

4    the purposes of this hearing only.  It doesn't relate to the

02:06PM  5    admission of anything in front of a jury.  So it's a whole

6    different ball game when you're dealing with a nonjury matter

7    or a bench matter versus when the jury is in the box.  And I

8    understand that, just like the difference between a preliminary

9    injunction and a trial on the merits.  So a judge can consider

02:06PM 10    things that perhaps the jury under the rules of evidence

11    cannot.

12            With that, okay, Ms. Feinstein.  You want to lead

13    off?  You've got a microphone.  Pull it in to you.  Get the

14    base and pull it in to you, and it will carry.

02:07PM 15            MS. FEINSTEIN:  Can you hear me?

16            THE COURT:  Yes.  And you don't have to lean over to be

17    uncomfortable.

18            MS. FEINSTEIN:  Thank you.

19            THE COURT:  Unless you're uncomfortable anyhow.

02:07PM 20            MS. FEINSTEIN:  You know, as much as I love these

21    hearings.

22            THE COURT:  Yes.

23            MS. FEINSTEIN:  Your Honor, we're here to ask for a

24    limited, narrowly-drawn gag order on the defendant and the

02:07PM 25    defense team, his attorneys.  As we said in our motions, in our

1  initial motion and in our recent reply, this is not a total bar

2  on speech for the defendant.  It's intended to be limited to

3  certain things.  And I want to give some examples to the Court

4  on Trial Director of prior speech that the defendant has been

02:07PM  5  making in this case of the --

6        THE COURT:  Now, keep in mind if there's anything up on

7  appeal later on, that's all they're going to be able to

8  consider, even though the admission is limited for the purposes

9  of this hearing only.  So if you're going to offer these

02:08PM  10  things, at least you need to offer it for the purposes of this

11  hearing to be in the packet if and when it ever goes up.

12        MS. FEINSTEIN:  Yes, Your Honor.  And for the record,

13  we put in Exhibit A and Exhibit B to our initial filing.

14        THE COURT:  All right.  Hang on a second.

02:08PM  15        MS. FEINSTEIN:  Yes, of course.

16        THE COURT:  Because in your initial filings, you had 13

17  attachments.  That's correct.  I'm looking at when you went

18  through as to all the interviews.  You're aware what I'm

19  referring to?

02:08PM  20        MS. FEINSTEIN:  I'm actually not, Your Honor.  I'm

21  sorry.  I'm referring to the government's motion for a gag

22  order.

23        THE COURT:  All right.  Go on.

24        MS. FEINSTEIN:  So that's Docket Number 105.

02:09PM  25        THE COURT:  Hang on.  I'm looking it up.

1          Well, I'm looking at this.  For instance,

2     government's motion for gag order, Exhibit 108, another one on

3     108.  107, 107, 107.

4          MS. FEINSTEIN:  Yes.

02:09PM  5     THE COURT:  Is that what you're referring to?

6          MS. FEINSTEIN:  Exactly.  So docket number -- and hold

7     on a minute.  I can tell the Court exactly.

8          THE COURT:  I gotcha.  I had different footnotes, but

9     okay.  You're dealing --

02:09PM 10     MS. FEINSTEIN:  Yeah.

11     THE COURT:  107 and 108?

12          MS. FEINSTEIN:  107 and 108, those are Exhibits A and

13     B.  They're now unsealed.  They contain multiple different

14     postings on X.

02:09PM 15          In addition, in our reply we have Exhibits C and

16     D we've submitted to the Court; and I'm going to be walking

17     through those.  There are a small handful of other things I

18     might cover today and show the Court; and we will, I guess,

19     propose those be marked as exhibits and entered into the record

02:09PM 20     when we get to them.

21          Before I do that, before I walk the Court through

22     the tweets and whatnot, I'd like to just make a few arguments

23     for the Court, if I may.

24          THE COURT:  Sure.

02:10PM 25          MS. FEINSTEIN:  Okay.  So, you know, we want to focus

on prejudicial and inflammatory speech.  That's what we're

talking about here.  And our main concern here is avoiding

contamination to the jury.  We are not concerned about avoiding

criticism.  That's been a big thing the defendant has been

02:10PM  arguing in his response to us.  We've been getting criticism on

this case from the defendant and others from the get-go.

THE COURT:  Including the lawyers at least one time.

MS. FEINSTEIN:  Yes.  And we've been content to focus

on our job and to put our noses down.  That's what we prefer to

02:10PM  be doing, frankly.  But as we get closer to trial -- and I do

anticipate -- I know there's no current trial date, but I do --

THE COURT:  You'll get one today.

MS. FEINSTEIN:  I anticipate there will be one soon.

You know, as a number of such statements by the

02:10PM  defendant and his counsel have piled up and increased, as the

defendant's profile has increased, as the interest in the case

has increased, we believe that a line has now been crossed; and

we're now in danger of real substantial likelihood of tainting

the jury in this case.

02:11PM  And I want to emphasize for the Court there's a

lot of speech that the defendant has made that we don't find

objectionable, that we're not trying to bar; and indeed, in

certain tweets there are things he will say that are fine.

THE COURT:  You can slow down.

02:11PM  MS. FEINSTEIN:  I'm sorry.

1          THE COURT:  We've got plenty of time.  Go on.

2          MS. FEINSTEIN:  In certain postings that the defendant

3     has made online, there are certain things that the defendant

4     has said that are fine, we have no objection to.  He is

02:11PM  5     absolutely free to make whatever statements he wants, for

6     example, on the issue of transgender care and transgender care

7     for minors.  We're not seeking to stop any of that.

8               And, in fact, I also think any one of these

9     statements by themselves would not be a reason to seek a gag

02:11PM 10     order.  It's the volume, Your Honor.  It's the fact that

11     they're living on the Internet; and all it would require to

12     taint the jury pool is for a single juror to look on his phone

13     and look up the defendant, which is a very tempting thing to do

14     no matter what admonition the Court gives, for the jury to be

02:12PM 15     potentially tainted.

16          THE COURT:  Have you kept down of the number of

17     downloads, the various presentations that the defendant and/or

18     the attorneys have made that -- potential downloads by these

19     various individuals who are hosting some of these blogs or

02:12PM 20     whatever you call them?

21          MS. FEINSTEIN:  Sure.  It's impossible to quantify.

22     There's been so many, Your Honor.  What you can see on the

23     individual posts -- and I'll point out a few of them -- is the

24     number of times that they've been viewed by people, for

02:12PM 25     example, on X.

1       THE COURT:  I'm sorry.  That's what I meant.

2       MS. FEINSTEIN:  Yes.

3       THE COURT:  That's what I meant.

4       MS. FEINSTEIN:  That's okay.

02:12PM  5          And I'm going to show a couple of examples of

6   news articles where -- and what happens with any one of these

7   posts is that it's not just the defendant's viewers.  It's

8   anyone who then reposts it, including high-profile people; and

9   it's also members of the press who then quote directly from

02:13PM 10  Twitter.

11          We're not trying to gag the press.  The press is

12  able to go and look at all of the public proceedings here and

13  have their own commentary, but the point is it's the

14  defendant's speaking that is getting basically elevated in all

02:13PM 15  of these news articles and the likes.

16      THE COURT:  Has it, you think, increased in intensity

17  from your point of view?

18      MS. FEINSTEIN:  I do think so, and that's unscientific,

19  Your Honor, but just based on what I've reviewed.

02:13PM 20          All right.  So I think with that, Your Honor, I'm

21  just going to go ahead and start showing some examples of --

22  and these are just examples, Your Honor, and I'm not going to

23  go through everything as I think we'd be here for too long.

24      THE COURT:  Well, I'm just saying if another entity has

02:13PM 25  to look at it, they have to have it identified and included.

1    MS. FEINSTEIN:  In the record, you mean?

2    THE COURT:  That's correct.

3    MS. FEINSTEIN:  Yes.

4    THE COURT:  Not the jury.

5    MS. FEINSTEIN:  Yes.

6    THE COURT:  We're not there at all, if these are at all

7    admissible for the jury.  It's for this unique motion that's

8    been filed.

9    MS. FEINSTEIN:  Your Honor, we will cite to the exhibit

02:14PM  10    and we will give the date of the Tweet and everything like

11    that.

12    THE COURT:  Okay.

13    MS. FEINSTEIN:  Okay.

14        All right.  So I think the first thing I'd like

02:14PM  15    to do, and Ms. Cardona is going to help me out with this,

16    there's -- it's a short video clip, Your Honor.  It was cited

17    in our reply brief.  So it's not marked as an exhibit, but it's

18    cited in a footnote to our reply brief.

19    THE COURT:  What exhibit is it?  Does it have an

02:14PM  20    exhibit number?

21    MS. FEINSTEIN:  It doesn't have an exhibit number.  If

22    the Court would like, after this, we can submit it separately

23    as an exhibit.

24    THE COURT:  Well, for the purposes of this hearing,

02:14PM  25    probably we ought to.

1    MS. FEINSTEIN:  Okay.

2    THE COURT:  Okay?  But you need to bring that to my

3  attention or at least get it on the record, but for whatever

4  reason, identify it and run it.

02:14PM  5    MS. FEINSTEIN:  Yes, Your Honor.

6         Okay.  So this is the Jordan B. Peterson

7  podcast -- and that's P-E-T-E-R-S-O-N -- interview of Dr. Haim.

8    THE COURT:  Is that was Dr. Jordan B. Peterson?

9    MS. FEINSTEIN:  Uh-huh.

02:15PM  10    THE COURT:  A podcast.

11    MS. FEINSTEIN:  Yes.

12    THE COURT:  And that's June 2020 --

13    MS. FEINSTEIN:  June 27th.

14    THE COURT:  27th, 2024?

02:15PM  15    MS. FEINSTEIN:  Correct.

16         And this is just an excerpt.  It's a long video.  We're

17  not --

18         THE COURT:  It says 51 minutes.

19    MS. FEINSTEIN:  Yeah, it's a long video, and we're not

02:15PM  20  going to be playing that.  We're playing like a 30-second clip.

21  To the extent the Court wants the whole video to review it,

22  we're happy to submit that.

23         Go ahead.

24              (Video was played.)

02:16PM  25    THE COURT:  I can see it for sure, but I don't have it

1    on my screen.  All right.  Get the sound straight.  All right.

2    If you want to start it again.

3    (Video was played.)

4    MS. FEINSTEIN:  So that's the quote that we included in

02:17PM  5    our reply, Your Honor.  We think that is an example of

6    extremely inflammatory language.  Now, this interview was

7    months ago.  It was in June, okay.  So farther away from trial,

8    and we kind of -- we've highlighted a few things from back

9    then, a few statements from back then, just to point out that

02:17PM  10    this has been a slow drum beat building in intensity for months

11    now, not that this is a momentary thing that the defendant is

12    going to stop doing.

13    Okay.  So let's move along.  Let's go to

14    Exhibit C, Page 2.  Exhibit C.  So that's 129-1.  Yes.

02:18PM  15    And just for the record, this is, I think, Docket

16    Number 129-1.

17    THE COURT:  129-1?

18    MS. FEINSTEIN:  Yes, Your Honor.

19    THE COURT:  All right.  Go on.

02:18PM  20    MS. FEINSTEIN:  Okay.  So if we can go to Page 2.  All

21    right.

22    This is a statement on X, posting on X made by

23    the defendant.  The date of posting was June 6, 2024.  And the

24    thing I wanted to highlight is that he basically says they

02:18PM  25    wanted to intimidate me into silence using every --

| | |
|---|---|
| 1 | THE COURT:  Slow down. |
| 2 | MS. FEINSTEIN:  Of course. |
| 3 | THE COURT:  People will tend to speed up when they |
| 4 | read.  Okay. |
| 02:18PM 5 | MS. FEINSTEIN:  Yes.  You're right.  I'll be very slow. |
| 6 | "They wanted to intimidate me into silence using |
| 7 | every technique the federal leviathan had at their disposal." |
| 8 | So this is -- you'll see this sort of same theme |
| 9 | coming back, that we're trying to intimidate the defendant, |
| 02:19PM 10 | we're trying to basically scare him into silence and scare away |
| 11 | all future whistle-blowers.  We think this is inflammatory. |
| 12 | This is the kind of speech that would never be allowed in front |
| 13 | of a jury. |
| 14 | Okay.  We're going to move on to Page 4, same |
| 02:19PM 15 | exhibit.  Okay.  Speaking -- so this is, again, the defendant |
| 16 | posting on X.  It's from June 12th, 2024. |
| 17 | He reposts, I guess, a news article about his |
| 18 | case, and then he says -- which is fine, and then he says: |
| 19 | "HHS has become antiscience, and the DOJ has anti-justice. |
| 02:19PM 20 | They will run cover for those who harm children and target |
| 21 | those who tell the truth." |
| 22 | For the same reason, we think this is |
| 23 | problematic. |
| 24 | Moving on to Page 12, same exhibit.  Okay. |
| 02:20PM 25 | Page 12.  This is a post from October 22nd, 2024.  So that was |

1  a little over a month ago, Your Honor.  And this is actually a

2  quote, I think taken from his lawyer, Marcella Burke, that the

3  defendant was then quoting.

4         So he says in here:  "She just released the

02:20PM  5  following statement.  We have dismantled the U.S.

6  Department" --

7         THE COURT:  Hold it.  You're looking at the center?

8         MS. FEINSTEIN:  Yeah, I'm looking at the middle

9  paragraph, Your Honor.

02:20PM 10         THE COURT:  Paragraph.

11         MS. FEINSTEIN:  Yeah.

12         She just released the following statement:  "We

13  have dismantled the U.S. Department of Justice's case once and

14  soon to be twice.  They've had to rescind their initial

02:20PM 15  indictment after having to admit its allegations were

16  completely false."

17         I want to pause there because I think the problem

18  that we have with this, Your Honor, and the reason we think

19  it's inflammatory and prejudicial is that it is basically a

02:21PM 20  mischaracterization of what has happened in this case.

21         THE COURT:  By the way, if it's easier just for this

22  portion, you can sit down.

23         MS. FEINSTEIN:  Thank you.  I appreciate that.

24         THE COURT:  But pull the microphone down.  All right.

02:21PM 25         MS. FEINSTEIN:  We think this is a mischaracterization

1    of what has happened in this case, Your Honor.  The initial

2    indictment, there's been no finding by the Court that the

3    initial indictment was completely false.  I mean, that's just a

4    complete mischaracterization of what has happened in this case;

02:21PM   5    and this is defense counsel who is an officer of the Court

6    saying this less than a month from trial.  She's not quoting

7    from the record.  She's not doing anything like that.  She's

8    just making a statement.

9        THE COURT:  What's the date on that?

02:21PM  10        MS. FEINSTEIN:  It's October 22nd, 2024.  I think at

11    the time we still had a December 2nd trial date.

12        THE COURT:  Yes, correct.

13        MS. FEINSTEIN:  Okay.  Moving along.  Page 16, same

14    exhibit.  This is the defendant.  The date of this statement on

02:22PM  15    X is November 20th, 2024.  He says:  "The DOJ" -- this is the

16    center paragraph.  "DOJ is inventing criminal law to codify the

17    prosecution of whistle-blowers at the behest of major hospital

18    systems they expose."

19            Again, Your Honor, this is just false.  We

02:22PM  20    acknowledge an unfortunate typo in the prior indictments.  But

21    in no way, shape or form were we inventing criminal law, which

22    would be extremely outrageous.

23            All right.  Moving along.  Page 17, same exhibit.

24    This is a long post by the defendant on X on

02:23PM  25    November 24th, 2024.

1       THE COURT:  November 24th?

2       MS. FEINSTEIN:  Yeah.  So that was last week, I think,

3  Your Honor.  I've lost track of time.

4       THE COURT:  Go on.

02:23PM 5       MS. FEINSTEIN:  So the defendant -- and I'm just going

6  to point out parts of this, Your Honor.  He's talking about our

7  motion for a gag order.

8       THE COURT:  Where are you looking at?

9       MS. FEINSTEIN:  At the very top.  "DOJ's justification

02:23PM 10 for a gag order is that they are concerned with online

11 bullying."

12       He then says:  "This perfectly encapsulates the

13 defining feature of modern-day woke aristocrat.  They zealously

14 deploy the threat or the outright use of state-sanctioned

02:23PM 15 violence against those who challenge their political idealogy

16 yet cast themselves as the victim when regular citizens stand

17 up, take notice, and utilize their First Amendment right to

18 criticize their tyrannical behavior."

19       Again, Your Honor, this language is inflammatory

02:24PM 20 and prejudicial.

21       THE COURT:  Well, keep going.  I'm just reading it now.

22       MS. FEINSTEIN:  If Your Honor would like me to pause at

23 any point --

24       THE COURT:  Hold it.  They're talking about prosecutors

02:24PM 25 now.

1    MS. FEINSTEIN:  Yeah.  Do you want me to keep reading?

2  I can keep reading.

3    THE COURT:  Go on.

4    MS. FEINSTEIN:  "These prosecutors have no qualms about

02:24PM  5  sending me to prison for a decade.  They have no problem

6  inventing new crimes to do so.  They had no problem sending

7  heavily armed U.S. Marshals to my home at 7:00 A.M., even

8  though I am a law-abiding citizen with no criminal history."

9    THE COURT:  All right.  I just wanted to -- I'm reading

02:24PM  10  it myself.

11    MS. FEINSTEIN:  Going on.  I mean, I'll just pull --

12    THE COURT:  Hold it.  I've got notes and I can look at

13  them independently.

14    MS. FEINSTEIN:  Yes.  And I would just point out, I

02:24PM  15  mean, this point about sending heavily armed U.S. Marshals,

16  that is routine in every arrest, Your Honor.  The defendant, we

17  understand, has a firearm or had one, and it would be

18  dereliction of duty to send our Marshals in in that

19  circumstance if they were not armed.

02:24PM  20    All right.  Page 19.  Okay.  So these,

21  Your Honor, I want to make sure the Court understands what

22  these are.  This is a re-post.  So in other words, I think the

23  date on this might be on the next page.  If you could go to the

24  next page and just scroll down.

02:25PM  25    The date is the November 24th again, and the

1  defendant -- if you could scroll up again.

2       THE COURT:  Yeah.  Explain that.

3       MS. FEINSTEIN:  Yeah.  So what happens on Twitter is,

4  in addition to writing your own statements that get posted --

02:25PM  5  and I'm sorry, I keep calling it Twitter.  I'm a few years

6  behind on this.  It's X now.

7            What happens on X is the defendant can write

8  statements and post them, or anybody can, or you can also

9  re-post what other people say, right.  So if somebody else

02:25PM  10  makes a post, you can then re-post it, and it shows up on your

11  feed.

12            And this is essentially an adoption of that

13  speech by the defendant.  He's chosen to highlight it and

14  elevate it and put it on his Twitter -- his X feed.  And this

02:26PM  15  individual that he's re-posting, who goes by the name of, you

16  know, @kyleseraphin is saying -- I mean, the language is just

17  inflammatory.  "The number of effeminate clowns at DOJ who

18  blatantly engage in bad faith legal work is stunning.  It is my

19  life's mission to professionally skewer and embarrass these

02:26PM  20  absolute stooges."

21            It speaks for itself, I think.

22       THE COURT:  Whose statement was that?

23       MS. FEINSTEIN:  That right there is the statement of

24  Kyle Seraphin that defendant has then re-posted, and you can

02:26PM  25  see he --

1       THE COURT:  Posted on what, his own --

2       MS. FEINSTEIN:  On his own.  So you can see up at the

3   very top -- it's a little hard to see -- it says @eithan -- it

4   says -- there's a little arrow symbol that says "Eithan Haim,

02:26PM  5   MD re-posted."

6       THE COURT:  Okay.

7       MS. FEINSTEIN:  We can zoom in, if the Court would

8   like.  Okay.  There we go.

9           Okay.  And then finally, Page 26.

02:27PM 10       THE COURT:  Blow it up.  It sure would help.

11       MS. FEINSTEIN:  Same -- this is I think, the

12   same -- it's not the same day.  It's November 26th.  So a

13   couple days later, the defendant is re-posting this other

14   individual who goes by the handle @feelsdesperate.  He says:

02:27PM 15   "DOJ concocted fake crimes."

16           And then moving along in the next paragraph:

17   "The prosecutorial team is a clown car of incompetent midwits."

18           Again, it speaks for itself.  It's inflammatory

19   and prejudicial name-calling.  Just a couple weeks ago or a

02:27PM 20   week ago.

21           All right.  And just so the Court knows, I'm

22   going to go through the defendant's statements, and then I'll

23   focus on his defense counsel.  So I'm going to go through

24   defendant first.

02:28PM 25       THE COURT:  All right.  Go on.

1          MS. FEINSTEIN:  All right.  So we're going to go to

2     Exhibit A now.

3          THE COURT:  A?

4          MS. FEINSTEIN:  Exhibit A, which is Docket Number 107.

02:28PM  5          All right.  Page 3.  Okay.  So this is a post

6     that the defendant made on X on October 26th.  And he

7     says -- he's basically quoting from a letter that his lawyers

8     wrote to various senators.

9          THE COURT:  Say this again.

02:28PM  10         MS. FEINSTEIN:  Yeah.  I believe what he's doing here

11    is he's highlighted the sort of upper box there.

12         THE COURT:  This is from the defendant?

13         MS. FEINSTEIN:  Yeah, this is a letter that his

14    lawyers, as I understand it, wrote to senators.  So it's not a

02:29PM  15    member -- this is not in the record of the case.

16         THE COURT:  Oh.  Then he posted it.

17         MS. FEINSTEIN:  Then he posted it, yeah.

18         THE COURT:  All right.

19         MS. FEINSTEIN:  And, again, he says in the second

02:29PM  20    paragraph --

21         THE COURT:  So it's on the Internet.

22         MS. FEINSTEIN:  It's on the Internet.

23         He posted it, "This first indictment collapsed

24    last month after it was revealed" --

02:29PM  25         THE COURT:  Slow down.

1          MS. FEINSTEIN:  "This first indictment collapsed last

2    month after it was revealed to be based on egregiously false

3    information."

4          Again, that is a mischaracterization of this case

02:29PM 5    and of the record here.

6          THE COURT:  Now, where are we finding that?  In that

7    upper square?

8          MS. FEINSTEIN:  Yeah.

9          Can we zoom in on the upper square?

02:29PM 10         THE COURT:  Please.

11         MS. FEINSTEIN:  That's the wrong page.  It's Page 3.

12         THE COURT:  So who is it sent by?  Which lawyer?

13         MS. FEINSTEIN:  I can't quite recall, Your Honor, I'm

14   sorry, sitting here today; but it's someone at the table over

02:30PM 15   there.  I believe it was Mark Lytle, but I don't remember.

16         THE COURT:  All right.

17         MS. FEINSTEIN:  Okay.  All right.  And then this is --

18   let's go to Page 8, same exhibit.

19         Okay.  "Again, the DOJ's first indictment was

02:30PM 20   exposed to be entirely based on fiction.  Instead of relying on

21   made-up facts, they relied on made-up crimes."

22         This is a post from November 20th, 2024, on X by

23   the defendant.

24         THE COURT:  And there's a mention of the Court there.

02:30PM 25         MS. FEINSTEIN:  Yes.  What he's done here is he's

1    quoted from -- so the bottom, the white box there that you can

2    see, that's the transcript from, I believe, our motion to

3    dismiss hearing, Your Honor.

4         THE COURT:  All right.

02:31PM  5    MS. FEINSTEIN:  I want to be clear with the Court that

6    if the defendant was just posting a public transcript, we

7    wouldn't be here today.

8         THE COURT:  Go on.

9         MS. FEINSTEIN:  It's the commentary that's problematic.

02:31PM  10        Okay.  So a couple of things I want to raise.

11   These are not exhibits in the record.  We can mark them as such

12   and submit them today, just to show the Court how this kind of

13   works.

14        So these are two articles.  If we can draw up

02:31PM  15   just the news article, Judith.

16        I'll explain what this is once we get it on the

17   screen, Your Honor.

18        Okay.  So this is a -- sorry.  If you could

19   scroll up, Judith.

20        Thank you.

21        So this is a news article posted by this website

22   Daily Wire.  Okay?  The date of publication is

23   November 26, 2024.  The headline is "'Not the Bee' Calls for

24   DOJ to Release Docs in Case Against Child" --

02:32PM  25        THE COURT:  Slow down.  The court reporter needs to get

1    it down.

2         MS. FEINSTEIN:  I'm sorry, Your Honor.

3         THE COURT:  I'm sure she can, but it's a lot easier to

4    follow.  Go a little slower, please.

02:32PM  5         MS. FEINSTEIN:  "'Not the Bee' Calls For DOJ to Release

6    Docs in Case Against Child Trans Procedure Whistleblower."

7              What I wanted to point out to court here -- and

8    we're going to have to scroll down.

9              Keep scrolling.

02:32PM 10              Keep scrolling.

11              Stop.

12              Okay.  So this is Page 6.  And if you could just

13    actually zoom in on that middle section.

14         MS. CARDONA:  This one?

02:33PM 15         MS. FEINSTEIN:  Yeah.  Thank you.

16              So this news article, you know, they go and they

17    quote from the defendant's X statements; and I've already read

18    this particular X statement into the record.  But this is the

19    way that these public statements get even further amplified

02:33PM 20    than just whoever happens to be following the defendant.

21              And again --

22         THE COURT:  I don't follow it.  What am I looking at?

23         MS. FEINSTEIN:  Sure.  So this is part of this news

24    article that was posted on this website Daily Wire; and in the

02:33PM 25    news article it quotes from the defendant's X post, the one

1    about woke aristocrats.

2            Now, we're not trying to gag Daily Wire or any

3    press here; but I just wanted to give an example --

4            THE COURT:  So what are you showing that to me for?

02:33PM 5    MS. FEINSTEIN:  So what I'm showing that to you for is

6    to get a sense of how it gets -- how the defendant's public

7    statements on X are getting reposted and amplified to an even

8    wider audience.

9            THE COURT:  Okay.  For that purpose I'll consider it.

02:34PM 10   MS. FEINSTEIN:  Yeah, exactly.  Thank you.

11           THE COURT:  Because that's a limited purpose.

12           MS. FEINSTEIN:  Yes.

13           THE COURT:  Because we're looking for the exact

14   statements of the defendant and in one or more cases the

02:34PM 15   attorney.

16           MS. FEINSTEIN:  Yes, Your Honor.

17           THE COURT:  All right.  Go on.

18           MS. FEINSTEIN:  And, I mean, there's another example

19   just like this I can do but --

02:34PM 20   THE COURT:  I'm familiar enough to know that a lot of

21   these things are just disseminated across the Internet.

22           MS. FEINSTEIN:  All right.  Then I'm not going to take

23   the Court's time with it.

24           THE COURT:  If it's a major point, a major one or two

02:34PM 25   more, that's fine.  Okay?

1          MS. FEINSTEIN:  Yes, thank you.

2          THE COURT:  And we're honing in just on what they said.

3          MS. FEINSTEIN:  Sure.  The last thing I want from the

4    defendant's posts is just to let the Court know that he's

02:34PM  5    continued to post all the way up until I think yesterday and

6    today.

7          THE COURT:  Post what?

8          MS. FEINSTEIN:  On X.  And one of the things he

9    posted -- can we draw up the picture of --

02:34PM  10          THE COURT:  I don't want you skipping around --

11          MS. FEINSTEIN:  I'm not.

12          THE COURT:  -- just because of what I said.  I mean,

13    but I need the major stuff.

14          MS. FEINSTEIN:  Yes, Your Honor.

02:35PM  15          So can we post the picture of the FBI agent?

16          Okay.  This is a post that the defendant made

17    again on X.  I believe the date on the post was December 1.  So

18    that was -- it might have been --

19          Do you know the dates?

02:35PM  20          MS. CARDONA:  December 2nd.

21          MS. FEINSTEIN:  December 2nd.  So that was yesterday,

22    Your Honor.

23          THE COURT:  Wait a second.  Say that again.

24          MS. FEINSTEIN:  This post was made on X by the

02:35PM  25    defendant yesterday.

|            |    |                                                              |
|------------|----|--------------------------------------------------------------|
|            | 1  | THE COURT:  Yesterday?                                        |
|            | 2  | MS. FEINSTEIN:  Yesterday.                                    |
|            | 3  | THE COURT:  Knowing that the hearing was coming today?       |
|            | 4  | MS. FEINSTEIN:  Yes, Your Honor.                             |
| 02:35PM    | 5  | THE COURT:  All right.  Go on.                                |
|            | 6  | MS. FEINSTEIN:  And what he wrote is "The guy in the         |

1    THE COURT:  Yesterday?

2    MS. FEINSTEIN:  Yesterday.

3    THE COURT:  Knowing that the hearing was coming today?

4    MS. FEINSTEIN:  Yes, Your Honor.

5    THE COURT:  All right.  Go on.

6    MS. FEINSTEIN:  And what he wrote is "The guy in the

7    red shirt is Paul Nixon.  He was the FBI agent who was

8    responsible for the intrepid fact-finding mission in my

9    prosecution -- the same one where they 'missed' all of the

10   basic facts and instead pieced together a complete fiction."

11        And then he posts -- he reposts an image taken

12   from another user that appears to show FBI Agent Paul Nixon

13   when he went to interview a witness.

14        We find this really troubling and scary for those

15   of us involved here, in particular for the FBI agent who has to

16   continue going out and doing his job.

17   THE COURT:  Are they posting any pictures of the

18   attorneys for the government?

19   MS. FEINSTEIN:  There has been a picture posted -- none

20   of us at this table, Your Honor.

21   THE COURT:  What, a former attorney?

22   MS. FEINSTEIN:  Yes, Ms. Ansari.  And I'll get there.

23   THE COURT:  They actually have a picture of that?

24   MS. FEINSTEIN:  Yes.  And I'll get there.

25   THE COURT:  Go on.

1          MS. FEINSTEIN:  Okay.  And I just want the Court to

2     know also -- and I think we said it's in our reply brief -- you

3     know, we're not accusing anyone at the defense counsel table of

4     trying to threaten -- you know, cause threats or incite

02:36PM  5     violence or anything.

6          THE COURT:  Why not?  I mean, isn't that part of it?

7     It could be part of it or not?

8          MS. FEINSTEIN:  I think the --

9          THE COURT:  Hold it.  I'm having trouble now focusing

02:37PM 10     in on it.

11          All right.  Now, explain what you just said,

12     please.

13          MS. FEINSTEIN:  Sure.  I guess what I would say is when

14     you repost this, there is a chance that somebody following this

02:37PM 15     then goes and targets this FBI agent.

16          THE COURT:  All right.

17          MS. FEINSTEIN:  Particularly because the subject matter

18     of all of this, as the Court knows, is impassioned; and, you

19     know, there are hundreds of thousands of people on X and on the

02:37PM 20     Internet potentially viewing these things.

21          All right.  I'm going to move along to the posts

22     of --

23          THE COURT:  Let me ask you that.  Is that an actionable

24     part of what you're asking for?  Is that to be considered in

02:37PM 25     any case law or whatever relative to a gag order and the effect

1    thereof?

2         MS. FEINSTEIN:  I don't have case law, but I do --

3         THE COURT:  Well, we looked up a bunch of cases.  Okay?

4         MS. FEINSTEIN:  I do --

02:38PM 5         THE COURT:  And we're going to get to the *Brown* case a

6    little bit later.

7         MS. FEINSTEIN:  Sure.  I do believe, Your Honor, that

8    safety concerns can, of course, be considered by the Court as a

9    consideration when weighing --

02:38PM 10        THE COURT:  Well, does it need to be brought to the

11   Court's attention; or do we do that hunting on our own?

12        MS. FEINSTEIN:  We, of course, can bring that to the

13   Court's -- we should be bringing that to the Court's attention.

14        THE COURT:  All right.  Go on.

02:38PM 15        MS. FEINSTEIN:  Yes.  Okay.  Moving on to Exhibit B,

16   these are the quotes --

17        THE COURT:  Exhibit B.

18        MS. FEINSTEIN:  Exhibit B which is Docket Number 108.

19        THE COURT:  Always refer to that, please.

02:38PM 20        MS. FEINSTEIN:  Yes, Your Honor.

21        Okay.  So Docket Number 108 are the Twitter posts -- or

22   X posts -- excuse me -- of Ms. Burke who is one of the

23   defendant's counsel.  I'm going to run through a few of these,

24   and then I just want to say a further word about it.

02:38PM 25        THE COURT:  What are they, when we get down there?

1          MS. FEINSTEIN:  I'm sorry, Your Honor.  I didn't hear

2     the question.

3          THE COURT:  What are they?

4          MS. FEINSTEIN:  My further comments?

02:39PM  5          THE COURT:  Yeah.  In other words, what are we looking

6     at aside from Exhibit B?

7          MS. FEINSTEIN:  Sure.  So these are the posts made by

8     Marcella Burke on X.

9          THE COURT:  As the attorney in the case.

02:39PM 10          MS. FEINSTEIN:  Correct.

11          THE COURT:  She did that herself.

12          MS. FEINSTEIN:  Yes, Your Honor.

13          THE COURT:  All right.  Let's see them.

14          MS. FEINSTEIN:  Okay.  Page 3.

02:39PM 15               All right.  If we could zoom in here.  Thank you.

16               And, now, I do apologize.  These didn't -- these

17     images didn't capture the date.

18          THE COURT:  Didn't capture the date?

19          MS. FEINSTEIN:  They didn't capture the date; but it

02:39PM 20     was, I believe --

21          THE COURT:  Well, not believe.  What was it?

22          MS. FEINSTEIN:  It was November -- it was after our

23     motion to dismiss hearing, Your Honor, because that's what

24     she's discussing.  Okay?  Shortly after that.  And I believe it

02:39PM 25     was the 19th or the 20th of November that she posted these.

1          THE COURT:  All right.  Go on.

2          MS. FEINSTEIN:  She has since -- I should clarify.

3          THE COURT:  This was posted on her own --

4          MS. FEINSTEIN:  Yes.

02:40PM 5          THE COURT:  -- account.

6          MS. FEINSTEIN:  And she has since taken that account

7   down, which is why we couldn't go back and look for the date

8   again.

9          THE COURT:  All right.  Go on.  She's taken it down?

02:40PM 10         MS. FEINSTEIN:  Yes.

11         THE COURT:  All right.  Go on.

12         MS. FEINSTEIN:  Okay.  So it is Page 3.  All right.

13  So --

14         THE COURT:  Just read it.

02:40PM 15         MS. FEINSTEIN:  Sure.  So she's discussing the fact

16  that Ms. Ansari was unlicensed, as the Court is aware, for part

17  of this.

18         THE COURT:  "Typical of the bungling, illicit,

19  twitching pile of catastrophe that this is."

02:40PM 20         MS. FEINSTEIN:  Yes, Your Honor.

21         THE COURT:  What is this?

22         MS. FEINSTEIN:  Yes.  So that's what she --

23         THE COURT:  Referring to what?  This case?

24         MS. FEINSTEIN:  Referring to case and referring to the

02:40PM 25  government.

1      THE COURT:  Okay.  Go on.

2      MS. FEINSTEIN:  Moving on to Page 5.  If you could zoom

3  in again.  Thank you.

4          She says:  "The superseding indictment is riddled

02:40PM  5  with nonexistent statutes alleging crimes that don't exist."

6          Again, that is a mischaracterization of the

7  record in this case.

8      THE COURT:  That's an attorney of record?

9      MS. FEINSTEIN:  Correct.  Page 6.

02:41PM 10      THE COURT:  All right.  Go on.

11      MS. FEINSTEIN:  Page 6.  She says -- if you could zoom

12  in on the top -- "Prosecutors try to manufacturer a new crime

13  by adding the word 'use' to the charges."

14          Page 9.

02:41PM 15      THE COURT:  Hold it a second.

16      MS. FEINSTEIN:  Of course.  Do you want us to go back?

17      THE COURT:  Hold it.  All right.  I thought I saw

18  something about the judge in this matter.

19      MS. FEINSTEIN:  I'm sorry.  If you could go back to

02:42PM 20  page --

21      THE COURT:  There was something in there.  There was a

22  mention in there and now I can't find it.

23      MS. FEINSTEIN:  Yeah, it's right there.

24      THE COURT:  Where?

02:42PM 25      MS. FEINSTEIN:  Oh, sorry.  Yeah.  Zoom in at the top,

1    please.  So this is, again, Page 6.

2            THE COURT:  No, there was something below that.

3            MS. FEINSTEIN:  Okay.  Go down to the bottom.

4            THE COURT:  There it is.  Hang on.  Just leave it.

02:42PM  5            Keep going.  It sounded like "were fair," and it

6    just ended there?

7            MS. FEINSTEIN:  It did not.  You can see it says "show

8    more."  I'm not sure if this screen capture grabbed that or

9    not.

02:42PM  10            If we go to the next page, maybe it did.  No, I

11    think unfortunately that got cut off.

12            THE COURT:  Go on.

13            MS. FEINSTEIN:  Okay.  So Page 6.  Okay.  We already

14    did that.

02:43PM  15            Sorry.  Page 9.

16            THE COURT:  Let's keep going, and then enlarge it if

17    you can.

18            MS. FEINSTEIN:  Yes.  Okay.  So, "The government,

19    again, tried to strike problematic language mid-case instead of

02:43PM  20    filing a third corrected version, and like a child hiding

21    something broken from her parent pretending there's nothing to

22    see, the Court denied the motion to strike."

23            I think the language we're objecting there to is

24    the description of the prosecutor is "like a child hiding

02:43PM  25    something broken from her parent."

1            Okay.  And then at the bottom of Page 9.  All

2  right.  She writes at the very bottom here, Your Honor:  "The

3  government targets the defendant for purely political

4  purposes" --

02:43PM  5            THE COURT:  Where is it?

6            MS. FEINSTEIN:  Very bottom.

7            THE COURT:  Oh, okay.

8            MS. FEINSTEIN:  So like the last three lines.

9            "This case is pure retaliation poorly disguised as

02:44PM 10  prosecution."

11            I can keep going, Your Honor.  I'd like to -- why don't

12  we move to Page 12.  Okay.  If we can zoom in at the top.

13  Okay.

14            THE COURT:  And that's the prosecutor, isn't it?

02:44PM 15            MS. FEINSTEIN:  Yes.  So that is Ms. Ansari, the former

16  lead prosecutor in this case.  This is a re-post.

17            So you can see at the top it says "Marcella Burke

18  re-posted."

19            And then this post by this other X --

02:44PM 20            THE COURT:  Who's -- what is it?

21            MS. FEINSTEIN:  Coastal Country Club.  I don't know.

22  It's another user of X.  They summarize --

23            THE COURT:  Oh, but it came from Ms. Burke.

24            MS. FEINSTEIN:  Yes.  Exactly.

02:44PM 25            THE COURT:  They took it from one of her filings, one

1    of her postings.

2            MS. FEINSTEIN:  I'm not sure, Your Honor.  What I know

3    is that she re-posted this person and they were summarizing the

4    case in various ways, which we can show.

02:45PM  5            But you can see the re-post was of a photograph

6    of Ms. Ansari.

7            If you go to the next page, this is the sort of

8    text that was above the image, I believe.  And among other

9    things it says, you know, Numeral 2:  "The DOJ attorney is

02:45PM  10    making up law and statutes in its filings."

11            Paragraph 4:  "The DOJ attorney apparently

12    discovering evidence only 30 days before scheduled trial."

13            A mischaracterization of the record.

14            "DOJ slop-prosecutor," describing Ms. Ansari

02:45PM  15    towards the bottom.

16            THE COURT:  Who was saying that?  Is that from the

17    website?

18            MS. FEINSTEIN:  It's all this user Coastal Country

19    Club --

20            THE COURT:  All right.  Got it.

21            MS. FEINSTEIN:  As re-posted by Ms. Burke.

22            So, Your Honor, a couple of things.  Ms. Burke

23    has since taken this down.  We do know that she is now or

24    somebody from her law firm, Burke Law Group, has been posting

02:46PM  25    on their separate Twitter feed.

1          THE COURT:  How many people are in that firm?

2          MS. FEINSTEIN:  I don't know, Your Honor --

3          THE COURT:  All right.  Go on.

4          MS. FEINSTEIN:  -- as of that day.  Commentary on the

02:46PM 5   gag order and all of that.  We saw that today.

6              We quoted in our filing, you know, the Texas

7   Rules of Professional Conduct.  The reason why I think those

8   are relevant here, Your Honor, is that Rule 3.07 is concerned

9   with exactly the same thing that the government is at -- the

02:46PM 10  same reason the government is asking for a gag order is sort of

11  the impetus underlying Rule 3.07 and that is concerns about

12  pretrial publicity impacting the jury.

13             And if you look at those rules, we believe that

14  they have been violated by Ms. Burke.  So we're not asking

02:47PM 15  anyone to -- refer anyone to the disciplinary committee; but

16  what we are saying is that, you know, it's pretty clear that it

17  was unprofessional and as an officer of the Court, she should

18  know better.

19          THE COURT:  Go on.

02:47PM 20         MS. FEINSTEIN:  One moment, Your Honor.

21             That's it.  We're happy to answer any further

22  questions the Court has.

23          THE COURT:  Not at this time.

24             Let's get the lights back on.

02:47PM 25             All right.  Let's hear from the other side,

1     please.  Yes, sir.

2          MR. PATRICK:  Yes, sir.

3          THE COURT:  Go right ahead.

4          MR. PATRICK:  Is there any particular place you would

02:47PM 5     like me to start, Your Honor?

6          THE COURT:  Wherever you want.

7          MR. PATRICK:  Wherever I want.  Thank you.

8          THE COURT:  You have a number of starting places.

9          MR. PATRICK:  Yes, sir.

02:47PM 10         First off, if the Court will indulge me, I have a

11    few things I'd like to lay out; and if Mr. Hall could also make

12    some of the argument, Your Honor --

13         THE COURT:  No.  I'm going to want the lead lawyers on

14    both sides.

02:47PM 15         MR. PATRICK:  Yes, sir.

16         Dr. Haim's right to complain about his treatment in

17    this case, the way he views it, is a constitutionally protected

18    right, under the First, and as sort of the sidecar, the Sixth

19    Amendment.

02:48PM 20         There's nowhere in the Constitution, unless it's

21    in the back with the index and the maps, there's nothing that

22    says the government is entitled to a fair trial.  It's the

23    defendant, that's Dr. Haim, and he has a First Amendment right

24    to not only petition his government, which he has done --

02:48PM 25    before I was involved in this case, there were letters sent to

1    Congress.  Congressmen and senators have been interested in

2    this case, have sent queries to DOJ about this case, how it was

3    handled.

4                    That is a fundamental precept of the First

02:48PM  5    Amendment, in addition to his ability to speak freely and also

6    speak to the press; and the press has a right to report on the

7    matters of government, and also, Dr. Haim can speak to them.

8                    At its core, these are constitutional rights that

9    Dr. Haim has.  Now, more specifically, though, in a granular

02:49PM 10    way, Twitter, or as its called now, X -- I'll probably call it

11    Twitter out of habit.  Twitter is a massive, large social media

12    platform, but any search will tell you that only about

13    19 percent of Americans use Twitter.

14                    Of the posts that the government showed here on

02:49PM 15    the screen, at the bottom, it will tell you -- there's a little

16    like -- looks like a bar graph.  Some of them it was clipped

17    off.  The ones that I saw, I wrote down.  It tells you how many

18    eyeballs saw that.  How many people on their phones went by it

19    quickly, took time to read it.  They were 9,000 views; 36,000

02:49PM 20    views; 23,000 views.  That's worldwide.  Assume most of those

21    are going to be in the United States, but we're talking about

22    potentially impacting -- the government is saying they could

23    impact a veneer in a 13-county Houston Division.  The whole

24    Southern District of Texas has about 10 million people.  I'd

02:50PM 25    say the Houston Division probably has about 6 million people in

1    it.

2            This is something that, as we say in our brief,

3    searching voir dire, which as the case law speaks to voir dire,

4    instructions to the jury, those are things that can ferret out

02:50PM  5    these issues, if anybody who is even called for jury duty in

6    this case has heard anything about them, and that's

7    long-standing Fifth Circuit case law.  There's Supreme Court

8    case law on this issue.

9            THE COURT:  On what?

02:50PM 10           MR. PATRICK:  Pardon?

11           THE COURT:  On what issue?

12           MR. PATRICK:  On the issue of what are the questions

13    you as the trial court judge need to answer on three key

14    components.  And the *Brown* case is the most instructive here,

02:50PM 15    and you've already referenced to it, Your Honor.  And really,

16    you can boil it down to three things:  To gag the trial

17    participants, you must -- there must be a showing of a

18    substantial likelihood that extrajudicial commentary will

19    undermine a fair trial.  This is Dr. Haim speaking about his

02:50PM 20    own trial.

21           THE COURT:  Well, don't some of these have a million

22    people who have downloaded it and looked at it?

23           MR. PATRICK:  There's no evidence in the record the

24    government can show that's happened.  What is in the record at

02:51PM 25    the bottom of most of those posts they show --

1          THE COURT:  Yeah, I understand.

2          MR. PATRICK:  -- it shows how many people have

3    commented, how many people have re-posted it to their --

4          THE COURT:  How about just scanned it?

02:51PM  5          MR. PATRICK:  At most.  I wrote these down, Your Honor.

6    The first one they showed, 126,000 views.  This is worldwide.

7          THE COURT:  Okay.

8          MR. PATRICK:  The next one was 9,000, 9.4.  The next

9    one was 36,000.  The fourth one was 41,000.

02:51PM 10          So are those a lot in there of themselves?  Sure.

11    But then you're talking about -- well, we have no idea how many

12    people in Houston --

13          THE COURT:  What about the propensity?  And we'll get

14    to the *Brown* case later.  I have one question there.

02:51PM 15          MR. PATRICK:  Yes, sir.

16          THE COURT:  Just of doing it in the first instance.

17    Why not try it just here in the courtroom?

18          MR. PATRICK:  Certainly.  I'm not going to argue

19    whether or not the defendant should be posting like this.

02:52PM 20          THE COURT:  Or one of your associate lawyers.

21          MR. PATRICK:  Well, when we get to that, respectfully,

22    I'd love for Mr. Hall to take that, but I can't get into --

23          THE COURT:  No, sir.

24          MR. PATRICK:  Yes, sir.

02:52PM 25          THE COURT:  You're the lead.

1          MR. PATRICK:  Yes, sir.

2              With Dr. Haim, without conceding anything, like

3     every defendant, he has the right to remain silent, doesn't

4     mean he has the ability, right?

02:52PM  5          THE COURT:  True.

6          MR. PATRICK:  Okay.  So he has the ability to complain

7     about what he views as the government's mistreatment of him.

8     He is to his core First Amendment rights petitioning his -- he

9     is claiming -- pardon me.  He is complaining about what he

02:52PM 10     perceives as his treatment by the government.

11          THE COURT:  Absolutely.

12          MR. PATRICK:  Absolutely.

13          THE COURT:  No.  I agree with that's what he's trying

14     to explain.

02:52PM 15          MR. PATRICK:  Yes, sir.  Now, when it goes further, as

16     the government is trying to argue and the way the defense reads

17     their brief in the reply brief, it reads more of they're

18     complaining about criticism.  Honestly, they're not used to

19     this.

02:53PM 20              I think Your Honor would know from your

21     experience that, well, one you have presided over many trials

22     that have had nationwide, worldwide media coverage far greater

23     than this; and those are instances where, I don't know, maybe

24     they did and my --

02:53PM 25          THE COURT:  I will say this because I was going to say

1    it later.  I've considered gag orders before, but I've never

2    issued one.  And we'll get to that later on.

3             MR. PATRICK:  Yes, sir.

4             THE COURT:  In some really high-profile cases.  Go on.

02:53PM  5             MR. PATRICK:  Yes, sir.  There is very scant case law

6    of successful gag orders in the Fifth Circuit or even in Texas

7    state court.  There are some.  There are some.

8             THE COURT:  Well, you know, I have -- I'm going to show

9    you right here.  I have a yellow sticker.

02:53PM  10             MR. PATRICK:  Yes, sir.

11             THE COURT:  I'm going to read it to you right now:  How

12    does the defendant reconcile this, the *Brown* case?

13             Because the *Brown* case was a case here on our

14    Fifth Circuit that went up to the U.S. Supreme Court.

02:54PM  15             MR. PATRICK:  Yes, sir.

16             THE COURT:  Now, let me just read it because I was

17    going to get to this.  I'll get to that question right now.

18             As the Fifth Circuit concluded in affirming the

19    gag order on the defendant and his attorneys in *Brown*,

02:54PM  20    extrajudicial comments on -- let's see -- or discussion of

21    evidence which might never be admitted in trial and *ex parte*

22    statements by counsel or parties giving their version of the

23    facts obviously threatened to undermine the basic tenant of the

24    outcome of a trial must be decided by impartial jurors.

02:54PM  25             And that's a quote from the Fifth Circuit's

1    opinion that went to the United States Supreme Court.

2            And there's a quote, a Fifth Circuit quote, in

3    the Supreme Court opinion that says:  A district court may

4    impose an approximate -- what is it -- an appropriate gag order

02:55PM  5    on parties and/or their lawyers if it determines that

6    extrajudicial commentary by those individuals would present a

7    substantial likelihood of prejudicing the Court's ability to

8    conduct a fair trial as long as the order is also narrowly

9    tailored and least restrictive means available.

02:55PM 10            Also, I will say I've read the government's

11    submission on their proposed order which I believe tracks a

12    good part of the *Brown* case sometimes point for point.

13            So how do you distinguish that *Brown* case from

14    what we're looking at here both for your client and your

02:55PM 15    colleague on the defense side?

16            MR. PATRICK:  Yes, sir.  First, to distinguish the

17    facts.  *Brown* was a -- the Court even summarizes that it's a

18    very unique case.  Mr. Brown was the -- I don't know --

19    comptroller or controller --

02:56PM 20            THE COURT:  Louisiana, wasn't he?

21            MR. PATRICK:  The Louisiana statewide officeholder who

22    was caught up in an investigation with other statewide

23    officeholders, I believe including the governor; and that was

24    attracting massive media attention, front page of all the

02:56PM 25    Louisiana newspapers, lead story on the news in the evening.

1    It's a very different situation we have here.

2             And what's instructive is not *Brown* itself -- and

3    I'll come back to *Brown* and answer your questions,

4    Your Honor -- but a following case, *Marceaux*, which was ruled

02:56PM  5    on shortly after *Brown*.  And *Marceaux*, in that case was a

6    police officer who was posting very analogous types of

7    information that Dr. Haim is posting; and there the Court says,

8    well, we're not -- this isn't the year 2000 anymore either,

9    that the media landscape is very different.  The way for people

02:56PM 10    like the defendant to communicate is very different than it was

11    over time.

12             And in that case, where you had a defendant

13    actually hosting a website and posting bits of evidence to it,

14    and his commentary on that evidence was found not to be an

02:57PM 15    appropriate use of a gag order in that situation.

16             So it's our contention that *Marceaux* is actually

17    more instructive to the Court.  *Brown* has the key tenants in

18    it; but over time as the media landscape and as -- over time,

19    the last 20 years, the media landscape has changed.  The way

02:57PM 20    information is decimated has changed.  And *Marceaux* is very

21    instructive both on a factual basis and also on a legal basis.

22             But going back to *Brown* -- I don't want to skip

23    your point -- that will the commentary undermine a fair trial,

24    it's our contention that it will not.  This is not something

02:57PM 25    that the government has anything in evidence right now that

1    this has been widely read in this media market.

2            THE COURT:  Do you need to show that, widely read?

3            MR. PATRICK:  Widely read?

4            THE COURT:  Do you need to show that?

02:57PM    5            MR. PATRICK:  Well, I think for the gag order -- and

6    for them to say that a venire panel in the Houston Division of

7    the Southern District of Texas, what sort of actual reach and

8    penetration to the potential venire here matters --

9            THE COURT:  Do they have to show that?

02:58PM   10            MR. PATRICK:  I believe they do.  Yes, Your Honor.

11            THE COURT:  All right.  We need to address that later,

12    please.

13                Go right ahead.

14            MR. PATRICK:  And the reason that's important is, as

02:58PM   15    the case law lays out, as Your Honor knows, one of the remedies

16    would be a change of venue, a change of division even within a

17    district.  Well, if their contention is that social media is so

18    pervasive -- and I would argue that the numbers of people who

19    have actually seen these posts in the greater scheme of

02:58PM   20    things -- their argument there is, I guess, never anywhere in

21    the United States could Dr. Haim have a venire sit for him

22    because of the nationwide reach of 20,000 people seeing one of

23    these posts.  So there's just an illogical conclusion to their

24    argument there.

02:58PM   25                Now, Number 2 underground --

1          THE COURT:  So, in other words, we need to take modern

2     technology into consideration?

3          MR. PATRICK:  Yes, Your Honor.  And I believe *Marceaux*

4     begins to do that.

02:58PM  5          THE COURT:  All right.

6          MR. PATRICK:  Further, that the order is narrowly

7     tailored.  There's a bunch of ways to do that.  I'm not going

8     to just go through what their cases say on that.  You already

9     know that.

02:59PM 10          THE COURT:  Let me ask you this.

11          MR. PATRICK:  Yes, sir.

12          THE COURT:  You see the narrow tailoring of the

13     government.  Is anything about that acceptable?

14          MR. PATRICK:  In this situation, no, Your Honor.  I

02:59PM 15     wholly disagree with the government.

16          THE COURT:  Go right ahead.

17          MR. PATRICK:  And at the least restrictive means

18     available.

19               Again, least restrictive means -- we're going

02:59PM 20     back to some case law that did not anticipate where we are in

21     the media and social media landscape we have now; but, again,

22     this is where the Court opines on jury questionnaires, a

23     searching voir dire.  I think that's the word that's used --

24     the phrase used over and over.

02:59PM 25               Again, this goes back to even cases that have

1      national media attention where people aren't going on social

2      media to opine about a case; but the media is camped out in

3      front of the courthouse every day, it's on the front page of

4      papers, it leads the 6:00 and 10:00 news at night.  That in and

02:59PM  5    of itself does not mean you can't find a jury that actually

6      doesn't know what's going on in this case.

7                        And I just thought of this.  This is not in our

8      brief, but this is a very instructive fact pattern that was

9      strenuously litigated in our state courts.

03:00PM  10                   And I use this as an example, Your Honor.  In the

11     BP explosion in Galveston -- what was that now?  10, 15 years

12     ago?  All the civil cases were stacked up like 10 plaintiffs at

13     a time.  When the first bellwether went to trial, it was a hung

14     jury and the judge, Judge Criss in Galveston County, gagged the

03:00PM  15    jurors after they were dismissed to not discuss the case with

16     anybody.

17                        And that went -- I know it was litigated at the

18     1st or 14th.  I believe it went to the State Supreme Court.

19     And using Fifth Circuit precedent, they said no, you can't even

03:00PM  20    gag jurors.  Even with a half a dozen or more bellwethers

21     stacked up.  And that's in a county of a half a million people,

22     and it took them hundreds of venire -- potential venire members

23     to get one jury for the first bellwether.

24                   THE COURT:  I'm going to ask you a question --

25                   MR. PATRICK:  Yes, sir.

1        THE COURT:  -- here, and you may want to do some

2   research when we take a break.  We checked this when we first

3   saw this Dr. Peterson thing.  I think it says it has

4   1.1 million views as of January -- as of June 27th, 2024.

03:01PM  5        MR. PATRICK:  I would believe that number.

6        THE COURT:  Pardon me?

7        MR. PATRICK:  I would believe that number.

8        THE COURT:  You would believe that number.

9        MR. PATRICK:  Sure.

03:01PM 10        THE COURT:  Isn't that a wide circulation?  That's what

11   I thought I remembered, that 1 million.  So I don't understand

12   then your point.

13        MR. PATRICK:  That's a million hypothetical potential

14   jurors worldwide.  That's not --

03:01PM 15        THE COURT:  Well, where do you get 9,000 or 36,000?

16        MR. PATRICK:  It's on their exhibits.  Contained in

17   their exhibits tells you how many eyeballs have seen those

18   discrete posts.

19        THE COURT:  All right.  I need the government to refer

03:01PM 20   to that when you get back up.

21             Okay.  Go on.

22        MR. PATRICK:  So on the bottom -- those numbers are in

23   their own exhibits, and you're talking about anybody who has

24   access to Twitter worldwide.  That's how many eyeballs.

03:02PM 25        THE COURT:  Worldwide or that program, that particular

1    program?

2              MR. PATRICK:  Well, that is a web-only program,

3    Dr. Peterson.

4              THE COURT:  Okay.

03:02PM  5              MR. PATRICK:  It's only online.  It is not over

6    broadcast TV.  That's anybody in the world can see that.  And

7    if you watch it twice, that counts twice.  So when they pulled

8    it up, that was one more tick.  If they pulled it up a second

9    time, that's one more.

03:02PM  10             So, again, this goes to we are trying -- we are

11   going to have to pick a jury in the Houston Division of the

12   Southern District of Texas.

13             THE COURT:  Correct.

14             MR. PATRICK:  Not hypothetically worldwide in the reach

03:02PM  15   of social media.

16             THE COURT:  That's about 14 counties.

17             MR. PATRICK:  I count 13.  It could be 14.

18             THE COURT:  13.  All right.  You would know better than

19   I would.

20             MR. PATRICK:  I might not.

21             THE COURT:  Maybe they added one since you were

22   U.S. attorney.

23             MR. PATRICK:  It's 43 districtwide.  I know that.

24             THE COURT:  Anyhow.

25             MR. PATRICK:  Yes, sir.

         1                    The final issue I'll get to -- let me make sure I
         2        didn't miss anything -- let me address the tweets by Ms. Burke.
         3                    I'm not a member of the Burke law firm.  That is
         4        a separate firm.  I work for Haynes and Boone.  That's with
03:03PM  5        Burke.  So the record is clear.  You asked.
         6                    My argument there is Ms. Burke -- and she is --
         7        she was posting comments on transcripts from the trial, things
         8        you said; and I'm not trying to pass the buck and say what --
         9                    THE COURT:  Like what?  It was more than just what I
03:03PM 10        said.
        11                    MR. PATRICK:  Well, there was definitely some
        12        commentary.
        13                    THE COURT:  That's correct.
        14                    MR. PATRICK:  Yes, sir.  There was some commentary with
03:03PM 15        it, but your words and the words of Ms. Ansari are there right
        16        under her comments as well.
        17                    THE COURT:  So you're saying that excuses an attorney
        18        in this kind of a case?
        19                    MR. PATRICK:  Well, look, I will freely admit an
03:03PM 20        attorney's words and actions are different; and you're going to
        21        have a different level of control over that than you do
        22        Dr. Haim.  I don't have a case that says otherwise.  However,
        23        at the same time --
        24                    THE COURT:  Well, no, I'm going to wrap up, if we get
03:04PM 25        to a certain point, about all the things the Fifth Circuit says

1    the judge can do for violation of a gag order or the potential

2    of a gag order.  We did the research on all the things that

3    potentially the judge can do, including to an attorney, a

4    licensed attorney in the state.  So we'll get to that later.

03:04PM    5    MR. PATRICK:  Yes, sir.  Yes, sir.

6    THE COURT:  Go right ahead.

7    MR. PATRICK:  My point is this.  Ms. Burke took those

8    down.  We communicated with the government.  I do want to

9    lead -- so two things in particular I do want to point out that

03:04PM    10    the government raised.

11    One is the photo of the FBI agent.  That is a

12    photo that has, separate and apart from anybody at this table's

13    participation, that is a clip from a doorbell camera that has

14    been widely disseminated on the Internet.  I don't know the

03:05PM    15    woman who posted it.  I'm not involved with her in that case at

16    all.  She is a -- she's someone else connected with Texas

17    Children's.  But that's been widely disseminated.  It's not

18    restricted at all to this case and that has the image of

19    Agent Nixon.

03:05PM    20    And when I met with the government back in June,

21    Agent Nixon was very worked up about that photo back then and

22    he did not feel it was appropriate for anyone to ever see this

23    picture anywhere.  He took a pretty hard stance with that.

24    And I disagree with that.  I mean, an FBI agent

03:05PM    25    should not be so sensitive as a picture of him he thinks is

1  dangerous.  As a matter of fact, it is very easy to find where

2  Agent Nixon lives.  He has very poor hygiene on hiding his

3  address and hiding where he lives, and if he was really

4  concerned about his safety, he'd clean that up.  Because I know

03:05PM 5  a lot of people in law enforcement, it's hard to find them, and

6  he's very easy to find.

7         The picture of Ms. Ansari.  That is a Houston

8  Chronicle, what we would call in the media, a hero shot.  That

9  is her giving closing arguments in a gang murder when she was a

03:06PM 10  state prosecutor, showing how the guy killed the gang member

11  and executed him.  That's a hero shot.  That's when that's in

12  the paper, someone cuts it out and sticks it on your door.

13         And any Google search, any online search of

14  Ms. Ansari brings up that and many other AK -- or that was a

03:06PM 15  Hearst -- Getty image search.  There are plenty of wire photos

16  out of there Ms. Ansari.  She's been a prosecutor for over

17  20 years.  She's prosecuted many state and federal high-profile

18  cases.

19         And when Dr. Haim was indicted, the government

03:06PM 20  issues a press release, a pre-indictment press release, and it

21  says who the prosecutor is.  I know that's what it says:

22  Prosecuted by Tina Ansari.

23         So the government is playing a little bit both

24  sides of this by saying, well, we don't want any attention on

03:06PM 25  us, but they issue pre-indictment press releases all the time.

1  We did it when I was U.S. attorney.  I didn't like it.  That's

2  DOJ policy.

3                  Well, now that the shoe is on the other foot, I

4  just don't think they like the criticism.  They don't like the

03:07PM  5  bright light being shown back on them.

6                  So with that, you know, we have the rest of our

7  argument submitted, Your Honor.

8          THE COURT:  Okay.  What I'm going to do since a member

9  of the bar is being questioned at this time, Ms. Burke, if you

03:07PM  10  decide to make some statements, you may.  In other words, your

11  position, if you want to add anything to it, I'll give you that

12  opportunity.  I wanted just the lead counsel, but it's a little

13  bit unique relative to the attorney.  If you want to make a

14  statement or any kind of an argument, that's fine.  If you

03:07PM  15  waive it, so be it.

16          MS. BURKE:  Sure, Your Honor.

17                  I just want to urge my respect for the Court and

18  for the process and for your decision here, but we firmly

19  believe that these Twitter posts will not prejudice a jury and

03:07PM  20  it's actually necessary to ensure --

21          THE COURT:  It's necessary?

22          MS. BURKE:  -- to ensure Dr. Haim's rights are

23  protected.

24                  Part of our strategy is to have other government

03:08PM  25  officials involved and to raise funds for his defense team,

which includes numerous law firms.  And we --

THE COURT:  Yeah, there's a posting about how much funds were raised.  I know that.  And it's online somewhere.

Go right ahead.

03:08PM   MS. BURKE:  That's all, Your Honor.

THE COURT:  All right.  Let's hear from the government.

MS. FEINSTEIN:  I'll be very brief, Your Honor.

THE COURT:  Okay.  At the close of your statement, we're going to take a break, short break.  I may have some more

03:08PM   questions or I may -- I'll go over some of the other questions I have.  As usual, a lot of the questions I had at the beginning were already answered.  I may go into that before our break.  We usually take a break about every hour and a half, and so we've been in session now about one hour and five

03:08PM   minutes, so I think we're doing okay.

Okay.  Yes, ma'am.  Go right ahead.

MS. FEINSTEIN:  All right.  I just want to respond to some of the things the Court wanted me to talk about.

THE COURT:  And anything else as to what the opponent

03:09PM   had to say.

MS. FEINSTEIN:  Yes.  We're talking about the numbers of viewing for the Peterson podcast.  That's in Footnote 2 to our reply brief.

As of December 1st, 2024, that post, according to

03:09PM   YouTube, had been viewed 1,142,987 times, so over a million

1    times.

2            That's one thing I want to show on Trial Director,

3    Your Honor, that goes to that point as well.

4            THE COURT:  Okay.  What is this?  Where is it coming

5    from?

6            MS. FEINSTEIN:  Sure.  So this is a post on --

7            THE COURT:  Exhibit?

8            MS. FEINSTEIN:  This is not an exhibit.  We can mark it

9    as an exhibit if you would like.

03:10PM  10            THE COURT:  Okay.

11            MS. FEINSTEIN:  So for purposes of right now, why don't

12    we call this Exhibit E.

13            THE COURT:  E?

14            MS. FEINSTEIN:  Yes, and we'll mark that and submit it

03:10PM  15    to the Court.

16            This is a post by an X user named Meg Brock.  I'm

17    unfamiliar with who this person is, Your Honor.  She re-posted

18    the defendant's post here, you can see below, and you can see

19    how many times her re-post was viewed.

03:10PM  20            THE COURT:  Where do you look?

21            MS. FEINSTEIN:  Okay.  You look --

22            THE COURT:  Bottom right?

23            MS. FEINSTEIN:  I'm going to walk up here if that's

24    okay.

03:10PM  25            THE COURT:  Where?

1      MS. FEINSTEIN:  Right here at the bottom, 690K.

2      THE COURT:  Yeah.  690,000?

3      MS. FEINSTEIN:  Yes.  So that's just one user on

4  Twitter re-posting the defendant.  So if you just look at the

03:10PM  5  number of views on the defendant's own posts, it's not going to

6  tell you how many times it's been viewed.

7          I would also just say that times have changed

8  since *Brown*, and I think defense agrees with that in terms of

9  the media landscape.  The reality is that these -- it's much

03:11PM 10  easier for individual people to get a big platform than it used

11  to be, and their statements live on and have an afterlife and

12  get quoted again and again and again, as the news article that

13  we posted, for example, shows.

14          So we think that this case is actually very

03:11PM 15  similar to *Brown*.  We think it is an unusual case in the amount

16  of attention that it's getting and extraordinary, and we gave

17  the Court a proposed gag order that we basically took it

18  directly from *Brown*, we added in some language for social

19  media --

03:11PM 20      THE COURT:  Hold on.  The language tracked *Brown* almost

21  exactly in points.

22      MS. FEINSTEIN:  Yes.  We included language from social

23  media about social media.  That's the only thing that was not

24  in the *Brown* gag order that was in ours.

03:11PM 25      THE COURT:  Right.  Yeah.

1    MS. FEINSTEIN:  And so for all the reasons that we've

2    said, we think a limited gag order is appropriate going

3    forward.

4    THE COURT:  All right.  Let me see if I have any

03:11PM  5    questions left on my sheet, because very often, they're already

6    discussed.  When I come back in, we'll all talk about trial

7    dates and so forth.  I can give you an approximation to see if

8    there's any absolute conflict.  I may consider it, I may not.

9    But I looked at my schedule.

03:12PM  10    All right.  For the government, I think you've

11    covered it.  But let me ask you this:  Who would the requested

12    gag order be applicable to?  I think you have it in your first

13    paragraph as to who it is --

14    MS. FEINSTEIN:  Yes.

03:12PM  15    THE COURT:  -- in the order, if I remember.  Hang on.

16    I've got a copy of it right here.  Yeah.  You say to the

17    defendant himself, his attorneys of record, and any agents in

18    their employ working on behalf of the defendant.  All right.

19    All right.  That answered that question.

03:13PM  20    All right.  That's the only one I have.  Let's

21    see.  Give me a second.  I want to look at all of these things

22    so we can move relatively quickly.  And there's a lot of

23    in-house research that I want to -- on this.

24    All right.  Right now, that's about what I've

03:14PM  25    got.  I'm going to come back and I'm going to give you the

1    potential trial dates.

2              Do we have it listed here?  We did it yesterday.

3    You've got it?

4          THE LAW CLERK:  Yes, sir.

03:14PM  5          THE COURT:  Oh, yeah.  Okay.  Hang on.  Here it is.

6    Let me give you the potential that we could have a -- I'm going

7    to ask you -- I know I asked one time before.  I cannot ask the

8    defense.  This may affect the dates we have, all right?  This

9    is one follow-up that I'll talk about when we get back with our

03:14PM 10   calendar.

11             How much time does the government anticipate for

12   its portion of the case?

13         MS. FEINSTEIN:  We anticipate somewhere between three

14   to five days, Your Honor.

03:15PM 15         THE COURT:  It's now longer than you initially

16   anticipated.

17         MS. FEINSTEIN:  It is, Your Honor.  Yes.  I mean, in

18   response to arguments the defense have made, we've done

19   additional investigation, talked to additional witnesses.  It's

03:15PM 20   not significantly longer.

21         THE COURT:  Well, you said, what, two or three last

22   time.  What --

23         MS. FEINSTEIN:  I can't exactly, but that sounds right.

24         THE COURT:  I think it was -- at one time, well,

03:15PM 25   two and -- but that's all right.  You're estimating how many?

1          MS. FEINSTEIN:  I'm being generous in our estimate so

2     we don't run into problems.

3          THE COURT:  It's what?

4          MS. FEINSTEIN:  Five days at the most.

03:15PM  5     THE COURT:  Thank you.  Does that include any

6     cross-examination?

7          MS. FEINSTEIN:  No, because I just don't know how long

8     the cross-examination is going to take.

9          THE COURT:  So how long is this thing going on?

03:15PM 10     MS. FEINSTEIN:  Oh, I'm sorry.  I think it does.  I

11     think it does.

12          THE COURT:  Yeah.  Wait a second.

13          MS. FEINSTEIN:  Yes.

14          THE COURT:  How long is it going on?  All of a sudden,

03:15PM 15     it's getting longer and longer.

16          MS. FEINSTEIN:  We don't think more than five days for

17     the government's case, Your Honor.

18          THE COURT:  Okay.

19               All right.  Let me ask the defendant, since I

03:16PM 20     can't ask -- are you calling any witnesses or certainly if your

21     defendant's taking the stand, about how much time should I set

22     aside?  Because we've got to call people and then we have to

23     know if their schedule would allow it and so forth.  Just

24     ballpark, that's all I need is a ballpark to make sure the

03:16PM 25     dates we have here is workable now on our calendar.

1      You want to visit with your co-counsel?

2      MR. PATRICK:  Can I have a moment, Your Honor?

3      THE COURT:  Yeah.  Hang on one second.

4      MR. PATRICK:  Okay.

03:16PM  5      THE COURT:  Off the record, but we're going to stand

6  right here.  If you want to visit on the side, that's fine.

7           (Off-the-record discussion.)

8      THE COURT:  Yes, sir.

9      MR. PATRICK:  So if the defense puts on a case, a big

03:17PM 10  wild card would be if Dr. Haim testifies, I could easily see

11  three to five days by the defense as well.

12      THE COURT:  Okay.  Thanks.

13           All right.  It's now 3:18.  We're going to take a

14  little bit longer break because I need to do maybe some

03:17PM 15  research and just tailor it based upon the alternatives that I

16  thought about beforehand.

17           So it's now about 3:20.  We'll be back in session

18  at 3:45.  All right.  So we'll see you then.

19      THE LAW CLERK:  All rise.

03:17PM 20           (Court is in recess.)

21      THE LAW CLERK:  All rise.

22      THE COURT:  Thank you.  Be seated.

23           One preliminary question, now that Ms. Feinstein

24  is the lead counsel for the government.

03:49PM 25           How many first-chair federal jury trials have you

had?

MS. FEINSTEIN:  In front of a jury, Your Honor?  I believe five.

THE COURT:  Okay.  Federal first-chair?

03:49PM    MS. FEINSTEIN:  Yes.

THE COURT:  Okay.  Thank you.  That's one of the statistics I did not have.

All right.  First, we're going to get to the trial scheduling order, okay?  All right.  The scheduling for

03:50PM    this trial is as follows:  The date for the final pretrial conference is Thursday, February 6th.  I'm saving the 7th if there's a holdover necessary.  If you think you can do it all in one day, let me know, and we'll just make it one day, but right now, I'm putting two of those out.

03:50PM    The jury call will be February 10th at 10:30 A.M. And, again, I think I had a note for the lawyers.  If -- more than likely, I am not going to go with a jury questionnaire, but I will consider it.

And as far as the voir dire, I'll probably be

03:51PM    doing it, okay.  But I will consider the jury questionnaire, and if I decide not to, at least it will give me the opportunity to ask some of the questions you think ought to be asked.

So we had a date, I think, for the last one,

03:51PM    didn't we?  It was due, what, a couple of weeks ahead of time?

1    MR. PATRICK:  It was.  I think that due date was -- I

2 don't remember what it was.  It was early November.

3    THE COURT:  All right.  We'll set a date on that one,

4 okay, but I will consider it.  And then the -- because the jury

03:51PM   5 section also has to -- also, keep in mind, if you would -- and

6 it's been this way for a number of years -- we are not in

7 sessions on Wednesday, trial sessions.  And February 17th is

8 Presidents' Day, so it's a federal holiday.  So if you would

9 keep that in mind.

03:51PM  10    All right.  The first thing I'm going to mention

11 is the following.  Nobody take it personally.  It's just the

12 order of the Court.

13    The research we did, which was intensive, getting

14 ready for this today -- and so was yours, for that matter; so,

03:52PM  15 I appreciate it -- is the penalties the Court can impose after

16 a gag order violation, penalties -- and, again, pardon me for

17 reading because I had some of this typed out with the two

18 alternatives and I fine-tuned it in there and had it typed up.

19 So I usually don't read, even giving, you know, major

03:52PM  20 addresses; but it's the safest thing here where it all gets

21 taken down.

22    All right.  Penalties the Court can impose after

23 a gag order violation according to the Fifth Circuit:

24    Monetary fines.

03:52PM  25    And the next one, the withdrawal of the

1    defendant's bond and jailing the defendant pending trial.

2              Holding the offending party in civil or criminal

3    contempt of a court order.

4              Written or verbal admonition by the Court.

03:53PM  5    Written order of sanctions against an attorney.

6              And I'm just stating this not as a threat,

7    because you will see where I'm going, but you -- if I ever

8    elect to do that with an attorney for either side, to put it in

9    writing, on every pleading you're going to have to file for the

03:53PM 10   rest of your career, assuming it's upheld if it's appealed.

11   And if it is appealable, I don't know.  Okay?

12             For instance, on a *pro hac vice* motion, if

13   anybody files one in our court from out of state, it says here

14   "Has the applicant been sanctioned by any bar association or

03:53PM 15   court?"

16             You don't want that on anybody's record.  And

17   we'll get to that sort of aspect in a moment.

18             And, again, I apologize for reading; but it's the

19   safest thing to do.  So that's what we were doing a little bit

03:54PM 20   back there.

21             Well -- hang on.

22             (Off-the-record discussion.)

23        THE COURT:  I'm trying to count how many years I've

24   been judging, state and federal, because I have it here.

03:54PM 25   Okay.  During my over 40 years career as a judge

1  in both state and federal court, I have never issued a gag

2  order.  I came close once during the three City Hall bribery

3  trials in the 1990s.  In that case I made it clear to the

4  attorneys involved what the boundaries were laid, including for

03:54PM 5  their clients; and they promptly adjusted their conduct.

6          Some of you may remember these lawyers.  These

7  were not lightweight defense lawyers.  And they complied, and

8  they assisted in talking to their clients.  The late

9  Mike DeGeurin, Dick DeGeurin, Mike Ramsey, Dan Cogdell, all on

03:55PM 10  the same case.  And that's the closest I've come.  And I let

11  them have it a little bit ahead of time.  I told them what the

12  possibilities were, them and their clients, and they advised

13  their clients and they just didn't do any more.

14          So what I've decided to do -- and I'm going to

03:55PM 15  phrase it this way -- I will not grant or deny a gag order at

16  this time, in effect granting a continuance and deferring

17  ruling on the government's pending motion.  So it remains a

18  live case, a live motion.  I'm not going to rule on it.

19          If an additional hearing in the future is

03:55PM 20  necessary, if it's brought to my attention in the future, there

21  will be no repeat testimony of what was offered during today.

22  That will all be adopted -- what is it -- included by adoption,

23  and I will hear only the new matters.  The Court will only

24  consider new alleged instances of improper public commentary.

03:56PM 25          And I want to be clear on this.  I'm going to be

1    equally clear now.  I'm leaving it to the attorneys, one shot,

2    like I did the last time.  And you know -- arguing for either

3    the government or the defense, you know what the cases say.

4    And I know you're arguing on behalf of your client, but just

03:56PM  5    refer back to the case law.

6              And, again, pardon me for writing it; but I

7    wanted that much in the record.  I'm going to be equally clear

8    now.

9              If similar conduct continues to arise in this

03:56PM  10    case after this hearing, I will not hesitate to reconsider the

11    issuing of a gag order.  Should such an order become necessary,

12    any violation by attorney may result in sanctions and/or a

13    formal written order of sanctions from this Court.

14              Furthermore, any violation of this order by the

03:57PM  15    defendant himself could lead to the revocation of his bond and

16    immediate custody, sending to the federal jailhouse, the

17    Federal Detention Center.

18              Anything further from the government?

19              MS. FEINSTEIN:  I just -- I want to make sure I

03:57PM  20    understand what the Court said.

21              THE COURT:  Stand up, counsel.

22              MS. FEINSTEIN:  I want to make sure I understand what

23    the Court just ordered.

24              THE COURT:  Well, I was pretty clear.

03:57PM  25              MS. FEINSTEIN:  Well, I just wanted to make sure I

1    understood.

2            Is the Court saying that you are imposing that

3    order now and that you are holding it in continuance and if the

4    order is entered, than the defendant would be --

03:57PM  5    THE COURT:  Say again.  No.  I thought it was made

6    perfectly clear.  I'm continuing this hearing without

7    prejudice, in effect.

8            MS. FEINSTEIN:  Okay.

9            THE COURT:  In other words, everything both sides have

03:58PM  10   put on, I will not hear again.  When I reconvene, if I need to,

11   if there's any other instances that may fall within that

12   category, okay, we're not going into anything before.  It's all

13   going to be new stuff, and then I'll rule on it.  And ruling on

14   it, there's all of these possibilities for the lawyers and the

03:58PM  15   defendant.

16           MS. FEINSTEIN:  Understood.

17           THE COURT:  So I did it one time before and that

18   was -- what is it -- in the 1990s and I'm coming close here,

19   but I'm not there yet.

03:58PM  20           We've heard now -- we've heard from the

21   government, had a question.

22           How about the defense?

23           MR. PATRICK:  No, Your Honor.

24           THE COURT:  All right.  Let's just get this tried.

03:58PM  25   Don't try it anywhere else.  You'll get a hearing; and I'll

1    give you as much leash as I can, so to speak.  Let's just try

2    it in the courtroom.  That's what it's made for.  All right?

3              And you're all federal practitioners.  I

4    appreciate your effort in this case.  We'll get all those

03:59PM  5    orders out in a few days.

6              Thank you so much.  We'll stand adjourned.

7         MS. FEINSTEIN:  Your Honor, I'm so sorry.  One just

8    business matter.

9         THE COURT:  Yes.

03:59PM  10        MS. FEINSTEIN:  We just want to formally offer, to the

11    extent that we hadn't, the Exhibit E that we cited --

12        THE COURT:  All those exhibits that I heard are now in

13    evidence for the purpose only of this hearing.

14        MS. FEINSTEIN:  Thank you.

03:59PM  15        THE COURT:  Yes, ma'am.

16              Okay.  We stand adjourned.

17        THE LAW CLERK:  All rise.

18              (The proceedings were adjourned.)

19                        * * * *

20

21

22

23

24

25

1                    REPORTER'S CERTIFICATE

2            I, Lanie M. Smith, CSR, RMR, CRR, Official
   Court Reporter, United States District Court, Southern District
3  of Texas, do hereby certify that the foregoing is a true and
   correct transcript, to the best of my ability and
4  understanding, from the record of the proceedings in the
   above-entitled and numbered matter.

5

6                              ___/s/ Lanie M. Smith_____
                               Official Court Reporter
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

'

'missed' [1] - 27:9
'not [2] - 23:23, 24:5
'use' [1] - 32:13

/

/s [1] - 68:6

1

1 [2] - 26:17, 48:11
1,142,987 [1] - 54:25
1.1 [1] - 48:4
10 [3] - 38:24, 47:11, 47:12
1000 [2] - 1:16, 1:22
105 [1] - 6:24
107 [6] - 7:3, 7:11, 7:12, 21:4
108 [6] - 7:2, 7:3, 7:11, 7:12, 29:18, 29:21
10:00 [1] - 47:4
10:30 [1] - 61:15
10th [1] - 61:15
12 [3] - 14:24, 14:25, 34:12
1221 [1] - 1:19
126,000 [1] - 40:6
129-1 [3] - 13:14, 13:16, 13:17
12th [1] - 14:16
13 [3] - 6:16, 49:17, 49:18
13-county [1] - 38:23
14 [2] - 49:16, 49:17
14th [1] - 47:18
15 [1] - 47:11
16 [1] - 16:13
17 [1] - 16:23
17th [1] - 62:7
19 [2] - 18:20, 38:13
1990s [2] - 64:3, 66:18
19th [1] - 30:25
1st [2] - 47:18, 54:24

2

2 [5] - 13:14, 13:20, 35:9, 45:25, 54:22
20 [2] - 44:19, 52:17
20,000 [1] - 45:22
2000 [1] - 44:8
20001 [1] - 2:6
2001 [1] - 2:2
20036 [1] - 2:3
2020 [1] - 12:12
2024 [12] - 1:7, 12:14, 13:23, 14:16, 14:25, 16:10, 16:15, 16:25, 22:22, 23:23, 48:4, 54:24
20th [3] - 16:15, 22:22, 30:25
22nd [2] - 14:25, 16:10
23,000 [1] - 38:20
2300 [2] - 1:16, 1:23
24-298 [1] - 3:4

24th [3] - 16:25, 17:1, 18:25
26 [2] - 20:9, 23:23
26th [2] - 20:12, 21:6
27th [3] - 12:13, 12:14, 48:4
2nd [3] - 16:11, 26:20, 26:21

3

3 [5] - 1:7, 21:5, 22:11, 30:14, 31:12
3.07 [2] - 36:8, 36:11
30 [1] - 35:12
30-second [1] - 12:20
36,000 [3] - 38:19, 40:9, 48:15
3:18 [1] - 60:13
3:20 [1] - 60:17
3:45 [1] - 60:18

4

4 [2] - 14:14, 35:11
40 [1] - 63:25
4000 [1] - 1:20
41,000 [1] - 40:9
43 [1] - 49:23
4:24-CR-298-1 [1] - 1:4

5

5 [1] - 32:2
500 [2] - 2:2, 2:6
51 [1] - 12:18
515 [1] - 2:10

6

6 [7] - 13:23, 24:12, 32:9, 32:11, 33:1, 33:13, 38:25
690,000 [1] - 56:2
690K [1] - 56:1
6:00 [1] - 47:4
6th [1] - 61:11

7

77002 [3] - 1:17, 1:23, 2:11
77010 [1] - 1:20
799 [1] - 2:5
7:00 [1] - 18:7
7th [1] - 61:11

8

8 [1] - 22:18
8004 [1] - 2:11

9

9 [3] - 32:14, 33:15, 34:1
9,000 [3] - 38:19, 40:8, 48:15
9.4 [1] - 40:8

9th [1] - 2:5

A

A [6] - 6:13, 7:12, 21:2, 21:3, 21:4, 43:3
a [258] - 3:20, 4:3, 4:10, 4:11, 4:14, 4:17, 4:21, 5:5, 5:6, 5:7, 5:8, 5:9, 5:13, 5:23, 6:1, 6:14, 6:21, 7:7, 7:17, 7:22, 8:4, 8:14, 8:17, 8:20, 9:9, 9:12, 9:13, 9:23, 10:5, 11:16, 11:18, 12:10, 12:16, 12:19, 12:20, 13:8, 13:9, 13:10, 13:11, 13:22, 14:13, 14:17, 14:25, 15:1, 15:19, 15:25, 16:3, 16:6, 16:8, 16:11, 16:24, 17:7, 17:10, 18:5, 18:8, 18:17, 18:22, 19:5, 19:10, 20:3, 20:4, 20:12, 20:17, 20:19, 21:5, 21:7, 21:13, 21:14, 22:4, 22:22, 22:24, 23:6, 23:10, 23:18, 23:21, 24:3, 24:4, 25:6, 25:11, 25:20, 25:24, 26:16, 26:23, 27:10, 27:13, 27:19, 27:21, 27:23, 28:14, 28:25, 29:3, 29:5, 29:8, 29:23, 29:24, 32:6, 32:12, 32:15, 32:21, 33:20, 33:24, 34:16, 35:5, 35:13, 35:22, 36:10, 37:8, 37:10, 37:17, 37:22, 37:23, 38:4, 38:6, 38:9, 38:11, 38:15, 38:16, 38:23, 39:17, 39:19, 39:21, 40:10, 42:9, 42:13, 42:24, 42:25, 43:2, 43:6, 43:8, 43:11, 43:17, 44:1, 44:4, 44:5, 44:12, 44:13, 44:15, 44:21, 44:23, 45:6, 45:16, 45:21, 46:7, 46:22, 47:2, 47:5, 47:8, 47:13, 47:20, 47:21, 47:24, 48:2, 48:10, 48:13, 49:2, 49:8, 49:11, 50:3, 50:4, 50:18, 50:21, 50:22, 50:25, 51:1, 51:2, 51:3, 51:11, 51:13, 51:16, 51:23, 51:25, 52:1, 52:5, 52:7, 52:8, 52:9, 52:11, 52:14, 52:16, 52:20, 52:23, 53:8, 53:12, 53:13, 53:19, 54:2, 54:9, 54:11, 54:13, 54:25, 55:6, 55:16, 56:10, 56:17, 57:2, 57:16, 57:21, 57:22, 58:6, 59:12, 59:14, 59:24, 60:2, 60:9, 60:13, 61:2, 61:12, 61:16, 61:17, 61:24, 61:25, 62:3, 62:6, 62:8, 62:16, 62:23, 63:3, 63:6, 63:12, 63:17, 63:19, 63:25, 64:1, 64:11, 64:15, 64:16, 64:17, 64:18, 65:11, 65:12, 66:21, 66:25, 67:5, 68:3
A.M [2] - 18:7, 61:15
AARON [1] - 2:1
abiding [1] - 18:8
ability [5] - 38:5, 41:4, 41:6, 43:7, 68:3
able [2] - 6:7, 10:12
about [45] - 8:2, 8:3, 14:17, 17:6, 17:24, 18:4, 18:15, 25:1, 29:24, 32:18, 36:11, 37:16, 38:2, 38:12, 38:21, 38:24, 38:25, 39:6, 39:19, 40:4, 40:11, 40:13, 41:7, 41:9, 41:18, 46:13, 47:2, 48:23, 49:16, 50:25, 51:21, 52:4, 54:2, 54:13, 54:14, 54:18, 54:21, 56:23, 57:6, 57:24, 58:9, 59:21, 60:16, 60:17, 66:22
above [2] - 35:8, 68:4
above-entitled [1] - 68:4

**absolute** [2] - 19:20, 57:8
**absolutely** [3] - 9:5, 41:11, 41:12
**acceptable** [1] - 46:13
**access** [1] - 48:24
**according** [2] - 54:24, 62:23
**account** [2] - 31:5, 31:6
**accusing** [1] - 28:3
**acknowledge** [1] - 16:20
**across** [1] - 25:21
**actionable** [1] - 28:23
**actions** [1] - 50:20
**actual** [1] - 45:7
**actually** [10] - 6:20, 15:1, 24:13, 27:23, 44:13, 44:16, 45:19, 47:5, 53:20, 56:14
**add** [1] - 53:11
**added** [2] - 49:21, 56:18
**adding** [1] - 32:13
**addition** [3] - 7:15, 19:4, 38:5
**additional** [3] - 58:19, 64:19
**address** [3] - 45:11, 50:2, 52:3
**addresses** [1] - 62:20
**adjourned** [1] - 67:6, 67:16, 67:18
**adjusted** [1] - 64:5
**admissible** [1] - 11:7
**admission** [2] - 5:5, 6:8
**admit** [2] - 15:15, 50:19
**admitted** [2] - 4:4, 42:21
**admonition** [2] - 9:14, 63:4
**adopted** [1] - 64:22
**adoption** [2] - 19:12, 64:22
**advised** [1] - 64:12
**affect** [1] - 58:8
**affirming** [1] - 42:18
**after** [12] - 5:1, 11:22, 15:15, 21:24, 22:2, 30:22, 30:24, 44:5, 47:15, 62:15, 62:22, 65:10
**afterlife** [1] - 56:11
**afternoon** [1] - 3:8
**again** [33] - 4:8, 13:2, 14:15, 16:19, 17:19, 18:25, 19:1, 20:18, 21:9, 21:19, 22:4, 22:19, 24:21, 26:17, 26:23, 31:8, 32:3, 32:6, 33:1, 33:19, 46:19, 46:21, 46:25, 49:10, 56:12, 61:16, 62:16, 63:18, 65:6, 66:5, 66:10
**against** [2] - 17:15, 63:5
**Against** [2] - 23:24, 24:6
**agent** [6] - 26:15, 27:7, 27:15, 28:15, 51:11, 51:24
**Agent** [4] - 27:12, 51:19, 51:21, 52:2
**agents** [1] - 57:17
**ago** [5] - 13:7, 15:1, 20:19, 20:20, 47:12
**agree** [1] - 41:13
**agrees** [1] - 56:8
**ahead** [10] - 10:21, 12:23, 37:3, 45:13, 46:16, 51:6, 54:4, 54:16, 61:25, 64:11
**AK** [1] - 52:14
**all** [110] - 3:2, 3:15, 4:3, 4:5, 4:9, 4:16, 4:22, 4:24, 6:7, 6:14, 6:18, 6:23, 9:11,

10:12, 10:14, 10:20, 11:6, 11:14, 13:1, 13:19, 13:20, 14:11, 15:24, 16:23, 18:9, 18:20, 20:21, 20:25, 21:1, 21:5, 21:18, 22:16, 22:17, 23:4, 25:17, 25:22, 26:5, 27:5, 27:9, 28:11, 28:16, 28:18, 28:21, 29:14, 30:13, 30:15, 31:1, 31:9, 31:11, 31:12, 32:10, 32:17, 34:1, 35:18, 35:20, 36:3, 36:5, 36:25, 43:24, 45:11, 46:5, 47:12, 48:19, 49:18, 50:25, 51:2, 51:16, 51:18, 52:25, 54:5, 54:6, 54:17, 57:1, 57:4, 57:6, 57:10, 57:18, 57:19, 57:20, 57:21, 57:24, 58:8, 58:25, 59:14, 59:19, 59:24, 60:13, 60:18, 60:19, 60:21, 61:8, 61:9, 61:12, 62:3, 62:10, 62:20, 62:22, 64:9, 64:22, 66:12, 66:14, 66:24, 67:2, 67:3, 67:4, 67:12, 67:17
**allegations** [1] - 15:15
**alleged** [1] - 64:24
**alleging** [1] - 32:5
**allow** [1] - 59:23
**allowed** [1] - 14:12
**almost** [1] - 56:20
**along** [5] - 13:13, 16:13, 16:23, 20:16, 28:21
**already** [6] - 24:17, 33:13, 39:15, 46:8, 54:12, 57:5
**also** [13] - 9:8, 10:9, 19:8, 28:2, 37:11, 38:5, 38:7, 43:8, 43:10, 44:21, 56:7, 62:5
**alternatives** [2] - 60:15, 62:18
**always** [1] - 29:19
**am** [3] - 18:8, 24:22, 61:17
**Amendment** [5] - 17:17, 37:19, 37:23, 38:5, 41:8
**America** [1] - 3:5
**AMERICA** [1] - 1:4
**Americans** [1] - 38:13
**among** [1] - 35:8
**amount** [1] - 56:15
**amplified** [2] - 24:19, 25:7
**an** [38] - 4:4, 5:3, 11:17, 11:19, 11:21, 11:23, 12:16, 13:5, 16:5, 16:20, 19:12, 25:3, 25:7, 27:11, 28:23, 32:8, 36:17, 43:4, 43:22, 44:14, 45:23, 47:10, 50:17, 50:19, 51:3, 51:24, 53:14, 55:8, 55:9, 55:16, 56:11, 56:15, 57:7, 63:5, 63:8, 64:19, 65:11
**analogous** [1] - 44:6
**And** [1] - 61:16
**and** [310] - 1:19, 3:7, 3:12, 3:14, 3:15, 3:19, 4:8, 4:13, 4:18, 4:22, 5:1, 5:7, 5:9, 5:14, 5:16, 5:24, 6:1, 6:3, 6:11, 6:12, 6:13, 7:6, 7:11, 7:12, 7:15, 7:16, 7:18, 7:19, 7:22, 8:1, 8:2, 8:6, 8:8, 8:9, 8:10, 8:15, 8:17, 8:20, 8:22, 9:6, 9:8, 9:11, 9:13, 9:23, 10:5, 10:6, 10:8, 10:12, 10:15, 10:18, 10:21, 10:22, 10:25, 11:10, 11:15, 12:4, 12:7, 12:12, 12:16, 12:19, 13:8, 13:15, 13:23, 14:10, 14:18, 14:19, 14:20, 15:1, 15:13, 15:18, 15:19,

16:5, 17:5, 17:17, 17:20, 18:12, 18:14, 18:17, 18:24, 18:25, 19:5, 19:8, 19:10, 19:12, 19:13, 19:14, 19:19, 19:24, 20:9, 20:16, 20:19, 20:21, 20:22, 21:6, 21:19, 22:5, 22:17, 22:24, 23:12, 24:7, 24:12, 24:16, 24:17, 24:21, 24:24, 25:7, 25:14, 25:18, 26:2, 26:5, 26:8, 27:6, 27:10, 27:11, 27:14, 27:16, 27:22, 27:24, 28:1, 28:2, 28:15, 28:18, 28:19, 28:25, 29:5, 29:24, 30:16, 30:24, 31:6, 31:7, 31:24, 32:22, 33:5, 33:16, 33:20, 34:1, 34:14, 34:19, 35:3, 35:8, 35:10, 36:5, 36:11, 36:13, 36:17, 37:11, 37:18, 37:21, 37:23, 38:1, 38:5, 38:6, 38:7, 39:6, 39:14, 39:15, 39:22, 40:13, 41:16, 41:23, 41:24, 42:2, 42:19, 42:21, 42:25, 43:2, 43:9, 43:14, 43:23, 44:2, 44:3, 44:5, 44:7, 44:12, 44:13, 44:14, 44:18, 44:20, 44:21, 45:5, 45:7, 45:14, 45:18, 46:3, 46:17, 46:21, 46:24, 47:4, 47:7, 47:10, 47:14, 47:17, 47:19, 47:21, 47:22, 48:1, 48:23, 49:6, 50:4, 50:6, 50:8, 50:15, 50:20, 51:12, 51:18, 51:20, 51:21, 51:24, 52:3, 52:5, 52:11, 52:12, 52:13, 52:14, 52:17, 52:19, 52:20, 53:17, 53:18, 53:19, 53:25, 54:1, 54:3, 54:13, 54:14, 54:19, 55:14, 55:18, 56:8, 56:11, 56:12, 56:16, 57:1, 57:7, 57:17, 57:22, 57:25, 58:25, 59:15, 59:22, 59:23, 60:15, 61:13, 61:19, 61:21, 62:4, 62:5, 62:7, 62:14, 62:16, 62:18, 62:25, 63:1, 63:6, 63:11, 63:16, 63:18, 63:24, 64:1, 64:5, 64:7, 64:10, 64:12, 64:13, 64:14, 64:16, 64:23, 64:25, 65:2, 65:4, 65:6, 65:15, 66:3, 66:13, 66:14, 66:17, 66:18, 66:25, 67:3, 68:3, 68:3, 68:4
**and/or** [3] - 9:17, 43:5, 65:12
**another** [5] - 7:2, 10:24, 25:18, 27:12, 34:22
**Ansari** [10] - 27:22, 31:16, 34:15, 35:6, 35:14, 50:15, 52:7, 52:14, 52:16, 52:22
**answer** [3] - 36:21, 39:13, 44:3
**answered** [2] - 54:12, 57:19
**anti** [1] - 14:19
**anti-justice** [1] - 14:19
**anticipate** [6] - 4:17, 8:11, 8:13, 46:20, 58:11, 58:13
**anticipated** [1] - 58:16
**antiscience** [1] - 14:19
**any** [25] - 5:2, 9:7, 9:8, 10:6, 17:23, 25:2, 27:17, 28:25, 36:21, 37:4, 38:12, 52:13, 52:24, 53:14, 57:4, 57:8, 57:17, 59:5, 59:20, 63:14, 64:13, 65:12, 65:14, 66:11
**anybody** [7] - 19:8, 39:5, 47:16, 48:23, 49:6, 51:12, 63:13
**anybody's** [1] - 63:16
**anyhow** [2] - 5:19, 49:24
**anymore** [1] - 44:8
**anyone** [5] - 10:8, 28:3, 36:15, 51:22

**anything** [13] - 5:5, 6:6, 16:7, 28:5, 39:6, 41:2, 44:25, 46:13, 50:2, 53:11, 54:19, 65:18, 66:12

**anywhere** [3] - 45:20, 51:23, 66:25

**apart** [1] - 51:12

**apologize** [2] - 30:16, 63:18

**apparently** [1] - 35:11

**appeal** [1] - 6:7

**appealable** [1] - 63:11

**appealed** [1] - 63:10

**appearance** [1] - 4:4

**APPEARANCES** [1] - 1:12

**appears** [1] - 27:12

**applicable** [1] - 57:12

**applicant** [1] - 63:14

**appreciate** [3] - 15:23, 62:15, 67:4

**appropriate** [4] - 43:4, 44:15, 51:22, 57:2

**approximate** [1] - 43:4

**approximation** [1] - 57:7

**are** [57] - 4:1, 4:7, 4:8, 4:12, 5:2, 5:3, 7:12, 7:17, 8:3, 8:23, 9:3, 9:4, 9:19, 10:22, 11:6, 17:8, 17:10, 18:22, 22:6, 23:11, 23:14, 25:4, 25:7, 25:21, 27:17, 28:19, 29:16, 29:21, 29:25, 30:3, 30:5, 30:7, 36:1, 36:8, 36:16, 38:8, 38:21, 39:4, 39:12, 40:10, 41:23, 42:7, 46:20, 48:22, 49:10, 50:15, 50:20, 52:15, 53:22, 59:20, 62:6, 66:2, 66:3, 67:12

**aren't** [1] - 47:1

**argue** [3] - 40:18, 41:16, 45:18

**arguing** [2] - 8:5, 65:2, 65:4

**argument** [6] - 37:12, 45:20, 45:24, 50:6, 53:7, 53:14

**arguments** [3] - 7:22, 52:9, 58:18

**arise** [1] - 65:9

**aristocrat** [1] - 17:13

**aristocrats** [1] - 25:1

**armed** [3] - 18:7, 18:15, 18:19

**around** [1] - 26:10

**arrest** [1] - 18:16

**arrow** [1] - 20:4

**article** [7] - 14:17, 23:15, 23:21, 24:16, 24:24, 24:25, 56:12

**articles** [3] - 10:6, 10:15, 23:14

**as** [62] - 4:6, 4:16, 5:20, 5:25, 6:18, 7:19, 8:10, 8:14, 8:15, 8:16, 10:23, 11:17, 11:23, 17:16, 21:14, 23:11, 28:18, 29:8, 30:9, 31:16, 34:9, 35:21, 36:4, 36:17, 37:18, 38:10, 39:2, 39:3, 39:13, 41:7, 41:10, 41:15, 42:18, 43:8, 44:18, 45:14, 45:15, 47:10, 48:4, 50:16, 51:25, 52:1, 54:11, 54:19, 54:24, 55:3, 55:9, 56:12, 57:13, 60:11, 61:10, 61:19, 63:6, 63:25, 67:1

**aside** [2] - 30:6, 59:22

**ask** [10] - 5:23, 28:23, 46:10, 47:24, 57:11, 58:7, 59:19, 59:20, 61:22

**asked** [3] - 50:5, 58:7, 61:23

**asking** [3] - 28:24, 36:10, 36:14

**aspect** [1] - 63:17

**aspects** [1] - 4:13

**assisted** [1] - 64:8

**associate** [1] - 40:20

**association** [1] - 63:14

**assume** [1] - 38:20

**assuming** [1] - 63:10

**at** [64] - 4:22, 4:24, 6:10, 6:17, 7:1, 8:7, 10:12, 10:25, 11:6, 12:3, 14:7, 15:7, 15:8, 16:10, 16:17, 17:8, 17:9, 17:22, 18:7, 18:12, 19:17, 20:2, 22:14, 24:22, 27:20, 28:3, 30:6, 32:25, 34:1, 34:2, 34:12, 34:17, 36:9, 36:13, 36:23, 38:8, 38:15, 39:22, 39:24, 40:5, 43:14, 46:17, 47:4, 47:12, 47:17, 50:23, 51:12, 51:15, 51:18, 53:9, 54:8, 54:11, 56:1, 56:4, 57:9, 57:21, 58:24, 59:4, 60:18, 61:15, 61:21, 64:15

**attachments** [1] - 6:17

**attention** [8] - 12:3, 29:11, 29:13, 43:24, 47:1, 52:24, 56:16, 64:20

**attorney** [16] - 3:20, 25:15, 27:21, 30:9, 32:8, 35:9, 35:11, 49:22, 50:17, 51:3, 51:4, 53:1, 53:13, 63:5, 63:8, 65:12

**Attorney's** [1] - 1:15

**attorney's** [1] - 50:20

**attorneys** [5] - 5:25, 9:18, 27:18, 42:19, 57:17, 64:4, 65:1

**attracting** [1] - 43:24

**audience** [1] - 25:8

**available** [2] - 43:9, 46:18

**avoiding** [2] - 8:2, 8:3

**aware** [2] - 6:18, 31:16

**away** [2] - 13:7, 14:10

## B

**B** [8] - 6:13, 7:13, 12:6, 12:8, 29:15, 29:17, 29:18, 30:6

**back** [22] - 13:8, 13:9, 14:9, 31:7, 32:16, 32:19, 36:24, 37:21, 44:3, 44:22, 46:20, 46:25, 48:20, 51:20, 51:21, 53:5, 57:6, 57:25, 58:9, 60:17, 63:20, 65:5

**bad** [1] - 19:18

**Bahry** [2] - 3:8, 3:14

**BAHRY** [1] - 1:15

**ball** [1] - 5:6

**ballpark** [2] - 59:24

**bar** [5] - 6:1, 8:22, 38:16, 53:9, 63:14

**base** [1] - 5:14

**based** [4] - 10:19, 22:2, 22:20, 60:15

**basic** [3] - 4:23, 27:10, 42:23

**basically** [7] - 4:10, 10:14, 13:24, 14:10, 15:19, 21:7, 56:17

**basis** [2] - 44:21

**be** [57] - 3:3, 4:18, 5:3, 5:16, 6:2, 6:7, 6:11, 7:16, 7:19, 8:10, 8:13, 9:9, 9:14, 10:23, 12:20, 14:5, 14:12, 15:14, 16:22, 18:17, 18:23, 22:2, 22:20, 23:5, 23:7,

24:20, 28:7, 28:24, 29:8, 29:10, 29:13, 38:21, 39:17, 40:19, 42:21, 42:24, 44:14, 45:16, 49:17, 51:25, 53:15, 54:7, 56:11, 57:12, 60:10, 60:17, 60:22, 61:15, 61:19, 61:22, 64:21, 64:22, 64:25, 65:7, 66:4, 66:13

**beat** [1] - 13:10

**because** [20] - 6:16, 15:17, 25:11, 25:13, 26:12, 28:17, 30:23, 41:25, 42:13, 42:16, 45:22, 52:4, 57:5, 59:7, 59:22, 60:14, 62:4, 62:17, 63:7, 63:24

**become** [2] - 14:19, 65:11

**Bee'** [2] - 23:23, 24:5

**been** [28] - 3:22, 4:3, 6:4, 8:4, 8:5, 8:8, 8:17, 9:22, 9:24, 11:8, 13:10, 16:2, 26:18, 27:19, 35:24, 36:14, 38:1, 45:1, 51:14, 51:17, 52:16, 54:14, 54:25, 56:6, 62:6, 63:14, 63:24

**BEFORE** [1] - 1:10

**before** [10] - 4:6, 7:21, 35:12, 37:25, 42:1, 54:12, 58:7, 66:12, 66:17

**beforehand** [1] - 60:16

**beginning** [1] - 54:12

**begins** [1] - 46:4

**behalf** [2] - 57:18, 65:4

**behavior** [1] - 17:18

**behest** [1] - 16:17

**behind** [1] - 19:6

**being** [3] - 53:5, 53:9, 59:1

**believe** [21] - 8:17, 21:10, 22:15, 23:2, 26:17, 29:7, 30:20, 30:21, 30:24, 35:8, 36:13, 43:11, 43:23, 45:10, 46:3, 47:18, 48:5, 48:7, 48:8, 53:19, 61:3

**bellwether** [2] - 47:13, 47:23

**bellwethers** [1] - 47:20

**below** [2] - 33:2, 55:18

**bench** [1] - 5:7

**best** [1] - 68:3

**better** [2] - 36:18, 49:18

**between** [2] - 5:8, 58:13

**big** [3] - 8:4, 56:10, 60:9

**bit** [6] - 29:6, 52:23, 53:13, 60:14, 63:19, 64:11

**bits** [1] - 44:13

**blatantly** [1] - 19:18

**blogs** [1] - 9:19

**blow** [1] - 20:10

**blowers** [2] - 14:11, 16:17

**boil** [1] - 39:16

**bond** [2] - 63:1, 65:15

**Boone** [2] - 1:19, 50:4

**both** [6] - 37:14, 43:14, 44:21, 52:23, 64:1, 66:9

**bottom** [11] - 23:1, 33:3, 34:1, 34:2, 34:6, 35:15, 38:15, 39:25, 48:22, 55:22, 56:1

**boundaries** [1] - 64:4

**box** [3] - 5:7, 21:11, 23:1

**BP** [1] - 47:11

**break** [6] - 48:2, 54:9, 54:13, 60:14

**bribery** [1] - 64:2
**brief** [9] - 11:17, 11:18, 28:2, 39:2, 41:17, 47:8, 54:7, 54:23
**bright** [1] - 53:5
**bring** [2] - 12:2, 29:12
**bringing** [1] - 29:13
**brings** [1] - 52:14
**broadcast** [1] - 49:6
**Brock** [1] - 55:16
**broken** [2] - 33:21, 33:25
**brought** [2] - 29:10, 64:20
**brown** [3] - 43:17, 43:18, 44:17
**Brown** [17] - 29:5, 39:14, 40:14, 42:12, 42:13, 42:19, 43:12, 43:13, 44:2, 44:3, 44:5, 44:22, 56:8, 56:15, 56:18, 56:20, 56:24
**buck** [1] - 50:8
**building** [1] - 13:10
**bullying** [1] - 17:11
**bunch** [2] - 29:3, 46:7
**bungling** [1] - 31:18
**BURKE** [4] - 1:21, 53:16, 53:22, 54:5
**Burke** [20] - 1:22, 2:1, 3:18, 3:21, 3:22, 15:2, 29:22, 30:8, 34:17, 34:23, 35:21, 35:22, 35:24, 36:14, 50:2, 50:3, 50:5, 50:6, 51:7, 53:9
**business** [1] - 67:8
**but** [58] - 4:3, 4:16, 4:21, 5:3, 7:8, 8:10, 8:11, 10:13, 10:19, 11:17, 12:2, 12:3, 12:25, 15:24, 16:20, 22:14, 22:15, 24:3, 24:18, 25:3, 25:19, 26:13, 29:2, 30:19, 34:23, 35:5, 36:15, 38:12, 38:21, 40:11, 40:22, 42:1, 44:4, 44:18, 44:22, 46:21, 47:2, 47:8, 50:15, 51:17, 52:25, 53:12, 53:18, 57:9, 57:11, 58:23, 58:25, 60:5, 61:13, 61:18, 61:20, 62:4, 62:20, 63:7, 63:18, 65:4, 65:6, 66:19
**by** [37] - 1:24, 8:14, 9:9, 9:18, 9:24, 13:22, 15:21, 16:2, 16:24, 19:13, 19:15, 20:14, 22:12, 22:22, 23:21, 26:24, 29:8, 30:7, 32:13, 34:19, 35:21, 36:14, 38:18, 41:10, 42:22, 42:24, 43:6, 50:2, 52:22, 52:24, 55:16, 60:11, 63:4, 63:14, 64:22, 65:12, 65:14

# C

**C** [5] - 1:21, 3:1, 7:15, 13:14
**calendar** [2] - 58:10, 59:25
**call** [6] - 9:20, 38:10, 52:8, 55:12, 59:22, 61:15
**called** [2] - 38:10, 39:5
**calling** [3] - 19:5, 20:19, 59:20
**calls** [1] - 3:4
**Calls** [2] - 23:23, 24:5
**came** [2] - 34:23, 64:2
**camera** [1] - 51:13
**camped** [1] - 47:2
**can** [52] - 5:9, 5:15, 7:7, 8:24, 9:22, 11:22, 12:25, 13:20, 15:22, 18:2, 18:12,

19:7, 19:8, 19:10, 19:24, 20:2, 20:7, 22:9, 23:1, 23:11, 23:14, 24:3, 25:19, 26:9, 26:15, 29:8, 29:12, 33:7, 33:17, 34:11, 34:12, 34:17, 35:4, 35:5, 38:7, 39:4, 39:16, 39:24, 49:6, 51:1, 51:3, 55:8, 55:18, 57:7, 57:22, 60:2, 61:12, 62:15, 62:22, 67:1
**can't** [7] - 22:13, 32:22, 40:22, 47:5, 47:19, 58:23, 59:20
**cannot** [2] - 5:11, 58:7
**capture** [4] - 30:17, 30:18, 30:19, 33:8
**car** [1] - 20:17
**card** [1] - 60:10
**CARDONA** [2] - 24:14, 26:20
**Cardona** [1] - 11:15
**care** [2] - 9:6
**career** [2] - 63:10, 63:25
**carry** [1] - 5:14
**case** [63] - 4:13, 6:5, 8:6, 8:16, 8:19, 14:18, 15:13, 15:20, 16:1, 16:4, 21:15, 22:4, 28:25, 29:2, 29:5, 30:9, 31:23, 31:24, 32:7, 33:19, 34:9, 34:16, 35:4, 37:17, 37:25, 38:2, 39:3, 39:6, 39:7, 39:8, 39:14, 40:14, 42:5, 42:12, 42:13, 43:12, 43:13, 43:18, 44:4, 44:5, 44:12, 45:15, 46:20, 47:2, 47:6, 47:15, 50:18, 50:22, 51:15, 51:18, 56:14, 56:15, 58:12, 59:17, 60:9, 64:3, 64:10, 64:18, 65:5, 65:10, 67:4
**Case** [3] - 3:4, 23:24, 24:6
**cases** [8] - 25:14, 29:3, 42:4, 46:8, 46:25, 47:12, 52:18, 65:3
**cast** [1] - 17:16
**catastrophe** [1] - 31:19
**category** [1] - 66:12
**caught** [1] - 43:22
**cause** [1] - 28:4
**center** [2] - 15:7, 16:16
**Center** [1] - 65:17
**certain** [5] - 6:3, 8:23, 9:2, 9:3, 50:25
**certainly** [2] - 40:18, 59:20
**CERTIFICATE** [1] - 68:1
**certify** [1] - 68:3
**chair** [2] - 60:25, 61:4
**challenge** [1] - 17:15
**chance** [1] - 28:14
**change** [2] - 45:16
**changed** [3] - 44:19, 44:20, 56:7
**charges** [1] - 32:13
**checked** [1] - 48:2
**Child** [2] - 23:24, 24:6
**child** [2] - 33:20, 33:24
**children** [1] - 14:20
**Children's** [1] - 51:17
**chosen** [1] - 19:13
**Chronicle** [1] - 52:8
**Circuit** [8] - 39:7, 42:6, 42:14, 42:18, 43:2, 47:19, 50:25, 62:23
**Circuit's** [1] - 42:25
**circulation** [1] - 48:10

**circumstance** [1] - 18:19
**cite** [1] - 11:9
**cited** [3] - 11:16, 11:18, 67:11
**citizen** [1] - 18:8
**citizens** [1] - 17:16
**City** [1] - 64:2
**civil** [2] - 47:12, 63:2
**claiming** [1] - 41:9
**clarify** [1] - 31:2
**clean** [1] - 52:4
**clear** [9] - 23:5, 36:16, 50:5, 64:3, 64:25, 65:1, 65:7, 65:24, 66:6
**CLERK** [5] - 3:2, 58:4, 60:19, 60:21, 67:17
**client** [2] - 43:14, 65:4
**clients** [4] - 64:5, 64:8, 64:12, 64:13
**clip** [3] - 11:16, 12:20, 51:13
**clipped** [1] - 38:16
**close** [3] - 54:8, 64:2, 66:18
**closer** [1] - 8:10
**closest** [1] - 64:10
**closing** [1] - 52:9
**clown** [1] - 20:17
**clowns** [1] - 19:17
**Club** [2] - 34:21, 35:19
**co** [1] - 60:1
**co-counsel** [1] - 60:1
**coastal** [1] - 34:21
**Coastal** [1] - 35:18
**codify** [1] - 16:16
**Cogdell** [1] - 64:9
**collapsed** [2] - 21:23, 22:1
**colleague** [1] - 43:15
**come** [4] - 44:3, 57:6, 57:25, 64:10
**coming** [4] - 14:9, 27:3, 55:4, 66:18
**commentary** [10] - 10:13, 23:9, 36:4, 39:18, 43:6, 44:14, 44:23, 50:12, 50:14, 64:24
**commented** [1] - 40:3
**comments** [4] - 30:4, 42:20, 50:7, 50:16
**committee** [1] - 36:15
**communicate** [1] - 44:10
**communicated** [1] - 51:8
**complain** [2] - 37:16, 41:6
**complaining** [2] - 41:9, 41:18
**complete** [2] - 16:4, 27:10
**completely** [2] - 15:16, 16:3
**complied** [1] - 64:7
**components** [1] - 39:14
**comptroller** [1] - 43:19
**computer** [1] - 1:25
**conceding** [1] - 41:2
**concern** [1] - 8:2
**concerned** [4] - 8:3, 17:10, 36:8, 52:4
**concerns** [1] - 29:8, 36:11
**concluded** [1] - 42:18
**conclusion** [1] - 45:23
**concocted** [1] - 20:15

**conduct** [3] - 43:8, 64:5, 65:9
**Conduct** [1] - 36:7
**conference** [1] - 61:11
**conflict** [1] - 57:8
**Congress** [1] - 38:1
**congressmen** [1] - 38:1
**connected** [1] - 51:16
**consider** [8] - 5:9, 6:8, 25:9, 57:8, 61:18, 61:20, 62:4, 64:24
**consideration** [2] - 29:9, 46:2
**considered** [3] - 28:24, 29:8, 42:1
**considering** [1] - 4:19
**Constitution** [1] - 37:20
**constitutional** [1] - 38:8
**constitutionally** [1] - 37:17
**contain** [1] - 7:13
**contained** [1] - 48:16
**contamination** [1] - 8:3
**contempt** [1] - 63:3
**content** [1] - 8:8
**contention** [3] - 44:16, 44:24, 45:17
**continuance** [2] - 64:16, 66:3
**continue** [1] - 27:16
**continued** [1] - 26:5
**continues** [1] - 65:9
**continuing** [1] - 66:6
**control** [1] - 50:21
**controller** [1] - 43:19
**copy** [1] - 57:16
**core** [2] - 38:8, 41:8
**correct** [9] - 6:17, 11:2, 12:15, 16:12, 30:10, 32:9, 49:13, 50:13, 68:3
**corrected** [1] - 33:20
**could** [16] - 18:23, 19:1, 23:18, 24:12, 28:7, 30:15, 32:2, 32:11, 32:19, 37:11, 38:22, 45:21, 49:17, 58:6, 60:10, 65:15
**couldn't** [1] - 31:7
**counsel** [10] - 8:15, 16:5, 20:23, 28:3, 29:23, 42:22, 53:12, 60:1, 60:24, 65:21
**count** [2] - 49:17, 63:23
**counties** [1] - 49:22
**Country** [2] - 34:21, 35:18
**counts** [1] - 49:7
**County** [1] - 47:14
**county** [1] - 47:21
**couple** [8] - 4:14, 4:21, 10:5, 20:13, 20:19, 23:10, 35:22, 61:25
**course** [6] - 3:10, 6:15, 14:2, 29:8, 29:12, 32:16
**COURT** [253] - 1:1, 3:3, 3:9, 3:11, 3:13, 3:15, 3:17, 3:20, 3:23, 3:25, 4:5, 5:16, 5:19, 5:22, 6:6, 6:14, 6:16, 6:23, 6:25, 7:5, 7:8, 7:11, 7:24, 8:7, 8:12, 8:24, 9:1, 9:16, 10:1, 10:3, 10:16, 10:24, 11:2, 11:4, 11:6, 11:12, 11:19, 11:24, 12:2, 12:8, 12:10, 12:12, 12:14, 12:18, 12:25, 13:17, 13:19, 14:1, 14:3, 15:7, 15:10, 15:21, 15:24, 16:9, 16:12, 17:1, 17:4, 17:8, 17:21, 17:24, 18:3, 18:9, 18:12,

19:2, 19:22, 20:1, 20:6, 20:10, 20:25, 21:3, 21:9, 21:12, 21:16, 21:18, 21:21, 21:25, 22:6, 22:10, 22:12, 22:16, 22:24, 23:4, 23:8, 23:25, 24:3, 24:22, 25:4, 25:9, 25:11, 25:13, 25:17, 25:20, 25:24, 26:2, 26:7, 26:10, 26:12, 26:23, 27:1, 27:3, 27:5, 27:17, 27:21, 27:23, 27:25, 28:6, 28:9, 28:16, 28:23, 29:3, 29:5, 29:10, 29:14, 29:17, 29:19, 29:25, 30:3, 30:5, 30:9, 30:11, 30:13, 30:18, 30:21, 31:1, 31:3, 31:5, 31:9, 31:11, 31:14, 31:18, 31:21, 31:23, 32:1, 32:8, 32:10, 32:15, 32:17, 32:21, 32:24, 33:2, 33:4, 33:12, 33:16, 34:5, 34:7, 34:14, 34:20, 34:23, 34:25, 35:16, 35:20, 36:1, 36:3, 36:19, 36:23, 37:3, 37:6, 37:8, 37:13, 39:9, 39:11, 39:21, 40:1, 40:4, 40:7, 40:13, 40:16, 40:20, 40:23, 40:25, 41:5, 41:11, 41:13, 41:25, 42:4, 42:8, 42:11, 42:16, 43:20, 45:2, 45:4, 45:9, 45:11, 46:1, 46:5, 46:10, 46:12, 46:16, 47:24, 48:1, 48:6, 48:8, 48:10, 48:15, 48:19, 48:25, 49:4, 49:13, 49:16, 49:18, 49:21, 49:24, 50:9, 50:13, 50:17, 50:24, 51:6, 53:8, 53:21, 54:2, 54:6, 54:8, 54:19, 55:4, 55:7, 55:10, 55:13, 55:20, 55:22, 55:25, 56:2, 56:20, 56:25, 57:4, 57:15, 58:5, 58:15, 58:21, 58:24, 59:3, 59:5, 59:9, 59:12, 59:14, 59:18, 60:3, 60:5, 60:8, 60:12, 60:22, 61:4, 61:6, 62:3, 63:23, 65:21, 65:24, 66:5, 66:9, 66:17, 66:24, 67:9, 67:12, 67:15
**court** [9] - 23:25, 24:7, 39:13, 42:7, 43:3, 63:3, 63:13, 63:15, 64:1
**Court** [57] - 2:8, 2:9, 2:9, 3:4, 6:3, 7:7, 7:16, 7:18, 7:21, 7:23, 8:20, 9:14, 11:22, 12:21, 16:2, 16:5, 18:21, 20:7, 20:21, 22:24, 23:5, 23:12, 26:4, 28:1, 28:18, 29:8, 31:16, 33:22, 36:17, 36:22, 37:10, 39:7, 42:14, 43:1, 43:3, 43:17, 44:7, 44:17, 46:22, 47:18, 53:17, 54:18, 55:15, 56:17, 60:20, 62:12, 62:15, 62:22, 63:4, 64:23, 65:13, 65:20, 65:23, 66:2, 68:2, 68:6
**Court's** [5] - 25:23, 29:11, 29:13, 43:7
**courthouse** [1] - 47:3
**courtroom** [2] - 40:17, 67:2
**courts** [1] - 47:9
**cover** [3] - 4:9, 7:18, 14:20
**coverage** [1] - 41:22
**covered** [1] - 57:11
**crime** [1] - 32:12
**crimes** [4] - 18:6, 20:15, 22:21, 32:5
**Criminal** [1] - 3:4
**criminal** [4] - 16:16, 16:21, 18:8, 63:2
**Criss** [1] - 47:14
**criticism** [4] - 8:4, 8:5, 41:18, 53:4
**criticize** [1] - 17:18
**cross** [2] - 59:6, 59:8
**cross-examination** [2] - 59:6, 59:8

**crossed** [1] - 8:17
**CRR** [2] - 2:8, 68:2
**CSR** [2] - 2:8, 68:2
**current** [1] - 8:11
**custody** [1] - 65:16
**cut** [1] - 33:11
**cuts** [1] - 52:12

**D**

**D** [3] - 1:15, 3:1, 7:16
**Daily** [3] - 23:22, 24:24, 25:2
**Dan** [1] - 64:9
**danger** [1] - 8:18
**dangerous** [1] - 52:1
**DANIEL** [1] - 2:4
**date** [18] - 8:11, 11:10, 13:23, 16:9, 16:11, 16:14, 18:23, 18:25, 23:22, 26:17, 30:17, 30:18, 30:19, 31:7, 61:10, 61:24, 62:1, 62:3
**dates** [5] - 26:19, 57:7, 58:1, 58:8, 59:25
**David** [1] - 3:5
**DAVID** [2] - 1:7, 1:10
**day** [6] - 17:13, 20:12, 36:4, 47:3, 61:13
**Day** [1] - 62:8
**days** [7] - 20:13, 35:12, 58:14, 59:4, 59:16, 60:11, 67:5
**DC** [2] - 2:3, 2:6
**dealing** [2] - 5:6, 7:9
**decade** [1] - 18:5
**DECEMBER** [1] - 1:7
**December** [5] - 16:11, 26:17, 26:20, 26:21, 54:24
**decide** [2] - 53:10, 61:21
**decided** [2] - 42:24, 64:14
**decimated** [1] - 44:20
**decision** [1] - 53:18
**DEFENDANT** [1] - 1:18
**defendant** [50] - 5:24, 6:2, 6:4, 8:4, 8:6, 8:15, 8:21, 9:2, 9:3, 9:13, 9:17, 13:11, 13:23, 14:9, 14:15, 15:3, 16:14, 16:24, 17:5, 18:16, 19:1, 19:7, 19:13, 19:24, 20:13, 20:24, 21:6, 21:12, 22:23, 23:6, 24:20, 25:14, 26:16, 26:25, 34:3, 37:23, 40:19, 41:3, 42:12, 42:19, 44:10, 44:12, 56:4, 57:17, 57:18, 59:19, 63:1, 65:15, 66:4, 66:15
**defendant's** [3] - 8:16, 10:7, 10:14, 20:22, 24:17, 24:25, 25:6, 26:4, 29:23, 55:18, 56:5, 59:21, 63:1
**defense** [7] - 3:15, 5:1, 5:25, 16:5, 16:23, 28:3, 41:16, 43:15, 53:25, 56:8, 58:8, 58:18, 60:9, 60:11, 64:7, 65:3, 66:22
**deferring** [1] - 64:16
**defining** [1] - 17:13
**definitely** [1] - 50:11
**DeGeurin** [2] - 64:9

**denied** [1] - 33:22
**deny** [1] - 64:15
**Department** [2] - 15:6, 15:13
**deploy** [1] - 17:14
**dereliction** [1] - 18:18
**describing** [1] - 35:14
**description** [1] - 33:24
**Detention** [1] - 65:17
**determine** [1] - 4:17
**determines** [1] - 43:5
**Dick** [1] - 64:9
**did** [14] - 30:11, 33:7, 33:10, 33:14, 41:24, 46:20, 51:2, 51:22, 53:1, 58:2, 61:7, 62:13, 65:2, 66:17
**didn't** [9] - 30:1, 30:16, 30:17, 30:18, 30:19, 50:2, 53:1, 61:25, 64:13
**difference** [1] - 5:8
**different** [8] - 5:6, 7:8, 7:13, 44:1, 44:9, 44:10, 50:20, 50:21
**dire** [4] - 39:3, 46:23, 61:19
**directly** [2] - 10:9, 56:18
**Director** [2] - 6:4, 55:2
**disagree** [2] - 46:15, 51:24
**disciplinary** [1] - 36:15
**discovering** [1] - 35:12
**discrete** [1] - 48:18
**discuss** [2] - 4:11, 47:15
**discussed** [1] - 57:6
**discussing** [2] - 30:24, 31:15
**discussion** [3] - 42:20, 60:7, 63:22
**disguised** [1] - 34:9
**dismantled** [2] - 15:5, 15:13
**dismiss** [2] - 23:3, 30:23
**dismissed** [1] - 47:15
**disposal** [1] - 14:7
**disseminated** [3] - 25:21, 51:14, 51:17
**distinguish** [2] - 43:13, 43:16
**District** [7] - 2:9, 2:10, 38:24, 45:7, 49:12, 68:2
**district** [3] - 4:4, 43:3, 45:17
**DISTRICT** [3] - 1:1, 1:1, 1:10
**districtwide** [1] - 49:23
**division** [1] - 45:16
**DIVISION** [1] - 1:2
**Division** [4] - 38:23, 38:25, 45:6, 49:11
**do** [42] - 7:21, 8:10, 8:11, 9:13, 10:18, 11:15, 18:1, 18:6, 25:19, 26:19, 29:2, 29:4, 29:7, 29:11, 30:16, 32:16, 35:23, 43:13, 45:2, 45:4, 45:9, 45:10, 46:4, 46:7, 48:1, 48:15, 50:21, 51:1, 51:3, 51:8, 51:9, 53:8, 55:20, 58:2, 60:14, 61:12, 63:8, 63:19, 64:13, 64:14, 68:3
**Docket** [5] - 6:24, 13:15, 21:4, 29:18, 29:21
**docket** [1] - 7:6
**Docs** [2] - 23:24, 24:6
**does** [8] - 11:19, 29:10, 42:12, 47:5, 58:11, 59:5, 59:10, 59:11
**doesn't** [4] - 5:4, 11:21, 41:3, 47:6

**doing** [9] - 8:10, 13:12, 16:7, 21:10, 27:16, 40:16, 54:15, 61:20, 63:19
**DOJ** [12] - 14:19, 16:15, 16:16, 19:17, 20:15, 23:24, 24:5, 35:9, 35:11, 35:14, 38:2, 53:2
**DOJ's** [2] - 17:9, 22:19
**don't** [31] - 4:17, 5:16, 8:21, 12:25, 22:15, 24:22, 26:10, 29:2, 32:5, 34:11, 34:21, 36:2, 39:21, 41:23, 43:18, 44:22, 48:11, 50:22, 51:14, 52:24, 53:4, 55:11, 59:2, 59:7, 59:16, 62:2, 62:19, 63:11, 63:16, 66:25
**done** [3] - 22:25, 37:24, 58:18
**door** [1] - 52:12
**doorbell** [1] - 51:13
**down** [22] - 4:8, 8:9, 8:24, 9:16, 14:1, 15:22, 15:24, 18:24, 21:25, 23:25, 24:1, 24:8, 29:25, 31:7, 31:9, 33:3, 35:23, 38:17, 39:16, 40:5, 51:8, 62:21
**downloaded** [1] - 39:22
**downloads** [2] - 9:17, 9:18
**dozen** [1] - 47:20
**Dr** [17] - 3:19, 12:7, 12:8, 37:16, 37:23, 38:7, 38:9, 39:19, 41:2, 44:7, 45:21, 48:3, 49:3, 50:22, 52:19, 53:22, 60:10
**draw** [2] - 23:14, 26:9
**drawn** [1] - 5:24
**drum** [1] - 13:10
**due** [2] - 61:25, 62:1
**during** [3] - 63:25, 64:2, 64:21
**duty** [2] - 18:18, 39:5

**E**

**E** [5] - 3:1, 55:12, 55:13, 67:11
**early** [1] - 62:2
**easier** [3] - 15:21, 24:3, 56:10
**easily** [1] - 60:10
**easy** [2] - 52:1, 52:6
**effect** [3] - 28:25, 64:16, 66:7
**effeminate** [1] - 19:17
**effort** [1] - 67:4
**egregiously** [1] - 22:2
**Eithan** [2] - 3:5, 20:4
**eithan** [1] - 20:3
**EITHAN** [1] - 1:7
**either** [3] - 44:8, 63:8, 65:2
**elect** [1] - 63:8
**elevate** [1] - 19:14
**elevated** [1] - 10:14
**else** [4] - 19:9, 51:16, 54:19, 66:25
**embarrass** [1] - 19:19
**emphasize** [1] - 8:20
**employ** [1] - 57:18
**encapsulates** [1] - 17:12
**ended** [1] - 33:6
**enforcement** [1] - 52:5
**engage** [1] - 19:18
**enlarge** [1] - 33:16

**enough** [1] - 25:20
**ensure** [2] - 53:20, 53:22
**entered** [4] - 5:2, 5:3, 7:19, 66:4
**entirely** [1] - 22:20
**entitled** [2] - 37:22, 68:4
**entity** [1] - 10:24
**equally** [2] - 65:1, 65:7
**essentially** [1] - 19:12
**estimate** [1] - 59:1
**estimating** [1] - 58:25
**even** [13] - 5:3, 6:8, 18:7, 24:19, 25:7, 39:5, 42:6, 43:17, 45:16, 46:25, 47:19, 47:20, 62:19
**evening** [1] - 43:25
**ever** [4] - 4:2, 6:11, 51:22, 63:7
**every** [7] - 13:25, 14:7, 18:16, 41:3, 47:3, 54:13, 63:9
**everything** [3] - 10:23, 11:10, 66:9
**evidence** [8] - 5:10, 35:12, 39:23, 42:21, 44:13, 44:14, 44:25, 67:13
**ex** [1] - 42:21
**exact** [1] - 25:13
**exactly** [7] - 7:6, 7:7, 25:10, 34:24, 36:9, 56:21, 58:23
**examination** [2] - 59:6, 59:8
**example** [7] - 9:6, 9:25, 13:5, 25:3, 25:18, 47:10, 56:13
**examples** [4] - 6:3, 10:5, 10:21, 10:22
**excerpt** [1] - 12:16
**excuse** [1] - 29:22
**excuses** [1] - 50:17
**executed** [1] - 52:11
**exhibit** [16] - 11:9, 11:17, 11:19, 11:20, 11:21, 11:23, 13:14, 14:15, 14:24, 16:14, 16:23, 22:18, 29:17, 55:7, 55:8, 55:9
**Exhibit** [11] - 6:13, 7:2, 13:14, 21:2, 21:4, 29:15, 29:18, 30:6, 55:12, 67:11
**exhibits** [7] - 5:2, 7:19, 23:11, 48:16, 48:17, 48:23, 67:12
**Exhibits** [2] - 7:12, 7:15
**exist** [1] - 32:5
**experience** [1] - 41:21
**explain** [4] - 19:2, 23:16, 28:11, 41:14
**explosion** [1] - 47:11
**expose** [1] - 16:18
**exposed** [1] - 22:20
**extent** [2] - 12:21, 67:11
**extrajudicial** [3] - 39:18, 42:20, 43:6
**extraordinary** [1] - 56:16
**extremely** [2] - 13:6, 16:22
**eyeballs** [3] - 38:18, 48:17, 48:24

**F**

**fact** [6] - 9:8, 9:10, 27:8, 31:15, 47:8, 52:1
**fact-finding** [1] - 27:8
**facts** [4] - 22:21, 27:10, 42:23, 43:17

**factual** [1] - 44:21
**fair** [5] - 33:5, 37:22, 39:19, 43:8, 44:23
**faith** [1] - 19:18
**fake** [1] - 20:15
**fall** [1] - 66:11
**false** [4] - 15:16, 16:3, 16:19, 22:2
**familiar** [1] - 25:20
**far** [3] - 4:6, 41:22, 61:19
**farther** [1] - 13:7
**FBI** [7] - 26:15, 27:7, 27:12, 27:15, 28:15, 51:11, 51:24
**feature** [1] - 17:13
**February** [3] - 61:11, 61:15, 62:7
**Federal** [1] - 65:17
**federal** [9] - 14:7, 52:17, 60:25, 61:4, 62:8, 63:24, 64:1, 65:16, 67:3
**feed** [3] - 19:11, 19:14, 35:25
**feel** [1] - 51:22
**feelsdesperate** [1] - 20:14
**FEINSTEIN** [184] - 1:14, 3:7, 3:10, 3:12, 3:14, 5:15, 5:18, 5:20, 5:23, 6:12, 6:15, 6:20, 6:24, 7:4, 7:6, 7:10, 7:12, 7:25, 8:8, 8:13, 8:25, 9:2, 9:21, 10:2, 10:4, 10:18, 11:1, 11:3, 11:5, 11:9, 11:13, 11:21, 12:1, 12:5, 12:9, 12:11, 12:13, 12:15, 12:19, 13:4, 13:18, 13:20, 14:2, 14:5, 15:8, 15:11, 15:23, 15:25, 16:10, 16:13, 17:2, 17:5, 17:9, 17:22, 18:1, 18:4, 18:11, 18:14, 19:3, 19:23, 20:2, 20:7, 20:11, 21:1, 21:4, 21:10, 21:13, 21:17, 21:19, 21:22, 22:1, 22:8, 22:11, 22:13, 22:17, 22:25, 23:5, 23:9, 24:2, 24:5, 24:15, 24:23, 25:5, 25:10, 25:12, 25:16, 25:18, 25:22, 26:1, 26:3, 26:8, 26:11, 26:14, 26:21, 26:24, 27:2, 27:4, 27:6, 27:19, 27:22, 27:24, 28:1, 28:8, 28:13, 28:17, 29:2, 29:4, 29:7, 29:12, 29:15, 29:18, 29:20, 30:1, 30:4, 30:7, 30:10, 30:12, 30:14, 30:19, 30:22, 31:2, 31:4, 31:6, 31:10, 31:12, 31:15, 31:20, 31:22, 31:24, 32:2, 32:9, 32:11, 32:16, 32:19, 32:23, 32:25, 33:3, 33:7, 33:13, 33:18, 34:6, 34:8, 34:15, 34:21, 34:24, 35:2, 35:18, 35:21, 36:2, 36:4, 36:20, 54:7, 54:17, 54:21, 55:6, 55:8, 55:11, 55:14, 55:21, 55:23, 56:1, 56:3, 56:22, 57:1, 57:14, 58:13, 58:17, 58:23, 59:1, 59:4, 59:7, 59:10, 59:13, 59:16, 61:2, 61:5, 65:19, 65:22, 65:25, 66:8, 66:16, 67:7, 67:10, 67:14
**feinstein** [1] - 60:23
**Feinstein** [3] - 3:7, 3:11, 5:12
**ferret** [1] - 39:4
**few** [8] - 7:22, 9:23, 13:8, 13:9, 19:5, 29:23, 37:11, 67:5
**fiction** [2] - 22:20, 27:10
**Fifth** [9] - 39:7, 42:6, 42:14, 42:18, 42:25, 43:2, 47:19, 50:25, 62:23
**file** [1] - 63:9

**filed** [2] - 4:3, 11:8
**files** [1] - 63:13
**filing** [3] - 6:13, 33:20, 36:6
**filings** [3] - 6:16, 34:25, 35:10
**final** [2] - 50:1, 61:10
**finally** [1] - 20:9
**find** [7] - 8:21, 27:14, 32:22, 47:5, 52:1, 52:5, 52:6
**finding** [1] - 16:2, 22:6, 27:8
**fine** [7] - 8:23, 9:4, 14:18, 25:25, 53:14, 60:6, 62:18
**fine-tuned** [1] - 62:18
**fines** [1] - 62:24
**firearm** [1] - 18:17
**firm** [4] - 35:24, 36:1, 50:3, 50:4
**firmly** [1] - 53:18
**firms** [1] - 54:1
**first** [18] - 4:2, 11:14, 20:24, 21:23, 22:1, 22:19, 37:10, 40:6, 40:16, 43:16, 47:13, 47:23, 48:2, 57:12, 60:25, 61:4, 61:8, 62:10
**First** [5] - 17:17, 37:18, 37:23, 38:4, 41:8
**first-chair** [2] - 60:25, 61:4
**five** [6] - 54:14, 58:14, 59:4, 59:16, 60:11, 61:3
**fly** [1] - 4:2
**focus** [3] - 7:25, 8:8, 20:23
**focusing** [1] - 28:9
**follow** [3] - 24:4, 24:22, 58:9
**follow-up** [1] - 58:9
**following** [6] - 15:5, 15:12, 24:20, 28:14, 44:4, 62:11
**follows** [1] - 61:10
**foot** [1] - 53:3
**footnote** [1] - 11:18
**Footnote** [1] - 54:22
**footnotes** [1] - 7:8
**for** [96] - 3:8, 3:15, 4:2, 4:11, 4:14, 5:3, 5:23, 6:2, 6:8, 6:10, 6:12, 6:21, 7:1, 7:2, 7:23, 8:20, 9:5, 9:7, 9:12, 9:14, 9:24, 10:23, 11:7, 11:24, 12:3, 12:25, 13:10, 13:15, 14:20, 14:22, 15:21, 17:7, 17:10, 18:5, 19:21, 20:18, 23:23, 25:4, 25:5, 25:9, 25:13, 27:8, 27:14, 27:15, 27:18, 28:24, 31:7, 31:16, 34:3, 36:10, 39:5, 40:22, 43:12, 43:14, 44:9, 45:5, 45:6, 45:21, 47:23, 50:4, 51:1, 51:22, 52:16, 53:17, 53:18, 53:25, 54:22, 55:11, 56:10, 56:13, 56:18, 57:1, 57:10, 58:11, 59:16, 60:24, 61:9, 61:10, 61:16, 61:24, 62:6, 62:14, 62:16, 63:8, 63:9, 63:12, 63:18, 64:4, 65:2, 65:6, 66:14, 67:2, 67:13
**FOR** [2] - 1:14, 1:18
**For** [1] - 24:5
**foregoing** [1] - 68:3
**form** [1] - 16:21
**formal** [1] - 65:13
**formally** [1] - 67:10

**former** [2] - 27:21, 34:15
**forth** [2] - 57:7, 59:23
**forward** [1] - 57:3
**found** [1] - 44:14
**fourth** [1] - 40:9
**frankly** [1] - 8:10
**free** [1] - 9:5
**freely** [2] - 38:5, 50:19
**from** [46] - 4:15, 5:1, 8:6, 10:9, 10:17, 13:7, 13:8, 13:9, 14:16, 14:25, 15:2, 16:6, 16:7, 21:7, 21:12, 22:22, 23:1, 23:2, 24:17, 24:25, 26:3, 27:12, 30:6, 33:21, 33:25, 34:23, 34:25, 35:16, 35:24, 36:25, 41:20, 42:25, 43:13, 50:7, 51:12, 51:13, 54:6, 55:5, 56:18, 56:22, 63:13, 65:13, 65:18, 66:20, 68:4
**front** [5] - 5:5, 14:12, 43:24, 47:3, 61:2
**fundamental** [1] - 38:4
**funds** [2] - 53:25, 54:3
**further** [7] - 24:19, 29:24, 30:4, 36:21, 41:15, 46:6, 65:18
**furthermore** [1] - 65:14
**future** [4] - 4:19, 14:11, 64:19, 64:20

## G

**G** [1] - 3:1
**gag** [31] - 4:11, 5:24, 6:21, 7:2, 9:9, 10:11, 17:7, 17:10, 25:2, 28:25, 36:5, 36:10, 39:16, 42:1, 42:6, 42:19, 43:4, 44:15, 45:5, 47:20, 51:1, 51:2, 56:17, 56:24, 57:2, 57:12, 62:16, 62:23, 64:1, 64:15, 65:11
**gagged** [1] - 47:14
**Galveston** [2] - 47:11, 47:14
**game** [1] - 5:6
**gang** [2] - 52:9, 52:10
**gave** [1] - 56:16
**generous** [1] - 59:1
**get** [40] - 4:6, 4:20, 4:22, 5:13, 7:20, 8:6, 8:10, 8:12, 12:3, 13:1, 19:4, 23:16, 23:25, 24:19, 25:6, 27:22, 27:24, 29:5, 29:25, 36:24, 40:13, 40:21, 40:22, 42:2, 42:17, 47:23, 48:15, 48:20, 50:1, 50:24, 51:4, 56:10, 56:12, 58:9, 61:8, 63:17, 66:24, 66:25, 67:4
**get-go** [1] - 8:6
**gets** [2] - 25:6, 62:20
**getting** [6] - 8:5, 10:14, 25:7, 56:16, 59:15, 62:13
**Getty** [1] - 52:15
**give** [10] - 6:3, 11:10, 25:3, 53:11, 57:7, 57:21, 57:25, 58:6, 61:21, 67:1
**gives** [1] - 9:14
**giving** [3] - 42:22, 52:9, 62:19
**go** [52] - 6:23, 8:6, 9:1, 10:12, 10:21, 10:23, 12:23, 13:13, 13:19, 13:20, 17:4, 18:3, 18:23, 20:8, 20:22, 20:23, 20:25, 21:1, 22:18, 23:8, 24:4, 24:16, 25:17, 27:5, 27:25, 29:14, 31:1, 31:7, 31:9,

31:11, 32:1, 32:10, 32:16, 32:19, 33:3, 33:10, 33:12, 35:7, 36:3, 36:19, 37:3, 42:4, 45:13, 46:8, 46:16, 48:21, 51:6, 54:4, 54:10, 54:12, 54:16, 61:17

**goes** [8] - 6:11, 19:15, 20:14, 28:15, 41:15, 46:25, 49:10, 55:3

**going** [67] - 4:18, 5:3, 6:7, 6:9, 7:16, 10:5, 10:21, 10:22, 11:15, 12:20, 13:12, 14:14, 17:5, 17:21, 18:11, 20:22, 20:23, 21:1, 24:8, 25:22, 27:16, 28:21, 29:5, 29:23, 33:5, 33:16, 34:11, 37:13, 38:21, 40:18, 41:25, 42:8, 42:11, 42:17, 44:22, 46:7, 46:19, 47:1, 47:6, 47:24, 49:11, 50:20, 50:24, 53:8, 54:9, 55:23, 56:5, 57:2, 57:25, 58:6, 59:8, 59:9, 59:14, 60:5, 60:13, 61:8, 61:17, 62:10, 63:7, 63:9, 64:14, 64:18, 64:25, 65:7, 66:12, 66:13

**gone** [1] - 4:14

**good** [2] - 3:8, 43:12

**Google** [1] - 52:13

**got** [10] - 4:5, 5:13, 9:1, 18:12, 33:11, 35:20, 57:16, 57:25, 58:3, 59:22

**gotcha** [1] - 7:8

**government** [35] - 3:6, 3:8, 4:15, 4:25, 27:18, 31:25, 33:18, 34:3, 36:9, 36:10, 37:22, 37:24, 38:7, 38:14, 38:22, 39:24, 41:10, 41:16, 44:25, 46:13, 46:15, 48:19, 51:8, 51:10, 51:20, 52:19, 52:23, 53:24, 54:6, 57:10, 58:11, 60:24, 65:3, 65:18, 66:21

**GOVERNMENT** [1] - 1:14

**government's** [8] - 4:11, 4:25, 6:21, 7:2, 41:7, 43:10, 59:17, 64:17

**governor** [1] - 43:23

**grabbed** [1] - 33:8

**grant** [1] - 64:15

**granting** [1] - 64:16

**granular** [1] - 38:9

**graph** [1] - 38:16

**greater** [2] - 41:22, 45:19

**Group** [3] - 1:22, 2:1, 35:24

**guess** [4] - 7:18, 14:17, 28:13, 45:20

**guy** [2] - 27:6, 52:10

## H

**habit** [1] - 38:11

**hac** [1] - 63:12

**had** [18] - 6:16, 7:8, 14:7, 15:14, 16:11, 18:6, 18:17, 41:22, 44:12, 54:11, 54:20, 54:25, 61:1, 61:16, 61:24, 62:17, 62:18, 66:21

**hadn't** [1] - 67:11

**HAIM** [1] - 1:7

**Haim** [14] - 3:5, 3:19, 12:7, 20:4, 37:23, 38:7, 38:9, 39:19, 41:2, 44:7, 45:21, 50:22, 52:19, 60:10

**Haim's** [2] - 37:16, 53:22

**half** [3] - 47:20, 47:21, 54:13

**Hall** [4] - 3:18, 37:11, 40:22, 64:2

**HALL** [1] - 2:1

**handful** [1] - 7:17

**handle** [1] - 20:14

**handled** [1] - 38:3

**hang** [9] - 3:9, 3:17, 6:14, 6:25, 33:4, 57:15, 58:5, 60:3, 63:21

**happened** [4] - 15:20, 16:1, 16:4, 39:24

**happens** [4] - 10:6, 19:3, 19:7, 24:20

**happy** [2] - 12:22, 36:21

**hard** [3] - 20:3, 51:23, 52:5

**harm** [1] - 14:20

**has** [47] - 6:4, 8:4, 8:16, 8:17, 8:21, 9:3, 9:4, 10:16, 10:24, 13:10, 14:19, 15:20, 16:1, 16:4, 18:17, 19:24, 27:15, 27:19, 31:2, 31:6, 35:23, 35:24, 36:22, 37:23, 37:24, 38:6, 38:9, 38:24, 38:25, 39:6, 41:3, 41:4, 41:6, 44:17, 44:19, 44:20, 44:25, 45:1, 48:3, 48:23, 51:12, 51:13, 51:18, 52:2, 62:5

**Has** [1] - 63:14

**have** [72] - 3:20, 4:5, 4:8, 5:16, 7:15, 8:15, 9:4, 9:16, 9:18, 10:13, 10:25, 11:19, 11:21, 12:25, 15:5, 15:13, 15:18, 18:4, 18:5, 24:8, 26:18, 27:23, 29:2, 36:14, 37:8, 37:10, 38:1, 38:2, 39:21, 39:22, 40:2, 40:3, 40:11, 40:14, 41:21, 41:22, 42:8, 42:9, 44:1, 45:9, 45:19, 45:21, 46:21, 46:25, 48:17, 49:11, 50:21, 50:22, 53:6, 53:24, 54:9, 54:11, 56:7, 56:11, 57:4, 57:12, 57:20, 58:2, 58:6, 58:8, 58:18, 59:22, 59:25, 60:2, 60:25, 61:7, 63:9, 63:24, 64:1, 64:11, 66:9

**having** [2] - 15:15, 28:9

**Haynes** [2] - 1:19, 50:4

**he** [41] - 8:23, 9:4, 9:5, 13:24, 14:17, 14:18, 15:4, 16:15, 17:12, 19:25, 20:14, 21:6, 21:16, 21:17, 21:19, 21:23, 26:8, 27:6, 27:7, 27:11, 27:13, 37:17, 37:23, 37:24, 41:3, 41:4, 41:6, 41:7, 41:8, 41:9, 43:20, 51:22, 51:23, 51:25, 52:2, 52:3

**he'd** [1] - 52:4

**he's** [14] - 4:3, 4:4, 17:6, 19:13, 19:15, 21:7, 21:10, 21:11, 22:25, 26:4, 41:13, 52:6

**headline** [1] - 23:23

**hear** [7] - 5:1, 5:15, 30:1, 36:25, 54:6, 64:23, 66:10

**heard** [4] - 39:6, 66:20, 67:12

**HEARD** [1] - 1:10

**hearing** [15] - 4:3, 4:10, 4:17, 5:4, 6:9, 6:11, 11:24, 23:3, 27:3, 30:23, 64:19, 65:10, 66:6, 66:25, 67:13

**HEARING** [1] - 1:9

**hearings** [1] - 5:21

**Hearst** [1] - 52:15

**heavily** [2] - 18:7, 18:15

**help** [2] - 11:15, 20:10

**her** [10] - 31:3, 33:21, 33:25, 34:25, 35:1, 35:24, 50:16, 51:15, 52:9, 55:19

**here** [42] - 3:20, 4:10, 4:24, 5:23, 8:2, 10:12, 10:23, 15:4, 21:10, 22:5, 22:14, 22:25, 23:7, 24:7, 25:3, 27:15, 30:15, 34:2, 36:8, 38:14, 39:14, 40:17, 42:9, 42:13, 43:14, 44:1, 45:8, 48:1, 53:18, 55:18, 55:23, 56:1, 57:16, 58:2, 58:5, 59:25, 60:6, 62:20, 63:13, 63:24, 66:18

**hereby** [1] - 68:3

**hero** [2] - 52:8, 52:11

**herself** [1] - 30:11

**hesitate** [1] - 65:10

**HHS** [1] - 14:19

**hiding** [4] - 33:20, 33:24, 52:2, 52:3

**high** [3] - 10:8, 42:4, 52:17

**high-profile** [3] - 10:8, 42:4, 52:17

**highlight** [1] - 13:24, 19:13

**highlighted** [2] - 13:8, 21:11

**him** [5] - 14:10, 41:7, 45:21, 51:25, 52:11

**himself** [2] - 57:17, 65:15

**his** [30] - 3:21, 4:2, 5:25, 8:5, 8:15, 9:12, 14:17, 15:2, 19:14, 20:1, 20:2, 20:23, 21:7, 21:13, 27:16, 37:16, 37:24, 38:5, 39:19, 41:8, 41:10, 42:19, 44:14, 52:2, 52:4, 53:25, 57:17, 65:15

**history** [1] - 18:8

**HITTNER** [1] - 1:10

**hold** [8] - 7:6, 15:7, 17:24, 18:12, 28:9, 32:15, 32:17, 56:20

**holding** [3] - 4:17, 63:2, 66:3

**holdover** [1] - 61:12

**holiday** [1] - 62:8

**home** [1] - 18:7

**honestly** [1] - 41:18

**honing** [1] - 26:2

**Honor** [70] - 5:23, 6:12, 6:20, 9:10, 9:22, 10:19, 10:20, 10:22, 11:9, 11:16, 12:5, 13:5, 13:18, 15:1, 15:9, 15:18, 16:1, 16:19, 17:3, 17:6, 17:19, 17:22, 18:16, 18:21, 22:13, 23:3, 23:17, 24:2, 25:16, 26:14, 26:22, 27:4, 27:20, 29:7, 29:20, 30:1, 30:12, 30:23, 31:20, 34:2, 34:11, 35:2, 35:22, 36:2, 36:8, 36:20, 37:5, 37:12, 39:15, 40:5, 41:20, 44:4, 45:10, 45:15, 46:3, 46:14, 47:10, 53:7, 53:16, 54:5, 54:7, 55:3, 55:17, 58:14, 58:17, 59:17, 60:2, 61:2, 66:23, 67:7

**HONORABLE** [1] - 1:10

**hospital** [1] - 16:17

**hosting** [2] - 9:19, 44:13

**hour** [2] - 54:13, 54:14

**house** [1] - 57:23

**HOUSTON** [2] - 1:2, 1:5

**Houston** [10] - 1:17, 1:20, 1:23, 2:11, 38:23, 38:25, 40:12, 45:6, 49:11, 52:7

**How** [2] - 42:11

**how** [27] - 23:12, 25:6, 36:1, 38:2,

38:17, 38:18, 40:2, 40:3, 40:4, 40:11,
43:13, 48:17, 48:24, 52:10, 54:2, 55:19,
56:6, 58:11, 58:25, 59:7, 59:9, 59:14,
59:21, 60:25, 63:23, 66:22
**however** [1] - 50:22
**huh** [1] - 12:9
**hundreds** [2] - 28:19, 47:22
**hung** [1] - 47:13
**hunting** [1] - 29:11
**hygiene** [1] - 52:2
**hypothetical** [1] - 48:13
**hypothetically** [1] - 49:14

**I**

**I** [248] - 3:1, 4:5, 4:8, 4:12, 4:13, 4:17,
5:7, 5:20, 6:3, 7:7, 7:8, 7:17, 7:18, 7:21,
7:23, 8:10, 8:11, 8:13, 8:20, 9:8, 10:1,
10:3, 10:18, 10:20, 10:23, 11:14, 12:25,
13:15, 13:24, 14:17, 15:2, 15:17, 15:23,
16:3, 16:10, 17:2, 18:2, 18:8, 18:9,
18:11, 18:12, 18:14, 18:21, 18:22, 19:5,
19:16, 19:21, 20:11, 21:10, 21:14,
22:13, 22:15, 23:2, 23:5, 23:10, 24:7,
24:22, 25:3, 25:18, 25:19, 26:3, 26:5,
26:10, 26:12, 26:13, 26:17, 28:1, 28:2,
28:6, 28:8, 28:13, 29:2, 29:4, 29:7,
29:24, 30:1, 30:16, 30:20, 30:24, 31:2,
32:17, 32:22, 33:10, 33:23, 34:11,
34:21, 35:2, 35:8, 36:2, 36:7, 37:7,
37:10, 37:25, 38:17, 40:1, 40:5, 40:14,
40:22, 41:13, 41:20, 41:23, 41:25, 42:8,
42:9, 42:16, 43:10, 43:11, 43:18, 43:23,
44:22, 45:5, 45:10, 45:18, 45:20, 46:3,
46:14, 46:23, 47:7, 47:10, 47:17, 47:18,
48:3, 48:5, 48:7, 48:11, 48:19, 49:17,
49:19, 49:23, 50:1, 50:4, 50:9, 50:19,
50:22, 51:8, 51:9, 51:14, 51:20, 51:24,
52:4, 52:21, 53:1, 53:3, 53:12, 53:17,
54:3, 54:9, 54:10, 54:11, 54:12, 54:15,
54:17, 55:2, 56:7, 56:8, 57:4, 57:6,
57:7, 57:8, 57:9, 57:10, 57:12, 57:15,
57:20, 57:21, 57:23, 58:7, 58:17, 58:24,
59:7, 59:10, 59:19, 59:21, 59:24, 60:2,
60:10, 60:14, 60:15, 61:7, 61:16, 61:17,
61:18, 61:20, 61:21, 61:24, 62:1, 62:4,
62:15, 62:17, 62:18, 62:19, 63:7, 63:11,
63:18, 63:24, 64:1, 64:2, 64:3, 64:10,
64:11, 64:15, 64:23, 64:25, 65:2, 65:4,
65:6, 65:10, 65:19, 65:22, 65:24, 65:25,
66:5, 66:10, 66:17, 67:1, 67:3, 67:12,
68:2
**i** [4] - 49:20, 58:23, 59:10, 61:2
**I'd** [5] - 7:22, 11:14, 37:11, 38:24,
40:22
**i'd** [1] - 34:11
**I'll** [21] - 4:20, 4:22, 9:23, 14:5, 18:11,
20:22, 23:16, 25:9, 27:22, 27:24, 38:10,
42:17, 44:3, 50:1, 53:11, 54:7, 54:10,
58:9, 61:19, 66:13, 66:25

**I'm** [74] - 3:23, 3:25, 4:16, 4:18, 4:20,
6:17, 6:18, 6:20, 6:21, 6:25, 7:1, 7:16,
8:25, 10:1, 10:5, 10:20, 10:22, 10:24,
15:8, 17:5, 17:21, 18:9, 19:5, 20:21,
20:23, 22:13, 24:2, 24:3, 25:5, 25:20,
25:22, 26:11, 28:9, 28:21, 29:23, 30:1,
32:19, 33:8, 35:2, 37:13, 40:18, 42:8,
42:11, 46:7, 47:24, 50:3, 50:8, 50:24,
51:15, 53:8, 55:16, 55:23, 57:25, 58:6,
59:1, 59:10, 61:11, 61:14, 62:10, 63:6,
63:7, 63:23, 64:14, 64:18, 64:25, 65:1,
65:7, 66:6, 66:18, 66:19, 67:7
**I've** [13] - 4:14, 10:19, 17:3, 18:12,
24:17, 42:1, 43:10, 57:16, 57:24, 63:23,
64:10, 64:14
**idea** [1] - 40:11
**ideology** [1] - 17:15
**identified** [1] - 10:25
**identify** [1] - 12:4
**if** [73] - 4:25, 5:3, 6:6, 6:9, 6:11, 7:23,
10:24, 11:6, 11:21, 13:2, 13:20, 15:21,
17:22, 18:19, 18:23, 19:1, 19:9, 20:7,
23:6, 23:14, 23:18, 24:12, 25:24, 30:15,
32:2, 32:11, 32:19, 33:8, 33:10, 33:16,
34:12, 35:7, 36:13, 37:10, 37:11, 39:5,
43:5, 45:17, 49:7, 49:8, 50:24, 52:3,
53:9, 53:11, 53:13, 53:14, 55:9, 55:23,
56:4, 57:4, 57:7, 57:15, 59:20, 59:23,
60:6, 60:9, 60:10, 61:11, 61:12, 61:16,
61:21, 62:5, 62:8, 63:7, 63:10, 63:11,
63:12, 64:19, 64:20, 65:9, 66:3, 66:10,
66:11
**ignoring** [2] - 4:16, 4:20
**illicit** [1] - 31:18
**illogical** [1] - 45:23
**image** [4] - 27:11, 35:8, 51:18, 52:15
**images** [1] - 30:17
**immediate** [1] - 65:16
**impact** [1] - 38:23
**impacting** [2] - 36:12, 38:22
**impartial** [1] - 42:24
**impassioned** [1] - 28:18
**impetus** [1] - 36:11
**important** [1] - 45:14
**impose** [3] - 43:4, 62:15, 62:22
**imposing** [1] - 66:2
**impossible** [1] - 9:21
**improper** [1] - 64:24
**in** [192] - 4:2, 4:19, 4:22, 5:2, 5:5, 5:7,
5:13, 5:14, 5:25, 6:1, 6:5, 6:6, 6:11,
6:13, 6:16, 7:15, 8:5, 8:16, 8:18, 8:19,
8:22, 9:2, 9:8, 10:14, 10:16, 11:1,
11:17, 11:18, 13:4, 13:7, 13:10, 14:12,
15:4, 15:20, 16:1, 16:4, 16:20, 16:21,
18:16, 18:18, 18:22, 19:4, 19:18, 20:7,
20:16, 21:15, 21:19, 22:6, 22:9, 23:11,
23:24, 24:6, 24:13, 24:24, 25:14, 26:2,
27:6, 27:8, 27:15, 28:2, 28:10, 28:24,
30:5, 30:9, 30:15, 32:3, 32:7, 32:12,
32:18, 32:21, 32:22, 32:25, 34:12,

34:16, 35:4, 35:10, 36:1, 36:6, 37:16,
37:20, 37:21, 37:25, 38:1, 38:5, 38:9,
38:21, 38:23, 38:25, 39:2, 39:5, 39:23,
39:24, 40:10, 40:12, 40:16, 40:17,
41:17, 42:4, 42:6, 42:18, 42:19, 42:21,
43:2, 43:22, 43:25, 44:5, 44:12, 44:15,
44:17, 44:25, 45:1, 45:6, 45:19, 45:20,
46:1, 46:14, 46:20, 47:2, 47:4, 47:6,
47:7, 47:9, 47:10, 47:11, 47:14, 47:21,
48:16, 48:22, 49:6, 49:11, 49:14, 50:18,
51:4, 51:9, 51:15, 51:20, 52:5, 52:8,
52:9, 52:11, 53:10, 54:14, 54:22, 56:8,
56:15, 56:18, 56:21, 56:24, 57:6, 57:12,
57:15, 57:17, 57:23, 58:17, 59:1, 60:17,
60:20, 61:2, 61:13, 62:5, 62:6, 62:9,
62:18, 63:2, 63:8, 63:13, 63:17, 64:1,
64:3, 64:8, 64:16, 64:19, 64:20, 65:7,
65:9, 65:12, 66:3, 66:7, 66:9, 66:18,
67:2, 67:4, 67:5, 67:12, 68:4
**in-house** [1] - 57:23
**incite** [1] - 28:4
**include** [1] - 59:5
**included** [4] - 10:25, 13:4, 56:22,
64:22
**includes** [1] - 54:1
**including** [5] - 8:7, 10:8, 43:23, 51:3,
64:4
**incompetent** [1] - 20:17
**increased** [4] - 8:15, 8:16, 8:17, 10:16
**indeed** [1] - 8:22
**independently** [1] - 18:13
**index** [1] - 37:21
**indicted** [1] - 52:19
**indictment** [9] - 15:15, 16:2, 16:3,
21:23, 22:1, 22:19, 32:4, 52:20, 52:25
**indictments** [1] - 16:20
**individual** [4] - 9:23, 19:15, 20:14,
56:10
**individuals** [2] - 9:19, 43:6
**indulge** [1] - 37:10
**inflammatory** [7] - 8:1, 13:6, 14:11,
15:19, 17:19, 19:17, 20:18
**information** [3] - 22:3, 44:7, 44:20
**initial** [7] - 4:6, 6:1, 6:13, 6:16, 15:14,
16:1, 16:3
**initially** [1] - 58:15
**injunction** [1] - 5:9
**instance** [3] - 7:1, 40:16, 63:12
**instances** [3] - 41:23, 64:24, 66:11
**instead** [4] - 4:18, 22:20, 27:10, 33:19
**instructions** [1] - 39:4
**instructive** [5] - 39:14, 44:2, 44:17,
44:21, 47:8
**intended** [1] - 6:2
**intensity** [2] - 10:16, 13:10
**intensive** [1] - 62:13
**interest** [1] - 8:16
**interested** [1] - 38:1
**Internet** [6] - 9:11, 21:21, 21:22, 25:1,
28:20, 51:14

**interview** [3] - 12:7, 13:6, 27:13
**interviews** [1] - 6:18
**intimidate** [3] - 13:25, 14:6, 14:9
**into** [10] - 7:19, 13:25, 14:6, 14:10, 24:18, 40:22, 46:2, 54:12, 59:2, 66:12
**intrepid** [1] - 27:8
**inventing** [3] - 16:16, 16:21, 18:6
**investigation** [2] - 43:22, 58:19
**involved** [5] - 27:15, 37:25, 51:15, 53:25, 64:4
**is** [210] - 4:2, 4:6, 5:7, 6:1, 6:8, 7:5, 8:2, 9:4, 9:12, 9:13, 9:23, 10:7, 10:11, 10:13, 10:14, 11:15, 11:19, 12:6, 12:8, 12:16, 13:5, 13:11, 13:15, 13:22, 13:24, 14:8, 14:11, 14:12, 14:15, 14:18, 14:22, 14:25, 15:1, 15:19, 15:25, 16:5, 16:14, 16:15, 16:16, 16:19, 16:24, 17:10, 17:19, 18:16, 18:22, 18:25, 19:3, 19:7, 19:12, 19:16, 19:18, 19:23, 20:11, 20:13, 20:17, 21:4, 21:5, 21:11, 21:12, 21:13, 21:15, 22:4, 22:12, 22:17, 22:22, 22:25, 23:16, 23:18, 23:21, 23:22, 23:23, 24:12, 24:18, 24:23, 25:5, 26:4, 26:16, 27:6, 27:7, 28:13, 28:14, 28:18, 28:23, 28:24, 29:18, 29:22, 31:7, 31:12, 31:16, 31:19, 31:21, 32:4, 32:6, 33:1, 33:4, 33:23, 33:24, 34:5, 34:9, 34:15, 34:16, 34:20, 35:3, 35:7, 35:9, 35:16, 35:23, 36:8, 36:9, 36:10, 36:11, 36:16, 37:4, 37:17, 37:22, 38:4, 38:11, 38:22, 39:2, 39:5, 39:14, 39:19, 39:24, 40:6, 41:8, 41:9, 41:16, 42:5, 43:4, 43:8, 44:2, 44:7, 44:9, 44:10, 44:16, 44:20, 44:24, 45:14, 45:17, 45:20, 46:6, 46:13, 46:22, 47:2, 47:7, 47:8, 49:2, 49:5, 50:3, 50:5, 50:6, 51:7, 51:11, 51:13, 51:16, 51:25, 52:1, 52:7, 52:9, 52:21, 52:23, 53:3, 53:9, 53:24, 55:4, 55:6, 55:8, 55:16, 55:17, 56:9, 56:14, 56:15, 57:2, 57:13, 58:5, 58:9, 58:17, 59:8, 59:9, 59:14, 59:24, 59:25, 60:20, 60:24, 61:10, 61:11, 62:7, 62:11, 62:15, 63:11, 64:19, 64:22, 66:2, 66:4, 66:18, 68:3
**isn't** [4] - 28:6, 34:14, 44:8, 48:10
**issuance** [1] - 4:11
**issue** [6] - 9:6, 39:8, 39:11, 39:12, 50:1, 52:25
**issued** [2] - 42:2, 64:1
**issues** [2] - 39:5, 52:20
**issuing** [1] - 65:11
**It** [1] - 62:1
**it** [211] - 4:5, 4:9, 5:4, 5:13, 5:14, 6:10, 6:11, 6:25, 9:11, 10:8, 10:16, 10:25, 11:16, 11:19, 11:21, 11:22, 12:3, 12:4, 12:18, 12:21, 12:25, 13:2, 13:7, 15:7, 15:19, 17:21, 17:24, 18:10, 18:12, 18:17, 19:5, 19:10, 19:13, 19:14, 19:18, 19:21, 20:3, 20:10, 20:18, 21:14, 21:16, 21:17, 21:23, 21:24, 22:2, 22:12, 22:15, 23:16, 24:1, 24:22, 24:25, 25:6, 25:9,

25:23, 26:18, 28:6, 28:7, 28:9, 28:10, 29:10, 29:24, 30:19, 30:21, 30:22, 30:24, 31:9, 31:12, 31:14, 32:15, 32:17, 32:22, 33:4, 33:5, 33:7, 33:10, 33:16, 34:5, 34:14, 34:17, 34:20, 34:23, 34:25, 35:9, 35:20, 36:16, 36:21, 37:17, 38:2, 38:10, 38:15, 38:16, 38:17, 38:18, 38:19, 39:1, 39:15, 39:16, 39:22, 40:2, 40:3, 40:4, 40:16, 40:17, 41:15, 41:17, 42:1, 42:11, 42:16, 43:4, 43:5, 44:10, 44:13, 44:18, 44:24, 47:4, 47:13, 47:17, 47:18, 47:22, 48:3, 49:5, 49:7, 49:8, 49:17, 50:9, 50:15, 51:15, 51:22, 52:1, 52:12, 52:20, 52:21, 53:1, 53:11, 53:15, 55:4, 55:8, 55:14, 56:10, 56:15, 56:17, 57:8, 57:11, 57:12, 57:13, 57:16, 58:2, 58:3, 58:5, 58:17, 58:24, 59:10, 59:11, 59:14, 59:23, 60:15, 61:12, 61:13, 61:18, 61:20, 61:21, 61:25, 62:2, 62:4, 62:11, 62:15, 62:18, 62:20, 63:8, 63:11, 63:13, 63:24, 64:3, 64:11, 64:15, 64:17, 64:18, 64:22, 65:1, 65:6, 66:3, 66:5, 66:13, 66:14, 66:17, 66:18, 66:25, 67:2
**it's** [73] - 5:5, 6:2, 9:10, 9:21, 10:7, 10:9, 10:13, 11:7, 11:16, 11:17, 12:16, 12:19, 14:16, 15:19, 15:21, 16:10, 19:6, 20:3, 20:12, 20:18, 21:14, 21:21, 21:22, 22:11, 22:14, 23:9, 24:3, 25:24, 28:2, 32:23, 34:22, 35:18, 36:16, 37:20, 37:22, 43:17, 44:1, 44:16, 44:24, 47:3, 48:16, 49:5, 49:23, 51:17, 52:5, 53:12, 53:20, 53:21, 54:3, 56:5, 56:6, 56:9, 56:16, 58:15, 58:19, 59:3, 59:15, 60:13, 60:17, 62:6, 62:8, 62:11, 62:20, 63:10, 63:18, 64:20, 66:12, 67:2
**its** [5] - 15:15, 35:10, 38:8, 38:10, 58:12
**itself** [4] - 19:21, 20:18, 44:2, 47:5

## J

**jailhouse** [1] - 65:16
**jailing** [1] - 63:1
**January** [1] - 48:4
**Jeff** [1] - 3:18
**JEFFREY** [1] - 2:1
**JESSICA** [1] - 1:14
**Jessica** [1] - 3:7
**job** [2] - 8:9, 27:16
**Jordan** [2] - 12:6, 12:8
**judge** [7] - 5:9, 32:18, 39:13, 47:14, 51:1, 51:3, 63:25
**JUDGE** [1] - 1:10
**Judge** [1] - 47:14
**judging** [1] - 63:24
**Judith** [2] - 23:15, 23:19
**June** [7] - 12:12, 12:13, 13:7, 13:23, 14:16, 48:4, 51:20
**juror** [1] - 9:12
**jurors** [4] - 42:24, 47:15, 47:20, 48:14

**jury** [25] - 5:5, 5:7, 5:10, 8:3, 8:19, 9:12, 9:14, 11:4, 11:7, 14:13, 36:12, 39:4, 39:5, 46:22, 47:5, 47:14, 47:23, 49:11, 53:19, 60:25, 61:2, 61:15, 61:17, 61:20, 62:4
**just** [75] - 4:5, 4:6, 4:8, 5:8, 7:22, 10:7, 10:19, 10:21, 10:22, 10:24, 12:16, 13:9, 13:15, 15:4, 15:12, 15:21, 16:3, 16:8, 16:19, 17:5, 17:21, 18:9, 18:11, 18:14, 18:24, 19:16, 20:19, 20:21, 23:6, 23:12, 23:15, 24:12, 24:20, 25:3, 25:19, 25:21, 26:2, 26:4, 26:12, 28:1, 28:11, 29:24, 31:14, 33:4, 33:6, 40:4, 40:16, 40:17, 42:16, 45:23, 46:8, 47:7, 50:9, 53:4, 53:12, 53:17, 54:17, 56:3, 56:4, 56:7, 59:7, 59:23, 60:15, 61:13, 62:11, 63:6, 64:13, 65:4, 65:19, 65:23, 65:25, 66:24, 67:1, 67:7, 67:10
**justice** [1] - 14:19
**Justice's** [1] - 15:13
**justification** [1] - 17:9

## K

**KATE** [1] - 1:14
**keep** [13] - 5:2, 6:6, 17:21, 18:1, 18:2, 19:5, 24:9, 24:10, 33:5, 33:16, 34:11, 62:5, 62:9
**kept** [1] - 9:16
**key** [2] - 39:13, 44:17
**killed** [1] - 52:10
**kind** [5] - 13:8, 14:12, 23:12, 50:18, 53:14
**know** [44] - 5:20, 7:25, 8:11, 8:14, 19:16, 24:16, 25:20, 26:4, 26:19, 28:2, 28:3, 28:4, 28:19, 34:21, 35:2, 35:9, 35:23, 36:2, 36:6, 36:16, 36:18, 41:20, 41:23, 42:8, 43:18, 46:9, 47:6, 47:17, 49:18, 49:23, 51:14, 52:4, 52:21, 53:6, 54:3, 58:7, 59:7, 59:23, 61:13, 62:19, 63:11, 65:2, 65:3, 65:4
**knowing** [1] - 27:3
**knows** [3] - 20:21, 28:18, 45:15
**Kyle** [1] - 19:24
**kyleseraphin** [1] - 19:16

## L

**L** [1] - 2:2
**laid** [1] - 64:4
**landscape** [5] - 44:9, 44:18, 44:19, 46:21, 56:9
**language** [4] - 13:6, 17:19, 19:16, 33:19, 33:23, 56:18, 56:20, 56:22
**Lanie** [2] - 2:8, 68:2, 68:6
**large** [1] - 38:11
**last** [9] - 17:2, 21:24, 22:1, 26:3, 34:8, 44:19, 58:21, 61:24, 65:2
**late** [1] - 64:8
**later** [8] - 6:7, 20:13, 29:6, 40:14, 42:1,

42:2, 45:11, 51:4
**LAURETTA** [1] - 1:15
**Law** [3] - 1:22, 2:1, 35:24
**law** [17] - 16:16, 16:21, 18:8, 28:25, 29:2, 35:10, 35:24, 39:3, 39:7, 39:8, 42:5, 45:15, 46:20, 50:3, 52:5, 54:1, 65:5
**LAW** [5] - 3:2, 58:4, 60:19, 60:21, 67:17
**law-abiding** [1] - 18:8
**lawyer** [2] - 15:2, 22:12
**lawyers** [10] - 8:7, 21:7, 21:14, 37:13, 40:20, 43:5, 61:16, 64:6, 64:7, 66:14
**lay** [1] - 37:11
**lays** [1] - 45:15
**lead** [10] - 4:25, 5:12, 34:16, 37:13, 40:25, 43:25, 51:9, 53:12, 60:24, 65:15
**leads** [1] - 47:4
**lean** [1] - 5:16
**leash** [1] - 67:1
**least** [7] - 6:10, 8:7, 12:3, 43:9, 46:17, 46:19, 61:21
**leave** [1] - 33:4
**leaving** [1] - 65:1
**left** [1] - 57:5
**legal** [2] - 19:18, 44:21
**less** [1] - 16:6
**let** [12] - 26:4, 28:23, 42:16, 46:10, 50:1, 50:2, 57:4, 57:11, 58:6, 59:19, 61:13, 64:10
**let's** [12] - 13:13, 22:18, 30:13, 33:16, 36:24, 36:25, 42:20, 54:6, 57:20, 66:24, 67:1
**letter** [2] - 21:7, 21:13
**letters** [1] - 37:25
**level** [1] - 50:21
**leviathan** [1] - 14:7
**licensed** [1] - 51:4
**life's** [1] - 19:19
**light** [1] - 53:5
**lights** [1] - 36:24
**lightweight** [1] - 64:7
**like** [29] - 5:8, 7:22, 11:10, 11:14, 11:22, 12:20, 16:7, 17:22, 20:8, 25:19, 33:5, 33:20, 33:24, 34:8, 34:11, 37:5, 37:11, 38:16, 40:19, 41:2, 44:10, 47:12, 50:9, 53:1, 53:4, 55:9, 65:2
**likelihood** [3] - 8:18, 39:18, 43:7
**likely** [1] - 61:17
**likes** [1] - 10:15
**limited** [5] - 5:24, 6:2, 6:8, 25:11, 57:2
**line** [1] - 8:17
**lines** [1] - 34:8
**listed** [1] - 58:2
**litigated** [2] - 47:9, 47:17
**little** [11] - 15:1, 20:3, 20:4, 24:4, 29:6, 38:15, 52:23, 53:12, 60:14, 63:19, 64:11
**live** [3] - 56:11, 64:18

**lives** [2] - 52:2, 52:3
**living** [1] - 9:11
**LLP** [2] - 1:19, 2:5
**long** [9] - 10:23, 12:16, 12:19, 16:24, 39:7, 43:8, 59:7, 59:9, 59:14
**long-standing** [1] - 39:7
**longer** [5] - 58:15, 58:20, 59:15, 60:14
**look** [13] - 4:22, 9:12, 9:13, 10:12, 10:25, 18:12, 31:7, 36:13, 50:19, 55:20, 55:21, 56:4, 57:21
**looked** [3] - 29:3, 39:22, 57:9
**looking** [10] - 6:17, 6:25, 7:1, 15:7, 15:8, 17:8, 24:22, 25:13, 30:5, 43:14
**looks** [1] - 38:16
**Loretta** [2] - 3:8, 3:14
**lost** [1] - 17:3
**lot** [7] - 8:21, 24:3, 25:20, 40:10, 52:5, 54:11, 57:22
**Louisiana** [4] - 1:16, 43:20, 43:21, 43:25
**love** [2] - 5:20, 40:22
**LYTLE** [2] - 2:4, 3:19
**Lytle** [4] - 3:18, 3:24, 3:25, 22:15

## M

**M** [3] - 2:8, 68:2, 68:6
**ma'am** [2] - 54:16, 67:15
**made** [14] - 8:21, 9:3, 9:18, 13:22, 21:6, 22:21, 26:16, 26:24, 30:7, 58:18, 64:3, 66:5, 67:2
**made-up** [2] - 22:21
**Main** [1] - 1:22
**main** [1] - 8:2
**major** [5] - 16:17, 25:24, 26:13, 62:19
**make** [12] - 7:22, 9:5, 18:21, 37:11, 50:1, 53:10, 53:13, 59:24, 61:13, 65:19, 65:22, 65:25
**makes** [1] - 19:10
**making** [3] - 6:5, 16:8, 35:10
**manufacturer** [1] - 32:12
**many** [17] - 9:22, 36:1, 38:17, 38:18, 40:2, 40:3, 40:11, 41:21, 48:17, 48:24, 52:14, 52:17, 55:19, 56:6, 58:25, 60:25, 63:23
**maps** [1] - 37:21
**Marceaux** [5] - 44:4, 44:5, 44:16, 44:20, 46:3
**MARCELLA** [1] - 1:21
**Marcella** [5] - 3:18, 3:22, 15:2, 30:8, 34:17
**mark** [3] - 23:11, 55:8, 55:14
**Mark** [2] - 3:18, 22:15
**MARK** [1] - 2:4
**marked** [2] - 7:19, 11:17
**market** [1] - 45:1
**Marshals** [3] - 18:7, 18:15, 18:18
**massive** [2] - 38:11, 43:24
**matter** [9] - 5:6, 5:7, 9:14, 28:17, 32:18, 52:1, 62:14, 67:8, 68:4

**Matter** [1] - 3:4
**matters** [5] - 4:6, 4:7, 38:7, 45:8, 64:23
**may** [13] - 7:23, 43:3, 48:1, 53:10, 54:9, 54:10, 54:12, 57:8, 58:8, 64:6, 65:12, 66:11
**maybe** [4] - 33:10, 41:23, 49:21, 60:14
**McKinney** [1] - 1:19
**MD** [1] - 20:5
**me** [28] - 5:15, 11:15, 13:25, 14:6, 17:22, 18:1, 18:5, 25:4, 28:23, 29:22, 37:5, 37:10, 41:9, 42:16, 46:10, 48:6, 50:1, 50:2, 54:18, 57:4, 57:11, 57:21, 58:6, 59:19, 61:13, 61:21, 62:16, 65:6
**mean** [12] - 11:1, 16:3, 18:11, 18:15, 19:16, 25:18, 26:12, 28:6, 41:4, 47:5, 51:24, 58:17
**means** [3] - 43:9, 46:17, 46:19
**meant** [2] - 10:1, 10:3
**mechanical** [1] - 1:24
**media** [19] - 38:11, 41:22, 43:24, 44:9, 44:18, 44:19, 45:1, 45:17, 46:21, 47:1, 47:2, 49:15, 52:8, 56:9, 56:19, 56:23
**Meg** [1] - 55:16
**member** [4] - 21:15, 50:3, 52:10, 53:8
**members** [2] - 10:9, 47:22
**mention** [3] - 22:24, 32:22, 62:10
**merits** [1] - 5:9
**met** [1] - 51:20
**microphone** [2] - 5:13, 15:24
**mid** [1] - 33:19
**mid-case** [1] - 33:19
**middle** [2] - 15:8, 24:13
**midwits** [1] - 20:17
**might** [5] - 7:18, 18:23, 26:18, 42:21, 49:20
**Mike** [2] - 64:9
**million** [8] - 38:24, 38:25, 39:21, 47:21, 48:4, 48:11, 48:13, 54:25
**mind** [4] - 5:2, 6:6, 62:5, 62:9
**minors** [1] - 9:7
**minute** [1] - 7:7
**minutes** [2] - 12:18, 54:15
**mischaracterization** [6] - 15:20, 15:25, 16:4, 22:4, 32:6, 35:13
**miss** [1] - 50:2
**mission** [2] - 19:19, 27:8
**mistreatment** [1] - 41:7
**modern** [2] - 17:13, 46:1
**modern-day** [1] - 17:13
**moment** [3] - 36:20, 60:2, 63:17
**momentary** [1] - 13:11
**monetary** [1] - 62:24
**month** [4] - 15:1, 16:6, 21:24, 22:2
**months** [2] - 13:7, 13:10
**more** [14] - 25:14, 25:25, 33:8, 38:9, 41:17, 44:17, 47:20, 49:8, 49:9, 50:9, 54:9, 59:16, 61:16, 64:13
**most** [5] - 38:20, 39:14, 39:25, 40:5, 59:4

**MOTION** [1] - 1:9
**motion** [14] - 4:10, 4:11, 4:25, 6:1, 6:21, 7:2, 11:7, 17:7, 23:2, 30:23, 33:22, 63:12, 64:17, 64:18
**motions** [4] - 4:12, 4:16, 4:18, 5:25
**move** [5] - 13:13, 14:14, 28:21, 34:12, 57:22
**moving** [6] - 14:24, 16:13, 16:23, 20:16, 29:15, 32:2
**Mr** [6] - 3:21, 3:24, 3:25, 37:11, 40:22, 43:18
**MR** [67] - 1:14, 1:18, 2:1, 2:4, 3:16, 3:18, 3:22, 3:24, 4:2, 37:2, 37:4, 37:7, 37:9, 37:15, 39:10, 39:12, 39:23, 40:2, 40:5, 40:8, 40:15, 40:18, 40:21, 40:24, 41:1, 41:6, 41:12, 41:15, 42:3, 42:5, 42:10, 42:15, 43:16, 43:21, 45:3, 45:5, 45:10, 45:14, 46:3, 46:6, 46:11, 46:14, 46:17, 47:25, 48:5, 48:7, 48:9, 48:13, 48:16, 48:22, 49:2, 49:5, 49:14, 49:17, 49:20, 49:23, 49:25, 50:11, 50:14, 50:19, 51:5, 51:7, 60:2, 60:4, 60:9, 62:1, 66:23
**Ms** [21] - 5:12, 11:15, 27:22, 29:22, 31:16, 34:15, 34:23, 35:6, 35:14, 35:21, 35:22, 36:14, 50:2, 50:6, 50:15, 51:7, 52:7, 52:14, 52:16, 53:9, 60:23
**MS** [191] - 1:14, 1:15, 1:21, 3:7, 3:10, 3:12, 3:14, 5:15, 5:18, 5:20, 5:23, 6:12, 6:15, 6:20, 6:24, 7:4, 7:6, 7:10, 7:12, 7:25, 8:8, 8:13, 8:25, 9:2, 9:21, 10:2, 10:4, 10:18, 11:1, 11:3, 11:5, 11:9, 11:13, 11:21, 12:1, 12:5, 12:9, 12:11, 12:13, 12:15, 12:19, 13:4, 13:18, 13:20, 14:2, 14:5, 15:8, 15:11, 15:23, 15:25, 16:10, 16:13, 17:2, 17:5, 17:9, 17:22, 18:1, 18:4, 18:11, 18:14, 19:3, 19:23, 20:2, 20:7, 20:11, 21:1, 21:4, 21:10, 21:13, 21:17, 21:19, 21:22, 22:1, 22:8, 22:11, 22:13, 22:17, 22:25, 23:5, 23:9, 24:2, 24:5, 24:14, 24:15, 24:23, 25:5, 25:10, 25:12, 25:16, 25:18, 25:22, 26:1, 26:3, 26:8, 26:11, 26:4, 26:20, 26:21, 26:24, 27:2, 27:4, 27:6, 27:19, 27:22, 27:24, 28:1, 28:8, 28:13, 28:17, 29:2, 29:4, 29:7, 29:12, 29:15, 29:18, 29:20, 30:1, 30:4, 30:7, 30:10, 30:12, 30:14, 30:19, 30:22, 31:2, 31:4, 31:6, 31:10, 31:12, 31:15, 31:20, 31:22, 31:24, 32:2, 32:9, 32:11, 32:16, 32:19, 32:23, 32:25, 33:3, 33:7, 33:13, 33:18, 34:6, 34:8, 34:15, 34:21, 34:24, 35:2, 35:18, 35:21, 36:2, 36:4, 36:20, 53:16, 53:22, 54:5, 54:7, 54:17, 54:21, 55:6, 55:8, 55:11, 55:14, 55:21, 55:23, 56:1, 56:3, 56:22, 57:1, 57:14, 58:13, 58:17, 58:23, 59:1, 59:4, 59:7, 59:12, 59:13, 59:16, 61:2, 61:5, 65:19, 65:22, 65:25, 66:8, 66:16, 67:7, 67:10, 67:14
**much** [8] - 5:20, 54:2, 56:9, 58:11,

59:21, 65:7, 67:1, 67:6
**multiple** [1] - 7:13
**murder** [1] - 52:9
**must** [3] - 39:17, 42:24
**my** [15] - 12:2, 13:1, 18:7, 19:18, 27:8, 30:4, 41:24, 50:6, 51:7, 53:17, 57:5, 57:9, 63:25, 64:20, 68:3
**myself** [1] - 18:10

## N

**N** [1] - 3:1
**name** [2] - 19:15, 20:19
**name-calling** [1] - 20:19
**named** [1] - 55:16
**narrow** [1] - 46:12
**narrowly** [5] - 5:24, 43:8, 46:6
**narrowly-drawn** [1] - 5:24
**national** [1] - 47:1
**nationwide** [2] - 41:22, 45:22
**near** [1] - 4:19
**necessary** [5] - 53:20, 53:21, 61:12, 64:20, 65:11
**need** [13] - 6:10, 12:2, 26:13, 29:10, 39:13, 45:2, 45:4, 45:11, 46:1, 48:19, 59:24, 60:14, 66:10
**needs** [1] - 23:25
**never** [5] - 14:12, 42:1, 42:21, 45:20, 64:1
**new** [6] - 3:20, 18:6, 32:12, 64:23, 64:24, 66:13
**news** [11] - 10:6, 10:15, 14:17, 23:15, 23:21, 24:16, 24:23, 24:25, 43:25, 47:4, 56:12
**newspapers** [1] - 43:25
**next** [9] - 4:20, 18:23, 18:24, 20:16, 33:10, 35:7, 40:8, 62:25
**night** [1] - 47:4
**Nixon** [6] - 2:5, 27:7, 27:12, 51:19, 51:21, 52:2
**no** [26] - 3:23, 4:21, 8:11, 9:4, 9:14, 16:2, 16:21, 18:4, 18:5, 18:6, 18:8, 33:2, 33:10, 37:13, 39:23, 40:11, 40:23, 41:13, 46:14, 47:19, 50:24, 59:7, 64:21, 66:5, 66:23
**nobody** [1] - 62:11
**none** [1] - 27:19
**nonexistent** [1] - 32:5
**nonjury** [1] - 5:6
**noses** [1] - 8:9
**not** [81] - 3:23, 4:16, 4:20, 6:1, 6:20, 8:3, 8:22, 9:7, 9:9, 10:7, 10:11, 10:22, 11:4, 11:6, 11:17, 12:17, 12:19, 13:11, 16:6, 16:7, 18:19, 20:12, 21:14, 21:15, 23:11, 25:2, 25:22, 26:11, 28:3, 28:6, 28:7, 30:21, 33:7, 33:8, 33:9, 35:2, 36:14, 36:23, 37:24, 40:17, 40:18, 40:19, 41:18, 44:2, 44:8, 44:14, 44:24, 46:7, 46:20, 47:5, 47:7, 47:15, 48:14, 49:5, 49:14, 49:20, 50:3, 50:8, 51:15,

51:17, 51:22, 51:25, 53:19, 55:8, 56:5, 56:23, 57:8, 58:20, 61:7, 61:17, 61:21, 62:6, 63:6, 64:7, 64:15, 64:18, 65:10, 66:10, 66:12, 66:19
**note** [1] - 61:16
**notes** [1] - 18:12
**nothing** [2] - 33:21, 37:21
**notice** [1] - 17:17
**November** [10] - 16:15, 16:25, 17:1, 18:25, 20:12, 22:22, 23:23, 30:22, 30:25, 62:2
**now** [42] - 6:6, 7:13, 8:17, 8:18, 13:6, 13:11, 17:21, 17:25, 19:6, 21:2, 22:6, 25:2, 28:9, 28:11, 30:16, 32:22, 35:23, 38:9, 38:10, 41:15, 42:11, 42:16, 42:17, 44:25, 45:25, 46:21, 47:11, 53:3, 54:14, 55:11, 57:24, 58:15, 59:25, 60:13, 60:17, 60:23, 61:14, 65:1, 65:8, 66:3, 66:20, 67:12
**nowhere** [1] - 37:20
**Number** [6] - 6:24, 13:16, 21:4, 29:18, 29:21, 45:25
**number** [13] - 7:6, 8:14, 9:16, 9:24, 11:20, 11:21, 19:17, 37:8, 48:5, 48:7, 48:8, 56:5, 62:6
**numbered** [1] - 68:4
**numbers** [3] - 45:18, 48:22, 54:21
**Numeral** [1] - 35:9
**numerous** [1] - 54:1
**NW** [2] - 2:2, 2:5

## O

**O** [1] - 3:1
**objecting** [1] - 33:23
**objection** [2] - 5:3, 9:4
**objectionable** [1] - 8:22
**obviously** [1] - 42:23
**October** [3] - 14:25, 16:10, 21:6
**of** [250] - 2:10, 3:5, 3:10, 4:3, 4:11, 4:13, 4:16, 4:18, 4:21, 5:4, 5:5, 5:10, 6:4, 6:5, 6:9, 6:10, 6:15, 7:17, 8:14, 8:18, 8:21, 9:1, 9:6, 9:7, 9:8, 9:16, 9:19, 9:23, 9:24, 10:5, 10:6, 10:9, 10:12, 10:15, 10:17, 10:21, 11:10, 11:24, 12:7, 13:5, 13:8, 13:23, 14:2, 14:8, 14:12, 14:13, 15:13, 15:20, 16:1, 16:4, 16:5, 16:14, 16:17, 17:3, 17:6, 17:13, 17:14, 18:18, 19:12, 19:15, 19:17, 19:23, 20:17, 21:11, 21:15, 22:4, 22:5, 22:20, 22:24, 23:10, 23:12, 23:22, 24:23, 25:6, 25:14, 25:20, 26:8, 26:9, 26:12, 26:15, 27:9, 27:15, 27:17, 27:20, 27:23, 28:3, 28:6, 28:7, 28:18, 28:19, 28:22, 28:24, 29:3, 29:8, 29:12, 29:22, 29:23, 30:25, 31:17, 31:18, 31:19, 32:6, 32:8, 32:16, 33:19, 33:24, 34:1, 34:22, 34:25, 35:1, 35:5, 35:6, 35:7, 35:13, 35:22, 36:4, 36:5, 36:7, 36:10, 36:17, 37:8, 37:12, 37:18, 38:4, 38:7, 38:11, 38:13, 38:14,

38:16, 38:20, 38:24, 39:12, 39:17,
39:21, 39:25, 40:10, 40:16, 40:20, 41:7,
41:17, 42:6, 42:20, 42:22, 42:23, 42:24,
43:7, 43:12, 43:24, 44:6, 44:13, 44:15,
45:6, 45:7, 45:15, 45:16, 45:18, 45:19,
45:22, 46:7, 46:12, 47:3, 47:5, 47:7,
47:21, 47:22, 48:4, 49:11, 49:12, 49:15,
50:3, 50:15, 50:18, 50:21, 51:1, 51:2,
51:11, 51:18, 51:25, 52:1, 52:5, 52:7,
52:13, 52:15, 52:16, 52:24, 53:6, 53:9,
53:14, 53:24, 54:8, 54:10, 54:11, 54:18,
54:22, 54:24, 55:11, 56:5, 56:8, 56:16,
57:16, 57:17, 57:18, 57:21, 57:22,
58:12, 59:14, 61:2, 61:6, 61:14, 61:22,
61:25, 62:6, 62:12, 62:17, 62:25, 63:3,
63:5, 63:10, 63:13, 63:17, 64:6, 64:11,
64:21, 64:24, 65:4, 65:11, 65:13, 65:14,
65:15, 66:14, 67:13, 68:3, 68:3, 68:4
   **OF** [3] - 1:1, 1:4, 1:9
   **Off** [1] - 63:22
   **off** [7] - 5:1, 5:13, 33:11, 37:10, 38:17,
60:5, 60:7
   **off-the-record** [1] - 60:7
   **Off-the-record** [1] - 63:22
   **offending** [1] - 63:2
   **offer** [3] - 6:9, 6:10, 67:10
   **offered** [1] - 64:21
   **Office** [1] - 1:15
   **officeholder** [1] - 43:21
   **officeholders** [1] - 43:23
   **officer** [3] - 16:5, 36:17, 44:6
   **Official** [4] - 2:8, 2:9, 68:2, 68:6
   **officials** [1] - 53:25
   **often** [1] - 57:5
   **oh** [6] - 21:16, 32:25, 34:7, 34:23, 58:5,
59:10
   **okay** [75] - 3:17, 3:20, 5:12, 7:9, 7:25,
10:4, 11:12, 11:13, 12:1, 12:2, 12:6,
13:7, 13:13, 13:20, 14:4, 14:14, 14:15,
14:24, 16:13, 18:20, 20:6, 20:8, 20:9,
21:5, 22:17, 22:19, 23:10, 23:18, 23:22,
24:12, 25:9, 25:25, 26:16, 28:1, 29:3,
29:15, 29:21, 30:14, 30:24, 31:12, 32:1,
33:3, 33:13, 33:18, 34:1, 34:7, 34:12,
34:13, 40:7, 41:6, 48:21, 49:4, 53:8,
54:8, 54:15, 54:16, 55:4, 55:10, 55:21,
55:24, 58:5, 59:18, 60:4, 60:12, 61:4,
61:6, 61:9, 61:20, 62:4, 63:11, 63:25,
66:8, 66:12, 67:16
   **on** [170] - 3:9, 3:17, 4:3, 4:10, 4:14,
4:19, 4:21, 4:24, 5:9, 5:24, 6:2, 6:4, 6:6,
6:7, 6:14, 6:23, 6:25, 7:2, 7:7, 7:14, 8:1,
8:5, 8:9, 9:1, 9:6, 9:11, 9:12, 9:22, 9:25,
10:19, 12:3, 13:1, 13:19, 13:22, 14:14,
14:16, 14:24, 16:9, 16:14, 16:24, 17:4,
18:3, 18:11, 18:23, 19:3, 19:6, 19:7,
19:10, 19:14, 20:1, 20:2, 20:23, 20:25,
21:6, 21:21, 21:22, 22:2, 22:9, 22:20,
22:21, 22:22, 23:8, 23:16, 24:13, 24:24,
25:7, 25:17, 26:2, 26:8, 26:17, 26:24,

27:5, 27:25, 28:10, 28:19, 29:11, 29:14,
29:15, 30:8, 31:1, 31:3, 31:9, 31:11,
32:1, 32:2, 32:10, 32:12, 33:4, 33:12,
35:25, 36:3, 36:4, 36:19, 36:24, 37:13,
38:6, 38:14, 38:18, 39:8, 39:9, 39:11,
39:12, 39:13, 42:2, 42:4, 42:13, 42:19,
42:20, 43:5, 43:11, 43:15, 43:25, 44:5,
44:14, 44:21, 46:8, 46:22, 47:1, 47:3,
47:6, 48:16, 48:21, 48:22, 50:7, 51:2,
51:14, 52:2, 52:12, 52:24, 53:3, 53:5,
55:2, 55:6, 56:3, 56:5, 56:11, 56:20,
57:5, 57:15, 57:18, 57:23, 58:5, 59:9,
59:14, 59:25, 60:3, 60:6, 60:9, 62:3,
62:7, 63:9, 63:12, 63:16, 63:21, 64:9,
64:17, 64:18, 64:25, 65:4, 66:10, 66:13
   **once** [3] - 15:13, 23:16, 64:2
   **one** [52] - 4:22, 7:2, 8:7, 8:12, 8:13,
9:8, 10:6, 18:17, 24:14, 24:25, 25:14,
25:24, 26:8, 27:9, 29:22, 34:25, 36:20,
40:6, 40:8, 40:9, 40:14, 40:20, 41:21,
42:2, 45:15, 45:22, 47:23, 49:8, 49:9,
49:21, 51:11, 54:14, 55:2, 56:3, 57:20,
58:7, 58:9, 58:24, 60:3, 60:23, 61:6,
61:13, 61:24, 62:3, 62:25, 63:13, 65:1,
66:17, 67:7
   **ones** [1] - 38:17
   **online** [5] - 9:3, 17:10, 49:5, 52:13,
54:3
   **only** [12] - 5:4, 6:9, 35:12, 37:24,
38:12, 49:2, 49:5, 56:23, 57:20, 64:23,
67:13
   **opine** [1] - 47:2
   **opines** [1] - 46:22
   **opinion** [2] - 43:1, 43:3
   **opponent** [1] - 54:19
   **opportunity** [2] - 53:12, 61:22
   **or** [44] - 4:20, 5:7, 9:19, 12:3, 16:21,
17:14, 18:17, 19:8, 20:19, 25:2, 25:14,
25:24, 28:4, 28:5, 28:7, 28:25, 29:11,
29:21, 30:25, 33:8, 35:23, 38:10, 40:19,
40:20, 42:6, 42:20, 42:22, 43:19, 47:18,
47:20, 48:15, 48:25, 51:1, 52:14, 53:14,
54:10, 58:21, 59:20, 63:2, 63:4, 63:14,
64:15, 65:3
   **order** [38] - 4:12, 5:24, 6:22, 7:2, 9:10,
17:7, 17:10, 28:25, 36:5, 36:10, 42:19,
43:4, 43:8, 43:11, 44:15, 45:5, 46:6,
51:1, 51:2, 56:17, 56:24, 57:2, 57:12,
57:15, 61:9, 62:12, 62:16, 62:23, 63:3,
63:5, 64:2, 64:15, 65:11, 65:13, 65:14,
66:3, 66:4
   **ordered** [1] - 65:23
   **orders** [3] - 42:1, 42:6, 67:5
   **other** [19] - 4:7, 4:12, 7:17, 18:22,
19:9, 20:13, 30:5, 34:19, 35:8, 36:25,
43:22, 46:1, 52:14, 53:3, 53:10, 53:24,
54:10, 66:9, 66:11
   **others** [1] - 8:6
   **otherwise** [1] - 50:22
   **ought** [2] - 11:25, 61:22

   **our** [33] - 4:3, 5:25, 6:1, 6:13, 7:15, 8:2,
8:9, 11:17, 11:18, 13:5, 17:6, 18:18,
23:2, 28:2, 29:11, 30:22, 36:6, 39:2,
42:13, 44:16, 44:24, 47:7, 47:9, 53:6,
53:24, 54:12, 54:23, 58:9, 59:1, 59:25,
63:13
   **ours** [1] - 56:24
   **out** [21] - 4:20, 4:22, 9:23, 11:15, 13:9,
17:6, 18:14, 24:7, 27:16, 37:11, 38:11,
39:4, 45:15, 47:2, 51:9, 52:12, 52:16,
61:14, 62:17, 63:13, 67:5
   **outcome** [2] - 4:18, 42:24
   **outrageous** [1] - 16:22
   **outright** [1] - 17:14
   **over** [15] - 5:16, 15:1, 22:14, 41:21,
44:11, 44:18, 46:24, 49:5, 50:21, 52:16,
54:10, 54:25, 63:25
   **own** [9] - 10:13, 19:4, 20:1, 20:2,
29:11, 31:3, 39:20, 48:23, 56:5

## P

   **P** [1] - 3:1
   **packet** [1] - 6:11
   **page** [8] - 18:23, 18:24, 22:11, 32:20,
33:10, 35:7, 43:24, 47:3
   **Page** [24] - 13:14, 13:20, 14:14, 14:24,
14:25, 16:13, 16:23, 18:20, 20:9, 21:5,
22:11, 22:18, 24:12, 30:14, 31:12, 32:2,
32:9, 32:11, 32:14, 33:1, 33:13, 33:15,
34:1, 34:12
   **panel** [1] - 45:6
   **paper** [1] - 52:12
   **papers** [1] - 47:4
   **paragraph** [6] - 15:9, 15:10, 16:16,
20:16, 21:20, 57:13
   **Paragraph** [1] - 35:11
   **pardon** [5] - 39:10, 41:9, 48:6, 62:16,
65:6
   **parent** [2] - 33:21, 33:25
   **part** [7] - 24:23, 28:6, 28:7, 28:24,
31:16, 43:12, 53:24
   **parte** [1] - 42:21
   **participants** [1] - 39:17
   **participation** [1] - 51:13
   **particular** [5] - 24:18, 27:15, 37:4,
48:25, 51:9
   **particularly** [1] - 28:17
   **parties** [2] - 42:22, 43:5
   **parts** [1] - 17:6
   **party** [1] - 63:2
   **pass** [1] - 50:8
   **Patrick** [1] - 3:16
   **PATRICK** [64] - 1:18, 3:16, 3:18, 3:22,
3:24, 4:2, 37:2, 37:4, 37:7, 37:9, 37:15,
39:10, 39:12, 39:23, 40:2, 40:5, 40:8,
40:15, 40:18, 40:21, 40:24, 41:1, 41:6,
41:12, 41:15, 42:3, 42:5, 42:10, 42:15,
43:16, 43:21, 45:3, 45:5, 45:10, 45:14,
46:3, 46:6, 46:11, 46:14, 46:17, 47:25,

48:5, 48:7, 48:9, 48:13, 48:16, 48:22,
49:2, 49:5, 49:14, 49:17, 49:20, 49:23,
49:25, 50:11, 50:14, 50:19, 51:5, 51:7,
60:2, 60:4, 60:9, 62:1, 66:23
**pattern** [1] - 47:8
**Paul** [2] - 27:7, 27:12
**pause** [2] - 15:17, 17:22
**Peabody** [1] - 2:5
**penalties** [3] - 62:15, 62:16, 62:22
**pending** [4] - 4:7, 4:12, 63:1, 64:17
**penetration** [1] - 45:8
**people** [21] - 9:24, 10:8, 14:3, 19:9,
28:19, 36:1, 38:18, 38:24, 38:25, 39:22,
40:2, 40:3, 40:12, 44:9, 45:18, 45:22,
47:1, 47:21, 52:5, 56:10, 59:22
**perceives** [1] - 41:10
**percent** [1] - 38:13
**perfectly** [2] - 17:12, 66:6
**perhaps** [1] - 5:10
**person** [2] - 35:3, 55:17
**personally** [1] - 62:11
**pertaining** [1] - 4:13
**pervasive** [1] - 45:18
**Peterson** [5] - 12:6, 12:8, 48:3, 49:3,
54:22
**PETERSON** [1] - 12:7
**petition** [1] - 37:24
**petitioning** [1] - 41:8
**phone** [1] - 9:12
**phones** [1] - 38:18
**photo** [3] - 51:11, 51:12, 51:21
**photograph** [1] - 35:5
**photos** [1] - 52:15
**phrase** [2] - 46:24, 64:15
**pick** [1] - 49:11
**picture** [7] - 26:9, 26:15, 27:19, 27:23,
51:23, 51:25, 52:7
**pictures** [1] - 27:17
**pieced** [1] - 27:10
**pile** [1] - 31:19
**piled** [1] - 8:15
**place** [1] - 37:4
**places** [1] - 37:8
**plaintiffs** [1] - 47:12
**platform** [2] - 38:12, 56:10
**played** [2] - 12:24, 13:3
**playing** [3] - 12:20, 52:23
**pleading** [1] - 63:9
**pleadings** [2] - 4:3, 4:19
**please** [8] - 3:3, 22:10, 24:4, 28:12,
29:19, 33:1, 37:1, 45:12
**plenty** [2] - 9:1, 52:15
**PLLC** [2] - 1:22, 2:1
**podcast** [3] - 12:7, 12:10, 54:22
**point** [18] - 9:23, 10:13, 10:17, 13:9,
17:6, 17:23, 18:14, 18:15, 24:7, 25:24,
43:12, 44:23, 48:12, 50:25, 51:7, 51:9,
55:3
**points** [1] - 56:21

**police** [1] - 44:6
**policy** [1] - 53:2
**political** [2] - 17:15, 34:3
**pool** [1] - 9:12
**poor** [1] - 52:2
**poorly** [1] - 34:9
**portion** [2] - 15:22, 58:12
**position** [1] - 53:11
**possibilities** [2] - 64:12, 66:14
**post** [24] - 14:25, 16:24, 18:22, 19:8,
19:9, 19:10, 21:5, 22:22, 24:25, 26:5,
26:7, 26:15, 26:16, 26:17, 26:24, 34:16,
34:19, 35:5, 54:24, 55:6, 55:16, 55:18,
55:19
**posted** [20] - 19:4, 19:24, 20:1, 20:5,
21:16, 21:17, 21:23, 23:21, 24:24, 26:9,
27:19, 30:25, 31:3, 34:18, 35:3, 35:21,
40:3, 51:15, 55:17, 56:13
**posting** [15] - 13:22, 13:23, 14:16,
19:15, 20:13, 23:6, 27:17, 35:24, 40:19,
44:6, 44:7, 44:13, 50:7, 54:2, 56:4
**postings** [3] - 7:14, 9:2, 35:1
**posts** [15] - 9:23, 10:7, 26:4, 27:11,
28:21, 29:21, 29:22, 30:7, 38:14, 39:25,
45:19, 45:23, 48:18, 53:19, 56:5
**potential** [7] - 9:18, 45:8, 47:22, 48:13,
51:1, 58:1, 58:6
**potentially** [4] - 9:15, 28:20, 38:22,
51:3
**practitioners** [1] - 67:3
**pre** [2] - 52:20, 52:25
**pre-indictment** [2] - 52:20, 52:25
**precedent** [1] - 47:19
**precept** [1] - 38:4
**prefer** [1] - 8:9
**prejudice** [2] - 53:19, 66:7
**prejudicial** [4] - 8:1, 15:19, 17:20,
20:19
**prejudicing** [1] - 43:7
**preliminary** [2] - 5:8, 60:23
**present** [1] - 43:6
**presentations** [1] - 9:17
**presided** [1] - 41:21
**Presidents'** [1] - 62:8
**press** [9] - 10:9, 10:11, 25:3, 38:6,
52:20, 52:25
**pretending** [1] - 33:21
**pretrial** [2] - 36:12, 61:10
**pretty** [3] - 36:16, 51:23, 65:24
**prior** [2] - 6:4, 16:20
**prison** [1] - 18:5
**pro** [1] - 63:12
**probably** [5] - 4:7, 11:25, 38:10, 38:25,
61:19
**problem** [3] - 15:17, 18:5, 18:6
**problematic** [3] - 14:23, 23:9, 33:19
**problems** [1] - 59:2
**Procedure** [1] - 24:6
**PROCEEDINGS** [1] - 1:9

**Proceedings** [1] - 1:24
**proceedings** [3] - 10:12, 67:18, 68:4
**process** [1] - 53:18
**produced** [1] - 1:25
**Professional** [1] - 36:7
**professionally** [1] - 19:19
**profile** [4] - 8:16, 10:8, 42:4, 52:17
**program** [3] - 48:25, 49:1, 49:2
**promptly** [1] - 64:5
**propensity** [1] - 40:13
**propose** [1] - 7:19
**proposed** [2] - 43:11, 56:17
**prosecuted** [2] - 52:17, 52:22
**prosecution** [3] - 16:17, 27:9, 34:10
**prosecutor** [7] - 33:24, 34:14, 34:16,
35:14, 52:10, 52:16, 52:21
**prosecutorial** [1] - 20:17
**prosecutors** [2] - 17:24, 18:4
**Prosecutors** [1] - 32:12
**protected** [2] - 37:17, 53:23
**public** [5] - 10:12, 23:6, 24:19, 25:6,
64:24
**publication** [1] - 23:22
**publicity** [1] - 36:12
**pull** [4] - 5:13, 5:14, 15:24, 18:11
**pulled** [2] - 49:7, 49:8
**pure** [1] - 34:9
**purely** [1] - 34:3
**purpose** [3] - 25:9, 25:11, 67:13
**purposes** [6] - 5:4, 6:8, 6:10, 11:24,
34:4, 55:11
**put** [5] - 6:13, 8:9, 19:14, 63:8, 66:10
**puts** [1] - 60:9
**putting** [1] - 61:14

## Q

**qualms** [1] - 18:4
**quantify** [1] - 9:21
**queries** [1] - 38:2
**question** [7] - 30:2, 40:14, 42:17,
47:24, 57:19, 60:23, 66:21
**questioned** [1] - 53:9
**questionnaire** [2] - 61:17, 61:20
**questionnaires** [1] - 46:22
**questions** [8] - 36:22, 39:12, 44:3,
54:10, 54:11, 57:5, 61:22
**quickly** [2] - 38:19, 57:22
**quite** [1] - 22:13
**quote** [7] - 10:9, 13:4, 15:2, 24:17,
42:25, 43:2
**quoted** [3] - 23:1, 36:6, 56:12
**quotes** [2] - 24:25, 29:16
**quoting** [3] - 15:3, 16:6, 21:7

## R

**R** [1] - 3:1
**raise** [2] - 23:10, 53:25

**raised** [2] - 51:10, 54:3
**Ramsey** [1] - 64:9
**re** [16] - 18:22, 19:9, 19:10, 19:15, 19:24, 20:5, 20:13, 34:16, 34:18, 35:3, 35:5, 35:21, 40:3, 55:17, 55:19, 56:4
**re-post** [6] - 18:22, 19:9, 19:10, 34:16, 35:5, 55:19
**re-posted** [7] - 19:24, 20:5, 34:18, 35:3, 35:21, 40:3, 55:17
**re-posting** [3] - 19:15, 20:13, 56:4
**reach** [3] - 45:7, 45:22, 49:14
**read** [11] - 14:4, 24:17, 31:14, 38:19, 42:11, 42:16, 43:10, 45:1, 45:2, 45:3, 62:19
**reading** [6] - 17:21, 18:1, 18:2, 18:9, 62:17, 63:18
**reads** [2] - 41:16, 41:17
**ready** [1] - 62:14
**real** [1] - 8:18
**reality** [1] - 56:9
**really** [4] - 27:14, 39:15, 42:4, 52:3
**reason** [7] - 9:9, 12:4, 14:22, 15:18, 36:7, 36:10, 45:14
**reasons** [1] - 57:1
**recall** [1] - 22:13
**recent** [1] - 6:1
**recess** [1] - 60:20
**reconcile** [1] - 42:12
**reconsider** [1] - 65:10
**reconvene** [1] - 66:10
**record** [23] - 6:12, 7:19, 11:1, 12:3, 13:15, 16:7, 21:15, 22:5, 23:11, 24:18, 32:7, 32:8, 35:13, 39:23, 39:24, 50:5, 57:17, 60:5, 60:7, 63:16, 63:22, 65:7, 68:4
**recorded** [1] - 1:24
**red** [1] - 27:7
**refer** [4] - 29:19, 36:15, 48:19, 65:5
**referenced** [1] - 39:15
**referring** [6] - 6:19, 6:21, 7:5, 31:23, 31:24
**regular** [1] - 17:16
**relate** [1] - 5:4
**relative** [2] - 28:25, 53:13
**relatively** [1] - 57:22
**Release** [2] - 23:24, 24:5
**release** [2] - 52:20
**released** [2] - 15:4, 15:12
**releases** [1] - 52:25
**relevant** [1] - 36:8
**relied** [1] - 22:21
**relying** [1] - 22:20
**remain** [1] - 41:3
**remains** [1] - 64:17
**remedies** [1] - 45:15
**remember** [4] - 22:15, 57:15, 62:2, 64:6
**remembered** [1] - 48:11
**repeat** [1] - 64:21

**reply** [8] - 6:1, 7:15, 11:17, 11:18, 13:5, 28:2, 41:17, 54:23
**report** [1] - 38:6
**Reporter** [4] - 2:8, 2:9, 68:2, 68:6
**reporter** [1] - 23:25
**REPORTER'S** [1] - 68:1
**repost** [1] - 28:14
**reposted** [1] - 25:7
**reposts** [3] - 10:8, 14:17, 27:11
**represents** [1] - 3:6
**requested** [1] - 57:11
**require** [1] - 9:11
**rescind** [1] - 15:14
**research** [5] - 48:2, 51:2, 57:23, 60:15, 62:13
**respect** [1] - 53:17
**respectfully** [1] - 40:21
**respond** [1] - 54:17
**response** [2] - 8:5, 58:18
**responses** [2] - 4:15, 4:21
**responsible** [1] - 27:8
**rest** [2] - 53:6, 63:10
**restricted** [1] - 51:18
**restrictive** [3] - 43:9, 46:17, 46:19
**result** [1] - 65:12
**retaliation** [1] - 34:9
**revealed** [2] - 21:24, 22:2
**review** [1] - 12:21
**reviewed** [1] - 10:19
**revocation** [1] - 65:15
**riddled** [1] - 32:4
**right** [97] - 3:15, 4:5, 4:24, 6:14, 6:23, 10:20, 11:14, 13:1, 13:19, 13:21, 14:5, 15:24, 16:23, 17:17, 18:9, 18:20, 19:9, 19:23, 20:21, 20:25, 21:1, 21:5, 21:18, 22:16, 22:17, 23:4, 25:17, 25:22, 27:5, 28:11, 28:16, 28:21, 29:14, 30:13, 30:15, 31:1, 31:9, 31:11, 31:12, 32:10, 32:17, 32:23, 34:2, 35:20, 36:3, 36:25, 37:3, 37:16, 37:18, 37:23, 38:6, 41:3, 41:4, 42:9, 42:11, 42:17, 44:25, 45:11, 45:13, 46:5, 46:16, 48:19, 49:18, 50:15, 51:6, 54:4, 54:6, 54:16, 54:17, 55:11, 55:22, 56:1, 56:25, 57:4, 57:10, 57:16, 57:18, 57:19, 57:20, 57:24, 58:8, 58:23, 58:25, 59:19, 60:6, 60:13, 60:18, 61:8, 61:9, 61:14, 62:3, 62:10, 62:22, 66:24, 67:2
**rights** [3] - 38:8, 41:8, 53:22
**rise** [4] - 3:2, 60:19, 60:21, 67:17
**RMR** [2] - 2:8, 68:2
**Room** [1] - 2:11
**routine** [1] - 18:16
**Rule** [2] - 36:8, 36:11
**rule** [2] - 64:18, 66:13
**ruled** [1] - 44:4
**rules** [2] - 5:10, 36:13
**Rules** [1] - 36:7
**ruling** [2] - 64:17, 66:13

**run** [4] - 12:4, 14:20, 29:23, 59:2
**rush** [1] - 4:21
**Rusk** [1] - 2:10
**Ryan** [1] - 3:16
**RYAN** [1] - 1:18

## S

**S** [1] - 3:1
**safest** [2] - 62:20, 63:19
**safety** [2] - 29:8, 52:4
**said** [12] - 5:25, 9:4, 26:2, 26:12, 28:2, 28:11, 47:19, 50:8, 50:10, 57:2, 58:21, 65:20
**same** [15] - 14:8, 14:14, 14:22, 14:24, 16:13, 16:23, 20:11, 20:12, 22:18, 27:9, 36:9, 36:10, 50:23, 64:10
**sanctioned** [2] - 17:14, 63:14
**sanctions** [3] - 63:5, 65:12, 65:13
**saving** [1] - 61:11
**saw** [5] - 32:17, 36:5, 38:17, 38:18, 48:3
**say** [19] - 8:23, 19:9, 21:9, 26:23, 28:13, 29:24, 38:25, 39:2, 41:25, 43:10, 45:6, 46:8, 50:8, 54:20, 56:7, 57:16, 65:3, 66:5
**saying** [9] - 10:24, 16:6, 19:16, 35:16, 36:16, 38:22, 50:17, 52:24, 66:2
**says** [27] - 12:18, 13:24, 14:18, 15:4, 16:15, 17:12, 20:3, 20:4, 20:14, 21:7, 21:19, 32:4, 32:11, 33:7, 34:17, 35:9, 37:22, 43:3, 44:7, 48:3, 50:22, 50:25, 52:21, 63:13
**scanned** [1] - 40:4
**scant** [1] - 42:5
**scare** [2] - 14:10
**scary** [1] - 27:14
**schedule** [2] - 57:9, 59:23
**scheduled** [1] - 35:12
**scheduling** [2] - 61:9
**scheme** [1] - 45:19
**screen** [4] - 13:1, 23:17, 33:8, 38:15
**scroll** [2] - 18:24, 19:1, 23:19, 24:8
**scrolling** [2] - 24:9, 24:10
**search** [4] - 38:12, 52:13, 52:15
**searching** [2] - 39:3, 46:23
**seated** [2] - 3:3, 60:22
**second** [8] - 6:14, 21:19, 26:23, 32:15, 49:8, 57:21, 59:12, 60:3
**section** [2] - 24:13, 62:5
**see** [24] - 9:22, 12:25, 14:8, 19:25, 20:2, 20:3, 23:2, 30:13, 33:7, 33:22, 34:17, 35:5, 42:20, 46:12, 49:6, 51:22, 55:18, 57:4, 57:7, 57:21, 60:10, 60:18, 63:7
**seeing** [1] - 45:22
**seek** [1] - 9:9
**seeking** [1] - 9:7
**seen** [2] - 45:19, 48:17
**senators** [3] - 21:8, 21:14, 38:1

**send** [1] - 18:18
**sending** [4] - 18:5, 18:6, 18:15, 65:16
**sense** [1] - 25:6
**sensitive** [1] - 51:25
**sent** [3] - 22:12, 37:25, 38:2
**separate** [4] - 4:13, 35:25, 50:4, 51:12
**separately** [1] - 11:22
**Seraphin** [1] - 19:24
**session** [2] - 54:14, 60:17
**sessions** [2] - 62:7
**set** [2] - 59:21, 62:3
**shape** [1] - 16:21
**she** [19] - 15:4, 15:12, 24:3, 30:11,
30:25, 31:2, 31:6, 31:22, 32:4, 32:11,
34:2, 35:3, 35:23, 36:17, 50:6, 50:7,
51:16, 52:9, 55:17
**she's** [10] - 3:22, 16:6, 16:7, 30:24,
31:9, 31:15, 51:16, 52:16, 52:17
**sheet** [1] - 57:5
**shirt** [1] - 27:7
**shoe** [1] - 53:3
**short** [2] - 11:16, 54:9
**shortly** [2] - 30:24, 44:5
**shot** [3] - 52:8, 52:11, 65:1
**should** [7] - 29:13, 31:2, 36:17, 40:19,
51:25, 59:21, 65:11
**show** [13] - 7:18, 10:5, 23:12, 27:12,
33:7, 35:4, 39:24, 39:25, 42:8, 45:2,
45:4, 45:9, 55:2
**showed** [2] - 38:14, 40:6
**showing** [5] - 10:21, 25:4, 25:5, 39:17,
52:10
**shown** [1] - 53:5
**shows** [3] - 19:10, 40:2, 56:13
**side** [4] - 36:25, 43:15, 60:6, 63:8
**sidecar** [1] - 37:18
**sides** [3] - 37:14, 52:24, 66:9
**significantly** [1] - 58:20
**silence** [3] - 13:25, 14:6, 14:10
**silent** [1] - 41:3
**similar** [2] - 56:15, 65:9
**since** [7] - 31:2, 31:6, 35:23, 49:21,
53:8, 56:8, 59:19
**single** [1] - 9:12
**sir** [23] - 3:25, 37:1, 37:2, 37:9, 37:15,
40:15, 40:23, 40:24, 41:1, 41:15, 42:3,
42:5, 42:10, 42:15, 43:16, 46:11, 47:25,
49:25, 50:14, 51:5, 58:4, 60:8
**sit** [2] - 15:22, 45:21
**sitting** [1] - 22:14
**situation** [3] - 44:1, 44:15, 46:14
**Sixth** [1] - 37:18
**skewer** [1] - 19:19
**skip** [1] - 44:22
**skipping** [1] - 26:10
**slop** [1] - 35:14
**slop-prosecutor** [1] - 35:14
**slow** [6] - 8:24, 13:10, 14:1, 14:5,
21:25, 23:25

**slower** [1] - 24:4
**small** [1] - 7:17
**Smith** [3] - 2:8, 68:2, 68:6
**so** [115] - 4:20, 4:25, 5:5, 5:9, 6:9, 6:24,
7:6, 7:25, 9:22, 10:18, 10:20, 11:14,
11:17, 12:6, 13:4, 13:7, 13:13, 13:14,
13:20, 14:8, 14:15, 14:25, 15:4, 17:2,
17:5, 18:6, 18:20, 18:22, 19:3, 19:9,
20:2, 20:12, 20:21, 20:23, 21:1, 21:5,
21:14, 21:21, 22:12, 23:1, 23:10, 23:14,
23:18, 23:21, 24:12, 24:16, 24:23, 25:4,
25:5, 26:15, 26:17, 26:21, 29:21, 30:7,
31:12, 31:13, 31:15, 31:22, 33:1, 33:13,
33:18, 34:8, 34:15, 34:17, 35:22, 36:14,
40:10, 41:6, 43:13, 44:16, 45:17, 45:23,
46:1, 48:11, 48:22, 49:7, 49:10, 50:5,
50:17, 51:4, 51:9, 51:25, 52:23, 53:6,
53:15, 54:14, 54:15, 54:25, 55:6, 55:11,
56:3, 56:4, 56:14, 57:1, 57:7, 57:22,
59:1, 59:9, 59:23, 60:9, 60:17, 60:18,
61:24, 62:8, 62:14, 62:19, 63:19, 64:14,
64:17, 66:17, 67:1, 67:6, 67:7
**social** [8] - 38:11, 45:17, 46:21, 47:1,
49:15, 56:18, 56:22, 56:23
**some** [24] - 4:5, 4:7, 6:3, 9:19, 10:21,
37:12, 38:16, 39:21, 42:4, 42:7, 46:20,
48:1, 50:11, 50:14, 53:10, 54:9, 54:10,
54:18, 56:18, 60:14, 61:22, 62:17, 64:6
**somebody** [3] - 19:9, 28:14, 35:24
**someone** [3] - 22:14, 51:16, 52:12
**something** [7] - 32:18, 32:21, 33:2,
33:21, 33:25, 39:2, 44:24
**sometimes** [1] - 43:12
**somewhere** [2] - 54:3, 58:13
**soon** [2] - 8:13, 15:14
**sorry** [15] - 3:23, 3:25, 6:21, 8:25, 10:1,
19:5, 22:14, 23:18, 24:2, 30:1, 32:19,
32:25, 33:15, 59:10, 67:7
**sort** [7] - 14:8, 21:11, 35:7, 36:10,
37:18, 45:7, 63:17
**sound** [1] - 13:1
**sounded** [1] - 33:5
**sounds** [1] - 58:23
**Southern** [4] - 38:24, 45:7, 49:12, 68:2
**southern** [1] - 2:10
**SOUTHERN** [1] - 1:1
**speak** [4] - 38:5, 38:6, 38:7, 67:1
**speaking** [3] - 10:14, 14:15, 39:19
**speaks** [3] - 19:21, 20:18, 39:3
**specifically** [1] - 38:9
**speech** [6] - 6:2, 6:4, 8:1, 8:21, 14:12,
19:13
**speed** [1] - 14:3
**square** [2] - 22:7, 22:9
**stacked** [2] - 47:12, 47:21
**stance** [1] - 51:23
**stand** [6] - 17:16, 59:21, 60:5, 65:21,
67:6, 67:16
**standing** [1] - 39:7
**start** [3] - 10:21, 13:2, 37:5

**starting** [1] - 37:8
**state** [9] - 17:14, 42:7, 47:9, 51:4,
52:10, 52:17, 63:13, 63:24, 64:1
**State** [1] - 47:18
**state-sanctioned** [1] - 17:14
**statement** [10] - 13:22, 15:5, 15:12,
16:8, 16:14, 19:22, 19:23, 24:18, 53:14,
54:8
**statements** [14] - 8:14, 9:5, 9:9, 13:9,
19:4, 19:8, 20:22, 24:17, 24:19, 25:7,
25:14, 42:22, 53:10, 56:11
**STATES** [3] - 1:1, 1:4, 1:10
**States** [6] - 2:9, 3:5, 38:21, 43:1,
45:21, 68:2
**statewide** [2] - 43:21, 43:22
**stating** [1] - 63:6
**statistics** [1] - 61:7
**statutes** [2] - 32:5, 35:10
**stenography** [1] - 1:24
**STEPHONE** [1] - 1:14
**sticker** [1] - 42:9
**sticks** [1] - 52:12
**still** [1] - 16:11
**stooges** [1] - 19:20
**stop** [3] - 9:7, 13:12, 24:11
**story** [1] - 43:25
**straight** [1] - 13:1
**strategy** [1] - 53:24
**Street** [5] - 1:16, 1:19, 1:22, 2:2, 2:5
**strenuously** [1] - 47:9
**strike** [2] - 33:19, 33:22
**stuff** [2] - 26:13, 66:13
**stunning** [1] - 19:18
**subject** [1] - 28:17
**submission** [1] - 43:11
**submit** [4] - 11:22, 12:22, 23:12, 55:14
**submitted** [2] - 7:16, 53:7
**substantial** [3] - 8:18, 39:18, 43:7
**successful** [1] - 42:6
**such** [3] - 8:14, 23:11, 65:11
**sudden** [1] - 59:14
**Suite** [5] - 1:16, 1:20, 1:23, 2:2, 2:6
**summarize** [1] - 34:22
**summarizes** [1] - 43:17
**summarizing** [1] - 35:3
**superseding** [1] - 32:4
**Supreme** [5] - 39:7, 42:14, 43:1, 43:3,
47:18
**sure** [23] - 7:24, 9:21, 12:25, 18:21,
20:10, 24:3, 24:23, 26:3, 28:13, 29:7,
30:7, 31:15, 33:8, 35:2, 40:10, 48:9,
50:1, 53:16, 55:6, 59:24, 65:19, 65:22,
65:25
**symbol** [1] - 20:4
**systems** [1] - 16:18

## T

**table** [3] - 22:14, 27:20, 28:3

**table's** [1] - 51:12
**tailor** [1] - 60:15
**tailored** [2] - 43:9, 46:7
**tailoring** [1] - 46:12
**taint** [1] - 9:12
**tainted** [1] - 9:15
**tainting** [1] - 8:18
**take** [10] - 17:17, 25:22, 40:22, 46:1, 48:2, 54:9, 54:13, 59:8, 60:13, 62:11
**taken** [6] - 15:2, 27:11, 31:6, 31:9, 35:23, 62:21
**taking** [1] - 59:21
**talk** [3] - 54:18, 57:6, 58:9
**talked** [1] - 58:19
**talking** [8] - 8:2, 17:6, 17:24, 38:21, 40:11, 48:23, 54:21, 64:8
**target** [1] - 14:20
**targets** [2] - 28:15, 34:3
**team** [3] - 5:25, 20:17, 53:25
**technique** [1] - 14:7
**technology** [1] - 46:2
**tell** [5] - 7:7, 14:21, 38:12, 38:15, 56:6
**tells** [2] - 38:17, 48:17
**tempting** [1] - 9:13
**tenant** [1] - 42:23
**tenants** [1] - 44:17
**tend** [1] - 14:3
**terms** [1] - 56:8
**testifies** [1] - 60:10
**testimony** [1] - 64:21
**TEXAS** [2] - 1:1, 1:5
**Texas** [12] - 1:17, 1:20, 1:23, 2:10, 2:11, 36:6, 38:24, 42:6, 45:7, 49:12, 51:16, 68:3
**text** [1] - 35:8
**than** [12] - 16:6, 24:20, 41:23, 44:10, 49:18, 50:9, 50:21, 56:10, 58:15, 59:16, 61:17, 66:4
**thank** [15] - 3:3, 5:18, 15:23, 23:20, 24:15, 25:10, 26:1, 30:15, 32:3, 37:7, 59:5, 60:22, 61:6, 67:6, 67:14
**thanks** [1] - 60:12
**that** [257] - 4:7, 4:12, 5:2, 5:8, 5:10, 5:12, 6:4, 7:5, 7:21, 8:17, 8:21, 8:22, 8:23, 9:2, 9:3, 9:4, 9:7, 9:10, 9:17, 9:18, 9:24, 10:7, 10:14, 10:20, 11:11, 12:2, 12:8, 12:20, 12:22, 13:4, 13:5, 13:9, 13:11, 13:24, 14:9, 14:12, 14:25, 15:2, 15:18, 15:19, 15:23, 16:2, 16:7, 16:9, 17:2, 17:10, 18:16, 18:18, 19:2, 19:4, 19:12, 19:15, 19:22, 19:23, 19:24, 20:4, 21:6, 21:7, 21:13, 22:4, 22:6, 23:1, 23:5, 24:13, 24:19, 24:24, 25:4, 25:5, 25:9, 25:20, 26:4, 26:16, 26:18, 26:21, 26:23, 27:3, 27:12, 27:23, 28:6, 28:14, 28:23, 28:24, 29:7, 29:11, 29:12, 29:13, 29:19, 30:11, 30:24, 30:25, 31:6, 31:16, 31:19, 32:5, 32:6, 33:2, 33:8, 33:11, 33:14, 34:15, 35:3, 35:8, 35:16, 35:23, 36:1, 36:4, 36:5, 36:8, 36:9, 36:11,

36:13, 36:16, 37:21, 38:4, 38:8, 38:12, 38:14, 38:17, 38:18, 39:2, 39:4, 39:18, 40:21, 40:22, 41:21, 41:22, 42:2, 42:14, 42:17, 43:1, 43:3, 43:5, 43:13, 43:17, 43:23, 44:5, 44:7, 44:9, 44:12, 44:14, 44:15, 44:16, 44:23, 44:24, 44:25, 45:2, 45:4, 45:6, 45:9, 45:11, 45:17, 45:18, 46:4, 46:6, 46:7, 46:8, 46:9, 46:13, 46:20, 46:25, 47:4, 47:5, 47:8, 47:11, 47:17, 48:5, 48:7, 48:8, 48:10, 48:11, 48:20, 48:25, 49:2, 49:6, 49:7, 49:8, 49:23, 50:3, 50:17, 50:21, 50:22, 51:2, 51:4, 51:9, 51:11, 51:12, 51:13, 51:15, 51:18, 51:21, 51:23, 51:24, 52:4, 52:7, 52:8, 52:14, 53:3, 53:6, 53:11, 53:19, 54:3, 54:12, 54:24, 55:3, 55:16, 56:7, 56:8, 56:9, 56:12, 56:14, 56:16, 56:17, 56:23, 56:24, 57:1, 57:19, 57:23, 58:6, 58:9, 58:23, 59:5, 60:15, 60:23, 62:1, 62:3, 62:9, 62:14, 63:8, 63:16, 63:17, 64:3, 64:22, 65:7, 66:2, 66:3, 66:11, 66:17, 67:11, 67:12, 68:3
**that's** [68] - 6:7, 6:17, 6:24, 8:1, 8:4, 8:9, 10:1, 10:3, 10:4, 10:18, 11:2, 11:7, 12:7, 12:12, 13:4, 13:14, 16:3, 22:11, 23:2, 23:9, 25:11, 25:25, 30:23, 31:22, 32:8, 34:14, 36:21, 37:23, 38:20, 39:6, 39:24, 41:13, 42:25, 45:14, 46:23, 47:21, 48:10, 48:13, 48:14, 48:24, 49:6, 49:9, 49:16, 50:4, 50:13, 51:17, 52:11, 52:21, 53:1, 53:14, 54:5, 54:22, 55:2, 55:23, 56:3, 56:23, 57:20, 57:24, 58:25, 59:24, 60:6, 61:6, 63:19, 64:10, 67:2
**The** [3] - 27:6, 33:18, 67:18
**THE** [260] - 1:10, 1:14, 1:18, 3:2, 3:3, 3:9, 3:11, 3:13, 3:15, 3:17, 3:20, 3:23, 3:25, 4:5, 5:16, 5:19, 5:22, 6:6, 6:14, 6:16, 6:23, 6:25, 7:5, 7:8, 7:11, 7:24, 8:7, 8:12, 8:24, 9:1, 9:16, 10:1, 10:3, 10:16, 10:24, 11:2, 11:4, 11:6, 11:12, 11:19, 11:24, 12:2, 12:8, 12:10, 12:12, 12:14, 12:18, 12:25, 13:17, 13:19, 14:1, 14:3, 15:7, 15:10, 15:21, 15:24, 16:9, 16:12, 17:1, 17:4, 17:8, 17:21, 17:24, 18:3, 18:9, 18:12, 19:2, 19:22, 20:1, 20:6, 20:10, 20:25, 21:3, 21:9, 21:12, 21:16, 21:18, 21:21, 21:25, 22:6, 22:10, 22:12, 22:16, 22:24, 23:4, 23:8, 23:25, 24:3, 24:22, 25:4, 25:9, 25:11, 25:13, 25:17, 25:20, 25:24, 26:2, 26:7, 26:10, 26:12, 26:23, 27:1, 27:3, 27:5, 27:17, 27:21, 27:23, 27:25, 28:6, 28:9, 28:16, 28:23, 29:3, 29:5, 29:10, 29:14, 29:17, 29:19, 29:25, 30:3, 30:5, 30:9, 30:11, 30:13, 30:18, 30:21, 31:1, 31:3, 31:5, 31:9, 31:11, 31:14, 31:18, 31:21, 31:23, 32:1, 32:8, 32:10, 32:15, 32:17, 32:21, 32:24, 33:2, 33:4, 33:12, 33:16, 34:5, 34:7, 34:14, 34:20, 34:23, 34:25, 35:16, 35:20, 36:1, 36:3, 36:19, 36:23, 37:3, 37:6, 37:8, 37:13, 39:9, 39:11, 39:21,

40:1, 40:4, 40:7, 40:13, 40:16, 40:20, 40:23, 40:25, 41:5, 41:11, 41:13, 41:25, 42:4, 42:8, 42:11, 42:16, 43:20, 45:2, 45:4, 45:9, 45:11, 46:1, 46:5, 46:10, 46:12, 46:16, 47:24, 48:1, 48:6, 48:8, 48:10, 48:15, 48:19, 48:25, 49:4, 49:13, 49:16, 49:18, 49:21, 49:24, 50:9, 50:13, 50:17, 50:24, 51:6, 53:8, 53:21, 54:2, 54:6, 54:8, 54:19, 55:4, 55:7, 55:10, 55:13, 55:20, 55:22, 55:25, 56:2, 56:20, 56:25, 57:4, 57:15, 58:4, 58:5, 58:15, 58:21, 58:24, 59:3, 59:5, 59:9, 59:12, 59:14, 59:18, 60:3, 60:5, 60:8, 60:12, 60:19, 60:21, 60:22, 61:4, 61:6, 62:3, 63:23, 65:21, 65:24, 66:5, 66:9, 66:17, 66:24, 67:9, 67:12, 67:15, 67:17
**the** [620] - 3:4, 3:6, 3:8, 3:15, 4:4, 4:11, 4:15, 4:17, 4:19, 4:20, 4:24, 4:25, 5:1, 5:4, 5:7, 5:8, 5:9, 5:10, 5:13, 5:24, 6:2, 6:3, 6:4, 6:5, 6:8, 6:10, 6:11, 6:12, 6:18, 6:21, 7:7, 7:16, 7:18, 7:19, 7:21, 7:22, 7:23, 8:3, 8:4, 8:6, 8:7, 8:14, 8:15, 8:16, 8:19, 8:20, 8:21, 9:2, 9:3, 9:6, 9:10, 9:11, 9:12, 9:13, 9:14, 9:16, 9:17, 9:18, 9:22, 9:23, 10:7, 10:9, 10:11, 10:12, 10:13, 10:15, 11:1, 11:4, 11:7, 11:9, 11:10, 11:14, 11:22, 11:24, 12:3, 12:6, 12:21, 13:1, 13:4, 13:11, 13:15, 13:23, 14:7, 14:9, 14:12, 14:15, 14:19, 14:21, 14:22, 15:2, 15:4, 15:5, 15:7, 15:8, 15:12, 15:13, 15:17, 15:18, 15:21, 15:24, 16:1, 16:2, 16:5, 16:7, 16:9, 16:11, 16:14, 16:15, 16:16, 16:17, 16:20, 16:24, 17:5, 17:9, 17:12, 17:14, 17:16, 18:16, 18:21, 18:22, 18:23, 18:25, 19:7, 19:13, 19:15, 19:16, 19:17, 19:23, 20:2, 20:7, 20:11, 20:12, 20:13, 20:14, 20:16, 20:17, 20:21, 20:22, 21:6, 21:11, 21:12, 21:15, 21:19, 21:21, 21:22, 22:5, 22:9, 22:11, 22:14, 22:19, 22:23, 22:24, 23:1, 23:2, 23:5, 23:6, 23:9, 23:11, 23:12, 23:15, 23:16, 23:22, 23:23, 23:25, 24:5, 24:17, 24:18, 24:20, 24:24, 24:25, 25:6, 25:13, 25:14, 25:21, 25:23, 26:3, 26:4, 26:5, 26:8, 26:9, 26:13, 26:15, 26:16, 26:17, 26:19, 26:24, 27:3, 27:6, 27:7, 27:8, 27:9, 27:15, 27:17, 27:18, 28:1, 28:3, 28:8, 28:17, 28:18, 28:19, 28:21, 28:25, 29:5, 29:8, 29:10, 29:12, 29:13, 29:16, 29:21, 29:22, 30:2, 30:7, 30:9, 30:17, 30:18, 30:19, 30:25, 31:7, 31:15, 31:16, 31:18, 31:24, 32:4, 32:6, 32:12, 32:13, 32:18, 32:25, 33:3, 33:10, 33:22, 33:23, 33:24, 34:1, 34:2, 34:3, 34:8, 34:12, 34:14, 34:15, 34:17, 35:3, 35:5, 35:7, 35:8, 35:9, 35:11, 35:13, 35:15, 35:16, 36:4, 36:6, 36:7, 36:9, 36:10, 36:11, 36:12, 36:15, 36:17, 36:22, 36:24, 36:25, 37:10, 37:12, 37:13, 37:17, 37:18, 37:20, 37:21, 37:22, 38:4, 38:6, 38:14,

38:15, 38:17, 38:21, 38:22, 38:23, 38:25, 39:3, 39:4, 39:12, 39:13, 39:14, 39:16, 39:23, 39:24, 39:25, 40:6, 40:8, 40:9, 40:13, 40:14, 40:16, 40:17, 40:19, 40:25, 41:3, 41:4, 41:6, 41:7, 41:10, 41:16, 41:17, 42:6, 42:12, 42:13, 42:14, 42:18, 42:19, 42:22, 42:23, 42:25, 43:1, 43:3, 43:7, 43:8, 43:10, 43:12, 43:15, 43:16, 43:17, 43:18, 43:21, 43:23, 43:24, 43:25, 44:7, 44:8, 44:9, 44:10, 44:17, 44:18, 44:19, 44:23, 44:25, 45:5, 45:6, 45:7, 45:8, 45:14, 45:15, 45:18, 45:19, 45:21, 45:22, 46:6, 46:12, 46:15, 46:17, 46:21, 46:22, 46:23, 46:24, 47:2, 47:3, 47:4, 47:10, 47:12, 47:13, 47:14, 47:15, 47:17, 47:18, 47:23, 48:19, 48:22, 49:6, 49:11, 49:14, 50:1, 50:2, 50:3, 50:5, 50:7, 50:8, 50:15, 50:23, 50:25, 51:1, 51:2, 51:3, 51:4, 51:8, 51:10, 51:11, 51:14, 51:18, 51:20, 52:7, 52:8, 52:10, 52:12, 52:19, 52:21, 52:23, 52:25, 53:3, 53:4, 53:6, 53:9, 53:12, 53:13, 53:17, 53:18, 54:6, 54:8, 54:10, 54:11, 54:18, 54:19, 54:21, 54:22, 55:15, 55:18, 56:1, 56:4, 56:5, 56:9, 56:12, 56:15, 56:17, 56:20, 56:23, 56:24, 57:1, 57:10, 57:11, 57:15, 57:16, 57:18, 57:20, 57:25, 58:6, 58:7, 58:8, 58:11, 58:12, 58:18, 59:4, 59:8, 59:17, 59:19, 59:21, 59:24, 60:5, 60:6, 60:7, 60:9, 60:11, 60:15, 60:24, 61:6, 61:8, 61:9, 61:10, 61:11, 61:15, 61:16, 61:19, 61:20, 61:21, 61:22, 61:24, 62:4, 62:10, 62:11, 62:12, 62:13, 62:15, 62:17, 62:20, 62:22, 62:23, 62:25, 63:1, 63:2, 63:4, 63:9, 63:14, 63:18, 63:22, 64:2, 64:3, 64:4, 64:8, 64:10, 64:11, 64:17, 64:19, 64:20, 64:23, 65:1, 65:2, 65:3, 65:5, 65:7, 65:10, 65:14, 65:15, 65:16, 65:18, 65:20, 65:23, 66:2, 66:3, 66:4, 66:14, 66:18, 66:20, 66:22, 67:2, 67:10, 67:11, 67:13, 68:3, 68:3, 68:4

**their** [28] - 10:13, 14:7, 15:14, 17:15, 17:17, 17:18, 35:25, 38:18, 40:3, 41:17, 42:22, 43:5, 43:11, 45:17, 45:20, 45:23, 46:8, 48:16, 48:17, 48:23, 56:11, 57:18, 59:23, 64:5, 64:8, 64:12, 64:13

**them** [25] - 4:14, 4:17, 4:19, 4:20, 4:22, 7:20, 9:20, 9:23, 18:13, 19:8, 23:11, 23:12, 30:13, 38:7, 38:16, 39:6, 45:6, 47:22, 52:5, 53:5, 64:11, 64:12

**theme** [1] - 14:8

**themselves** [3] - 9:9, 17:16, 40:10

**then** [31] - 5:1, 10:8, 10:9, 13:9, 14:18, 15:3, 17:12, 19:10, 19:24, 20:9, 20:16, 20:22, 21:16, 21:17, 22:17, 25:22, 27:11, 28:15, 29:24, 33:16, 34:1, 34:19, 40:11, 48:12, 51:21, 59:22, 60:18, 62:4, 66:13

**there** [50] - 3:25, 4:12, 7:17, 8:13, 8:23,

9:3, 11:6, 15:17, 19:23, 20:8, 21:11, 22:15, 22:24, 23:1, 27:19, 27:22, 27:24, 28:14, 28:19, 29:25, 32:21, 32:22, 32:23, 33:2, 33:4, 33:6, 33:23, 37:4, 37:25, 39:17, 40:10, 40:14, 42:5, 42:7, 44:7, 45:20, 45:24, 50:6, 50:11, 50:14, 50:15, 52:15, 52:16, 62:18, 63:20, 64:20, 66:19

**there's** [25] - 5:3, 6:6, 8:11, 8:20, 9:22, 11:16, 16:2, 20:4, 22:24, 25:18, 33:21, 37:20, 37:21, 38:15, 39:7, 39:23, 43:2, 45:23, 46:7, 54:2, 57:8, 57:22, 61:12, 66:11, 66:14

**thereof** [1] - 29:1

**these** [36] - 5:20, 6:9, 9:8, 9:18, 9:19, 10:6, 10:15, 10:22, 11:6, 18:4, 18:20, 18:22, 19:19, 23:11, 23:14, 24:19, 25:21, 28:20, 29:16, 29:23, 30:7, 30:16, 30:25, 38:8, 39:5, 39:21, 40:5, 45:19, 45:23, 53:19, 56:9, 57:21, 64:6, 66:14

**they** [47] - 4:8, 7:13, 10:25, 13:24, 14:3, 14:6, 14:20, 16:18, 17:10, 17:13, 18:5, 18:6, 18:19, 22:21, 24:16, 26:2, 27:9, 27:17, 27:23, 29:25, 30:3, 30:19, 34:22, 34:25, 35:3, 36:14, 38:19, 38:22, 39:25, 40:6, 41:24, 45:9, 45:10, 47:15, 47:19, 49:7, 49:8, 49:21, 52:25, 53:4, 64:5, 64:7, 64:8, 64:12, 64:13

**they're** [9] - 4:22, 5:1, 6:7, 7:13, 9:11, 17:24, 41:17, 41:18, 57:5

**they've** [2] - 9:24, 15:14

**thing** [14] - 8:4, 9:13, 11:14, 13:11, 13:24, 26:3, 36:9, 48:3, 55:2, 56:23, 59:9, 62:10, 62:20, 63:19

**things** [23] - 5:10, 6:3, 6:10, 7:17, 8:23, 9:3, 13:8, 23:10, 25:21, 26:8, 28:20, 35:9, 35:22, 37:11, 39:4, 39:16, 45:20, 50:7, 50:25, 51:2, 51:9, 54:18, 57:21

**think** [46] - 9:8, 10:16, 10:18, 10:20, 10:23, 11:14, 13:5, 13:15, 14:11, 14:22, 15:2, 15:17, 15:18, 15:25, 16:10, 17:2, 18:22, 19:21, 20:11, 26:5, 28:2, 28:8, 33:11, 33:23, 36:7, 41:20, 45:5, 46:23, 48:3, 53:4, 54:15, 56:8, 56:14, 56:15, 57:2, 57:10, 57:12, 58:24, 59:10, 59:11, 59:16, 61:12, 61:16, 61:22, 61:24, 62:1

**thinks** [1] - 51:25

**third** [1] - 33:20

**This** [1] - 21:23

**this** [172] - 4:2, 4:6, 4:8, 4:13, 4:24, 5:4, 6:1, 6:5, 6:9, 6:10, 7:1, 8:6, 8:19, 11:7, 11:15, 11:22, 11:24, 12:6, 12:16, 13:6, 13:10, 13:11, 13:15, 13:22, 14:8, 14:11, 14:12, 14:15, 14:22, 14:25, 15:1, 15:18, 15:20, 15:21, 15:25, 16:1, 16:4, 16:5, 16:6, 16:14, 16:15, 16:19, 16:24, 17:6, 17:12, 17:19, 18:15, 18:22, 18:23, 19:6, 19:12, 19:14, 20:11, 20:13, 21:5, 21:9, 21:12, 21:13, 21:15, 22:1, 22:4, 22:17, 22:22, 23:12, 23:16, 23:18,

23:21, 24:12, 24:14, 24:16, 24:18, 24:23, 24:24, 25:19, 26:16, 26:24, 27:14, 27:20, 28:14, 28:15, 28:18, 31:3, 31:17, 31:19, 31:21, 31:23, 32:7, 32:18, 33:1, 33:8, 34:9, 34:16, 34:19, 35:3, 35:7, 35:18, 35:23, 36:23, 37:17, 37:25, 38:2, 39:2, 39:6, 39:8, 39:19, 40:6, 40:19, 41:19, 41:23, 41:25, 42:12, 42:17, 44:8, 44:24, 45:1, 46:10, 46:14, 46:22, 46:25, 47:6, 47:7, 47:8, 47:10, 48:2, 48:3, 49:10, 50:18, 51:7, 51:12, 51:18, 51:22, 52:24, 53:9, 55:4, 55:6, 55:8, 55:12, 55:16, 55:17, 56:14, 57:11, 57:23, 58:8, 59:9, 61:10, 62:6, 62:14, 62:17, 63:6, 64:15, 64:16, 64:25, 65:9, 65:10, 65:13, 65:14, 66:6, 66:24, 67:4, 67:13

**those** [23] - 4:16, 4:18, 7:12, 7:17, 7:19, 14:20, 14:21, 17:15, 27:14, 36:7, 36:13, 38:20, 39:4, 39:25, 40:10, 41:23, 43:6, 48:17, 48:22, 51:7, 61:14, 67:4, 67:12

**though** [3] - 6:8, 18:8, 38:9

**thought** [5] - 32:17, 47:7, 48:11, 60:16, 66:5

**thousands** [1] - 28:19

**threat** [2] - 17:14, 63:6

**threaten** [1] - 28:4

**threatened** [1] - 42:23

**threats** [1] - 28:4

**three** [7] - 34:8, 39:13, 39:16, 58:13, 58:21, 60:11, 64:2

**through** [10] - 4:14, 5:1, 6:18, 7:17, 7:21, 10:23, 20:22, 20:23, 29:23, 46:8

**Thursday** [1] - 61:11

**tick** [1] - 49:8

**time** [28] - 4:2, 4:23, 4:24, 8:7, 9:1, 16:11, 17:3, 25:23, 36:23, 38:19, 44:11, 44:18, 47:13, 49:9, 50:23, 52:25, 53:9, 58:7, 58:11, 58:22, 58:24, 59:21, 61:25, 64:11, 64:16, 65:2, 66:17

**times** [6] - 9:24, 54:25, 55:1, 55:19, 56:6, 56:7

**Tina** [1] - 52:22

**to** [358] - 4:2, 4:4, 4:9, 4:10, 4:13, 4:16, 4:17, 4:18, 4:25, 5:3, 5:4, 5:12, 5:13, 5:14, 5:16, 5:23, 6:2, 6:3, 6:7, 6:9, 6:10, 6:11, 6:13, 6:18, 6:19, 6:21, 7:5, 7:16, 7:20, 7:22, 7:25, 8:3, 8:5, 8:8, 8:9, 8:10, 8:20, 8:22, 9:4, 9:5, 9:7, 9:9, 9:11, 9:12, 9:13, 9:14, 9:21, 10:5, 10:11, 10:12, 10:21, 10:22, 10:25, 11:9, 11:15, 11:18, 11:25, 12:2, 12:20, 12:21, 12:22, 13:2, 13:9, 13:12, 13:13, 13:20, 13:24, 13:25, 14:3, 14:6, 14:9, 14:10, 14:14, 14:24, 15:14, 15:15, 15:17, 16:16, 17:6, 17:17, 17:22, 18:1, 18:5, 18:6, 18:7, 18:9, 18:18, 18:21, 18:23, 19:4, 19:13, 19:19, 20:3, 20:22, 20:23, 21:1, 21:8, 21:14, 22:2, 22:18, 22:20, 23:2, 23:5, 23:10,

23:12, 23:24, 23:25, 24:3, 24:5, 24:7,
24:8, 24:20, 25:2, 25:3, 25:4, 25:5,
25:6, 25:7, 25:20, 25:22, 26:4, 26:5,
27:12, 27:13, 27:15, 28:1, 28:4, 28:21,
28:24, 28:25, 29:5, 29:10, 29:12, 29:13,
29:15, 29:19, 29:23, 29:24, 30:23,
31:23, 31:24, 32:2, 32:12, 32:13, 32:16,
32:19, 33:3, 33:10, 33:19, 33:21, 33:22,
33:23, 34:11, 34:12, 35:7, 36:15, 36:21,
37:5, 37:11, 37:13, 37:16, 37:22, 37:24,
37:25, 38:2, 38:5, 38:6, 38:7, 38:19,
38:21, 39:3, 39:4, 39:13, 39:15, 39:16,
40:3, 40:14, 40:18, 40:21, 40:22, 41:3,
41:6, 41:8, 41:14, 41:16, 41:18, 41:25,
42:2, 42:8, 42:11, 42:14, 42:17, 42:23,
43:1, 43:7, 43:16, 44:3, 44:10, 44:13,
44:14, 44:17, 44:22, 45:2, 45:4, 45:6,
45:8, 45:9, 45:11, 45:23, 46:1, 46:4,
46:7, 46:8, 46:20, 46:25, 47:2, 47:13,
47:15, 47:18, 47:23, 47:24, 48:1, 48:19,
48:20, 48:24, 49:10, 49:11, 50:1, 50:8,
50:20, 50:24, 50:25, 51:3, 51:4, 51:8,
51:9, 51:18, 51:22, 52:1, 52:5, 52:6,
53:8, 53:10, 53:11, 53:13, 53:17, 53:20,
53:22, 53:24, 53:25, 54:9, 54:17, 54:18,
54:19, 54:20, 54:22, 54:24, 55:2, 55:3,
55:15, 55:23, 56:5, 56:10, 56:11, 56:15,
57:7, 57:12, 57:13, 57:16, 57:21, 57:23,
57:25, 58:7, 58:14, 58:18, 58:19, 59:8,
59:22, 59:24, 60:1, 60:5, 60:6, 60:11,
60:13, 60:14, 61:8, 61:17, 61:21, 61:22,
62:5, 62:10, 62:23, 63:8, 63:9, 63:17,
63:19, 63:23, 64:3, 64:8, 64:14, 64:18,
64:20, 64:25, 65:1, 65:5, 65:7, 65:9,
65:10, 65:15, 65:16, 65:19, 65:22,
65:25, 66:10, 66:13, 67:1, 67:10, 68:3
  **today** [12] - 4:10, 4:24, 7:18, 8:12,
22:14, 23:7, 23:12, 26:6, 27:3, 36:5,
62:14, 64:21
  **together** [1] - 27:10
  **told** [1] - 64:11
  **too** [1] - 10:23
  **took** [6] - 34:25, 38:19, 47:22, 51:7,
51:23, 56:17
  **top** [6] - 17:9, 20:3, 32:12, 32:25,
34:12, 34:17
  **total** [1] - 6:1
  **towards** [1] - 35:15
  **track** [1] - 17:3
  **tracked** [1] - 56:20
  **tracks** [1] - 43:11
  **Trans** [1] - 24:6
  **TRANSCRIPT** [1] - 1:9
  **transcript** [4] - 1:25, 23:2, 23:6, 68:3
  **transcripts** [1] - 50:7
  **transgender** [2] - 9:6
  **treatment** [2] - 37:16, 41:10
  **trial** [24] - 5:9, 8:10, 8:11, 13:7, 16:6,
16:11, 35:12, 37:22, 39:13, 39:16,
39:19, 39:20, 42:21, 42:24, 43:8, 44:23,

47:13, 50:7, 57:6, 58:1, 61:9, 61:10,
62:7, 63:1
  **Trial** [2] - 6:4, 55:2
  **trials** [3] - 41:21, 60:25, 64:3
  **tried** [2] - 33:19, 66:24
  **trouble** [1] - 28:9
  **troubling** [1] - 27:14
  **true** [2] - 41:5, 68:3
  **truth** [1] - 14:21
  **try** [4] - 32:12, 40:17, 66:25, 67:1
  **trying** [11] - 8:22, 10:11, 14:9, 14:10,
25:2, 28:4, 41:13, 41:16, 49:10, 50:8,
63:23
  **tuned** [1] - 62:18
  **TV** [1] - 49:6
  **Tweet** [1] - 11:10
  **tweets** [3] - 7:22, 8:23, 50:2
  **twice** [3] - 15:14, 49:7
  **twitching** [1] - 31:19
  **Twitter** [13] - 10:10, 19:3, 19:5, 19:14,
29:21, 35:25, 38:10, 38:11, 38:13,
48:24, 53:19, 56:4
  **two** [7] - 23:14, 25:24, 51:9, 58:21,
58:25, 61:14, 62:17
  **Tyler** [2] - 3:7, 3:12
  **TYLER** [1] - 1:14
  **typed** [2] - 62:17, 62:18
  **types** [1] - 44:6
  **typical** [1] - 31:18
  **typo** [1] - 16:20
  **tyrannical** [1] - 17:18

## U

  **U.S** [8] - 1:15, 15:5, 15:13, 18:7, 18:15,
42:14, 49:22, 53:1
  **uh** [1] - 12:9
  **uh-huh** [1] - 12:9
  **uncomfortable** [2] - 5:17, 5:19
  **under** [3] - 5:10, 37:18, 50:16
  **underground** [1] - 45:25
  **underlying** [1] - 36:11
  **undermine** [3] - 39:19, 42:23, 44:23
  **understand** [9] - 4:12, 4:13, 5:8,
18:17, 21:14, 40:1, 48:11, 65:20, 65:22
  **understanding** [1] - 68:4
  **understands** [1] - 18:21
  **understood** [2] - 66:1, 66:16
  **underway** [1] - 4:6
  **unfamiliar** [1] - 55:17
  **unfortunate** [1] - 16:20
  **unfortunately** [1] - 33:11
  **unique** [3] - 11:7, 43:18, 53:13
  **UNITED** [3] - 1:1, 1:4, 1:10
  **United** [6] - 2:9, 3:5, 38:21, 43:1,
45:21, 68:2
  **unless** [2] - 5:19, 37:20
  **unlicensed** [1] - 31:16
  **unprofessional** [1] - 36:17

  **unscientific** [1] - 10:18
  **unsealed** [1] - 7:13
  **until** [1] - 26:5
  **unusual** [1] - 56:15
  **up** [34] - 6:6, 6:11, 6:25, 8:15, 9:13,
14:3, 17:17, 19:1, 19:10, 20:2, 20:10,
22:21, 23:14, 23:19, 26:5, 26:9, 29:3,
35:10, 42:14, 43:22, 47:12, 47:21,
48:20, 49:8, 50:24, 51:21, 52:4, 52:14,
55:23, 58:9, 62:18, 65:21
  **upheld** [1] - 63:10
  **upon** [1] - 60:15
  **upper** [3] - 21:11, 22:7, 22:9
  **urge** [1] - 53:17
  **us** [5] - 8:5, 27:15, 27:20, 32:16, 52:25
  **use** [4] - 17:14, 38:13, 44:15, 47:10
  **used** [4] - 41:18, 46:23, 46:24, 56:10
  **user** [5] - 27:12, 34:22, 35:18, 55:16,
56:3
  **using** [3] - 13:25, 14:6, 47:19
  **usual** [1] - 54:11
  **usually** [2] - 54:13, 62:19
  **utilize** [1] - 17:17

## V

  **various** [4] - 9:17, 9:19, 21:8, 35:4
  **veneer** [1] - 38:23
  **venire** [5] - 45:6, 45:8, 45:21, 47:22
  **venue** [1] - 45:16
  **verbal** [1] - 63:4
  **version** [2] - 33:20, 42:22
  **versus** [2] - 3:5, 5:7
  **very** [21] - 9:13, 14:5, 17:9, 20:3, 34:2,
34:6, 42:5, 43:18, 44:1, 44:6, 44:9,
44:10, 44:20, 47:8, 51:21, 52:1, 52:2,
52:6, 54:7, 56:14, 57:5
  **via** [1] - 1:25
  **vice** [1] - 63:12
  **victim** [1] - 17:16
  **video** [4] - 11:16, 12:16, 12:19, 12:21
  **Video** [2] - 12:24, 13:3
  **view** [1] - 10:17
  **viewed** [4] - 9:24, 54:25, 55:19, 56:6
  **viewers** [1] - 10:7
  **viewing** [2] - 28:20, 54:22
  **views** [8] - 37:17, 38:19, 38:20, 40:6,
41:7, 48:4, 56:5
  **violated** [1] - 36:14
  **violation** [5] - 51:1, 62:16, 62:23,
65:12, 65:14
  **violence** [2] - 17:15, 28:5
  **visit** [2] - 60:1, 60:6
  **voir** [4] - 39:3, 46:23, 61:19
  **volume** [1] - 9:10
  **VS** [1] - 1:5

## W

  **wait** [2] - 26:23, 59:12

**waiting** [2] - 4:14, 4:21
**waive** [1] - 53:15
**walk** [2] - 7:21, 55:23
**walking** [1] - 7:16
**want** [38] - 4:25, 5:12, 6:3, 7:25, 8:20, 13:2, 15:17, 18:1, 18:21, 23:5, 23:10, 26:3, 26:10, 28:1, 29:24, 32:16, 37:6, 37:7, 37:13, 44:22, 48:1, 51:8, 51:9, 52:24, 53:11, 53:13, 53:17, 54:17, 55:2, 57:21, 57:23, 60:1, 60:6, 63:16, 64:25, 65:19, 65:22, 67:10
**wanted** [10] - 13:24, 13:25, 14:6, 18:9, 24:7, 25:3, 53:12, 54:18, 65:7, 65:25
**wants** [2] - 9:5, 12:21
**was** [88] - 11:16, 12:8, 12:24, 13:3, 13:6, 13:7, 13:23, 14:25, 15:3, 16:3, 17:2, 19:22, 21:24, 22:2, 22:15, 22:19, 23:6, 24:24, 26:17, 26:18, 26:21, 26:24, 27:3, 27:7, 30:20, 30:21, 30:22, 30:25, 31:3, 31:16, 32:21, 33:2, 35:5, 35:8, 35:16, 36:17, 37:25, 38:2, 38:16, 40:8, 40:9, 41:25, 42:13, 42:16, 43:17, 43:18, 43:22, 43:23, 44:4, 44:5, 44:6, 44:10, 44:14, 47:8, 47:11, 47:13, 47:17, 49:8, 50:7, 50:9, 50:11, 50:14, 51:21, 51:22, 52:3, 52:9, 52:14, 52:19, 53:1, 55:19, 56:23, 56:24, 58:24, 61:25, 62:1, 62:2, 62:13, 62:14, 64:21, 65:24, 66:5, 66:18
**Washington** [2] - 2:3, 2:6
**wasn't** [1] - 43:20
**watch** [1] - 49:7
**way** [11] - 15:21, 16:21, 24:19, 26:5, 37:17, 38:10, 41:16, 44:9, 44:19, 62:6, 64:15
**ways** [2] - 35:4, 46:7
**we** [116] - 3:20, 4:6, 5:25, 6:13, 7:15, 7:18, 7:20, 7:25, 8:3, 8:9, 8:10, 8:17, 8:21, 9:4, 11:9, 11:10, 11:22, 11:25, 13:4, 13:5, 13:8, 13:20, 14:11, 14:22, 15:5, 15:12, 15:18, 15:25, 16:11, 16:19, 16:21, 18:16, 20:7, 20:8, 22:6, 22:9, 23:6, 23:11, 23:14, 23:16, 26:9, 26:15, 27:14, 28:2, 29:3, 29:11, 29:12, 29:13, 29:25, 30:5, 30:15, 31:7, 33:10, 33:13, 34:12, 35:4, 35:23, 36:5, 36:6, 36:13, 36:16, 39:2, 40:11, 40:21, 44:1, 45:11, 46:1, 46:20, 46:21, 48:2, 49:10, 50:24, 51:2, 51:8, 52:8, 52:24, 53:1, 53:6, 53:18, 54:1, 54:13, 55:8, 55:12, 56:13, 56:14, 56:15, 56:16, 56:17, 56:18, 56:22, 57:2, 57:22, 58:2, 58:6, 58:8, 58:9, 58:13, 59:2, 59:16, 59:22, 59:25, 61:24, 61:25, 62:6, 62:13, 63:19, 67:10, 67:11, 67:16
**we'd** [1] - 10:23
**we'll** [13] - 5:1, 40:13, 42:2, 51:4, 55:14, 57:6, 60:17, 60:18, 61:13, 62:3, 63:17, 67:4, 67:6
**we're** [39] - 4:10, 4:14, 4:21, 4:24, 5:23, 8:1, 8:18, 8:22, 9:7, 10:11, 11:6,

12:16, 12:19, 12:20, 12:22, 14:9, 14:10, 14:14, 21:1, 24:8, 25:2, 25:13, 26:2, 28:3, 29:5, 33:23, 36:14, 36:21, 38:21, 43:14, 44:8, 46:19, 54:9, 54:15, 54:21, 60:5, 60:13, 61:8, 66:12
**we've** [11] - 7:16, 8:5, 8:8, 9:1, 13:8, 54:14, 57:1, 58:18, 59:22, 66:20
**web** [1] - 49:2
**web-only** [1] - 49:2
**website** [4] - 23:21, 24:24, 35:17, 44:13
**Wednesday** [1] - 62:7
**week** [3] - 4:20, 17:2, 20:20
**weeks** [2] - 20:19, 61:25
**weighing** [1] - 29:9
**well** [30] - 7:1, 10:24, 11:24, 17:21, 29:3, 29:10, 30:21, 39:21, 40:11, 40:21, 41:21, 42:8, 44:8, 45:5, 45:17, 48:15, 49:2, 50:11, 50:16, 50:19, 50:24, 52:24, 53:3, 55:3, 58:21, 58:24, 60:11, 63:21, 65:24, 65:25
**went** [8] - 6:17, 27:13, 38:18, 42:14, 43:1, 47:13, 47:17, 47:18
**were** [17] - 15:15, 16:21, 18:19, 33:5, 35:3, 37:25, 38:19, 47:12, 47:15, 49:21, 54:3, 54:12, 63:19, 64:4, 64:7, 64:12, 67:18
**what** [84] - 6:18, 7:5, 8:1, 8:9, 9:14, 9:22, 10:1, 10:3, 10:6, 10:19, 11:19, 15:20, 16:1, 16:4, 18:21, 19:3, 19:7, 19:9, 20:1, 21:10, 22:25, 23:16, 24:7, 24:22, 25:4, 25:5, 26:2, 26:7, 26:12, 27:6, 27:21, 28:11, 28:13, 28:24, 29:25, 30:3, 30:5, 30:21, 30:23, 31:21, 31:22, 31:23, 34:20, 35:2, 36:16, 39:9, 39:11, 39:12, 39:24, 40:13, 41:7, 41:9, 41:13, 43:4, 43:14, 45:7, 46:8, 47:11, 48:10, 50:8, 50:9, 52:8, 52:21, 53:8, 54:19, 55:4, 57:24, 58:21, 58:22, 59:3, 61:25, 62:2, 63:19, 64:4, 64:11, 64:14, 64:21, 64:22, 65:3, 65:20, 65:22, 66:18, 67:2
**what's** [4] - 3:21, 16:9, 44:2, 47:6
**whatever** [4] - 9:5, 9:20, 12:3, 28:25
**whatnot** [1] - 7:22
**when** [27] - 4:21, 5:6, 5:7, 6:11, 6:17, 7:20, 14:3, 17:16, 27:13, 28:13, 29:9, 29:25, 40:21, 41:15, 47:13, 48:2, 48:20, 49:7, 51:20, 52:9, 52:11, 52:19, 53:1, 57:6, 58:9, 66:10
**where** [20] - 4:8, 10:6, 17:8, 22:6, 27:9, 32:24, 34:5, 41:23, 44:12, 46:20, 46:22, 47:1, 48:15, 52:1, 52:3, 55:4, 55:20, 55:25, 62:20, 63:7
**wherever** [1] - 37:6
**Wherever** [1] - 37:7
**whether** [1] - 40:19
**which** [16] - 4:19, 9:13, 14:18, 16:21, 21:4, 22:12, 29:18, 31:7, 35:4, 37:24, 39:3, 42:21, 43:11, 44:4, 54:1, 62:13
**whistle** [2] - 14:11, 16:17

**whistle-blowers** [2] - 14:11, 16:17
**Whistleblower** [1] - 24:6
**WHITE** [1] - 1:14
**White** [2] - 3:7, 3:12
**white** [2] - 3:13, 23:1
**who** [27] - 3:6, 9:19, 10:8, 10:9, 14:20, 14:21, 16:5, 17:15, 19:15, 19:17, 20:14, 22:12, 27:7, 27:15, 29:22, 35:16, 39:5, 39:22, 43:21, 44:6, 45:18, 48:23, 51:15, 52:21, 55:17, 57:11, 57:13
**who's** [1] - 34:20
**whoever** [1] - 24:20
**whole** [3] - 5:5, 12:21, 38:23
**wholly** [1] - 46:15
**whose** [1] - 19:22
**why** [20] - 28:6, 31:7, 34:11, 36:7, 40:17, 55:11
**wide** [1] - 48:10
**widely** [5] - 45:1, 45:2, 45:3, 51:14, 51:17
**wider** [1] - 25:8
**wild** [1] - 60:10
**will** [31] - 5:14, 7:18, 8:13, 8:23, 11:9, 11:10, 14:3, 14:20, 37:10, 38:12, 38:15, 39:18, 41:25, 43:10, 44:23, 44:24, 50:19, 53:19, 61:15, 61:18, 61:20, 61:21, 62:4, 63:7, 64:15, 64:21, 64:22, 64:23, 65:10, 66:10
**wire** [1] - 52:15
**Wire** [3] - 23:22, 24:24, 25:2
**with** [57] - 5:6, 5:12, 10:6, 10:20, 11:15, 15:18, 17:10, 18:8, 23:5, 25:23, 32:5, 36:9, 37:21, 41:2, 41:13, 43:22, 46:15, 47:15, 47:20, 50:4, 50:14, 51:8, 51:15, 51:16, 51:20, 51:23, 51:24, 53:6, 55:17, 56:8, 58:9, 60:1, 61:17, 62:17, 63:8
**withdrawal** [1] - 62:25
**within** [2] - 45:16, 66:11
**without** [2] - 41:2, 66:6
**witness** [1] - 27:13
**witnesses** [2] - 58:19, 59:20
**woke** [2] - 17:13, 25:1
**woman** [1] - 51:15
**wondering** [1] - 4:7
**word** [3] - 29:24, 32:13, 46:23
**words** [8] - 18:22, 30:5, 46:1, 50:15, 50:20, 53:10, 66:9
**work** [2] - 19:18, 50:4
**workable** [1] - 59:25
**worked** [1] - 51:21
**working** [1] - 57:18
**works** [1] - 23:13
**world** [1] - 49:6
**worldwide** [7] - 38:20, 40:6, 41:22, 48:14, 48:24, 48:25, 49:14
**would** [30] - 9:9, 9:11, 11:22, 14:12, 16:22, 17:22, 18:14, 18:17, 20:7, 20:10, 28:13, 37:4, 41:20, 43:6, 45:16, 45:18, 48:5, 48:7, 48:8, 49:18, 49:19, 52:8,

55:9, 56:7, 57:11, 59:23, 60:10, 62:5, 62:8, 66:4

**wouldn't** [1] - 23:7

**wrap** [1] - 50:24

**write** [1] - 19:7

**writes** [1] - 34:2

**writing** [3] - 19:4, 63:9, 65:6

**written** [4] - 4:8, 63:4, 63:5, 65:13

**wrong** [1] - 22:11

**wrote** [5] - 21:8, 21:14, 27:6, 38:17, 40:5

## X

**X** [26] - 7:14, 9:25, 13:22, 14:16, 16:15, 16:24, 19:6, 19:7, 19:14, 21:6, 22:22, 24:17, 24:18, 24:25, 25:7, 26:8, 26:17, 26:24, 28:19, 29:22, 30:8, 34:19, 34:22, 38:10, 55:16

## Y

**yeah** [25] - 7:10, 12:19, 15:8, 15:11, 17:2, 18:1, 19:2, 19:3, 21:10, 21:13, 21:17, 22:8, 24:15, 25:10, 30:5, 32:23, 32:25, 40:1, 54:2, 56:2, 56:25, 57:16, 58:5, 59:12, 60:3

**year** [1] - 44:8

**years** [7] - 19:5, 44:19, 47:11, 52:17, 62:6, 63:23, 63:25

**yellow** [1] - 42:9

**yes** [68] - 3:25, 5:16, 5:22, 6:12, 6:15, 7:4, 8:8, 10:2, 11:5, 12:5, 12:11, 13:14, 13:18, 14:5, 16:12, 18:14, 22:25, 25:12, 25:16, 26:1, 26:14, 27:4, 27:22, 27:24, 29:15, 29:20, 30:12, 31:4, 31:10, 31:20, 31:22, 33:18, 34:15, 34:24, 37:1, 37:2, 37:9, 37:15, 40:15, 40:24, 41:1, 41:15, 42:3, 42:5, 42:10, 42:15, 43:16, 45:10, 46:3, 46:11, 47:25, 49:25, 50:14, 51:5, 54:16, 54:21, 55:14, 56:3, 56:22, 57:14, 58:4, 58:17, 59:13, 60:8, 61:5, 67:9, 67:15

**Yes** [1] - 11:3

**yesterday** [6] - 26:5, 26:21, 26:25, 27:1, 27:2, 58:2

**yet** [2] - 17:16, 66:19

**you** [150] - 3:3, 3:25, 4:25, 5:12, 5:13, 5:14, 5:15, 5:16, 5:18, 5:20, 6:10, 6:16, 6:17, 7:25, 8:14, 8:24, 9:16, 9:20, 9:22, 10:16, 11:1, 12:2, 13:2, 15:22, 15:23, 17:8, 18:1, 18:23, 19:1, 19:8, 19:10, 19:15, 19:24, 20:2, 23:1, 23:18, 23:20, 24:12, 24:15, 24:16, 25:4, 25:5, 25:10, 26:1, 26:10, 26:19, 28:2, 28:4, 28:11, 28:14, 28:18, 28:23, 30:15, 32:2, 32:3, 32:11, 32:16, 32:19, 33:7, 33:17, 34:17, 35:5, 35:7, 35:9, 36:6, 36:13, 36:16, 37:4, 37:6, 37:7, 37:8, 38:12, 38:15, 38:17, 39:13, 39:16, 39:17, 41:21, 42:8,

42:9, 42:11, 43:13, 44:12, 45:2, 45:4, 46:8, 46:10, 46:12, 47:5, 47:19, 47:24, 48:1, 48:8, 48:15, 48:17, 48:20, 49:7, 49:18, 49:21, 50:5, 50:8, 50:21, 53:6, 53:9, 53:10, 53:11, 53:13, 53:14, 55:9, 55:18, 55:20, 55:21, 56:4, 56:6, 57:7, 57:11, 57:12, 57:16, 57:25, 58:6, 58:7, 58:15, 58:21, 59:5, 59:20, 60:1, 60:6, 60:18, 60:22, 60:25, 61:6, 61:12, 61:22, 62:5, 62:8, 62:19, 63:7, 63:16, 64:6, 65:2, 65:3, 66:2, 66:3, 67:1, 67:6, 67:14

**you'll** [3] - 8:12, 14:8, 66:25

**you're** [19] - 4:7, 5:6, 5:19, 6:9, 6:18, 7:5, 7:9, 14:5, 15:7, 28:24, 40:11, 40:25, 48:23, 50:17, 50:20, 58:25, 63:9, 65:4, 67:3

**you've** [4] - 5:13, 39:15, 57:10, 58:3

**your** [22] - 6:16, 10:17, 19:4, 19:10, 40:20, 41:20, 43:14, 44:3, 44:23, 48:12, 50:15, 52:12, 53:10, 53:18, 54:8, 57:12, 59:20, 60:1, 63:10, 65:4, 67:4

**Your** [70] - 5:23, 6:12, 6:20, 9:10, 9:22, 10:19, 10:20, 10:22, 11:9, 11:16, 12:5, 13:5, 13:18, 15:1, 15:9, 15:18, 16:1, 16:19, 17:3, 17:6, 17:19, 17:22, 18:16, 18:21, 22:13, 23:3, 23:17, 24:2, 25:16, 26:14, 26:22, 27:4, 27:20, 29:7, 29:20, 30:1, 30:12, 30:23, 31:20, 34:2, 34:11, 35:2, 35:22, 36:2, 36:8, 36:20, 37:5, 37:12, 39:15, 40:5, 41:20, 44:4, 45:10, 45:15, 46:3, 46:14, 47:10, 53:7, 53:16, 54:5, 54:7, 55:3, 55:17, 58:14, 58:17, 59:17, 60:2, 61:2, 66:23, 67:7

**yours** [1] - 62:14

**YouTube** [1] - 54:25

## Z

**zealously** [1] - 17:13

**zoom** [8] - 20:7, 22:9, 24:13, 30:15, 32:2, 32:11, 32:25, 34:12