United States District Court
Southern District of Texas
**ENTERED**
January 24, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § § § | |
| v. § § | Criminal Action No. H-24-298 |
| EITHAN DAVID HAIM, § § | |
| Defendant. § § | |

### AGREED ORDER OF DISMISSAL

As the direct and only result of a joint motion of the parties, the United States Attorneys Office of the Southern District of Texas, and legal counsel for the Defendant, Eithan David Haim, the Second Superseding Indictment and all open counts in the above-listed criminal case are hereby DISMISSED with prejudice.

SIGNED at Houston, Texas, on this **24** day of January, 2025.

DAVID HITTNER
United States District Judge