United States District Court
Southern District of Texas
**ENTERED**
July 25, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| § | |
| v. § | Criminal Action No. H-24-298 |
| § | |
| EITHAN DAVID HAIM, § | |
| § | |
| Defendant. § | |

## ORDER

Pending before the Court is the Parties' Joint Unopposed Motion for Entry of an Agreed Order Modifying Protective Order (Document No. 149). Having considered the motion, submissions, and applicable law, the court determines that the motion should be denied. Accordingly, the Court hereby

**ORDERS** that the Parties' Joint Unopposed Motion for Entry of an Agreed Order Modifying Protective Order is **DENIED**.

SIGNED at Houston, Texas, on this **25** day of July, 2025.

DAVID HITTNER
United States District Judge